**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL, State Bar No. 237111
  *AFickel@dykema.com*
ROBERT A. HYATT, State Bar No. 166178
  *RHyatt@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant,
JPMorgan Chase Bank, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　Defendant. | Case No. 2:22-cv-06718<br>The Hon. Ronald S.W. Lew<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Filed: Sept. 19, 2022<br>Complaint Served: Sept. 21, 2022<br>Current Response Date: Oct. 12, 2022<br>New Response Date: Nov. 11, 2022 |

WHEREAS, Plaintiff Joshua Johnson filed his Complaint on September 19, 2022 and has served the Defendant on September 21, 2022.

WHEREAS, Defendant's response to Complaint is due on October 12, 2022.

Plaintiff and Defendant stipulate that Defendant's time to respond to the Complaint shall be extended until November 11, 2022.

**IT IS SO STIPULATED.**

DATED: October 7, 2022          DYKEMA GOSSETT LLP

By: ___/s/ Robert A. Hyatt___
ASHLEY R. FICKEL
ROBERT A. HYATT
Attorneys for Defendant,
JPMorgan Chase Bank, N.A.

DATED: October 7, 2022          RUSSELL LAW, PC

By: ___/s/ L. David Russell___
L. DAVID RUSSELL
Attorneys for Plaintiff,
JOSHUA JOHNSON

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that the concurrence in the filing of this document was obtained from all parties whose electronic signatures appear above.

DATED: October 7, 2022    DYKEMA GOSSETT LLP

By: */s/ Robert A. Hyatt*
ASHLEY R. FICKEL
ROBERT A. HYATT
Attorneys for Defendant,
JPMorgan Chase Bank, N.A.

# CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2022, I electronically filed the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lewis David Russell
RUSSELL LAW PC
1500 Rosecrans Ave. Suite 500
PMB 645
Los Angeles, CA 90266

Attorney for Plaintiff,
JOSHUA JOHNSON

_____
Anna Fevgin