UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV22-6718-RSWL(MAAx) | Date | February 7, 2023 |
|---|---|---|---|
| Title | *JOSHUA JOHNSON v. JPMORGAN CHASE BANK, N.A.* | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge |
|---|---|
| Catherine Jeang | Not Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS)

The Court's February 14, 2023 Scheduling Conference is hereby vacated and taken OFF CALENDAR. The matter is suitable without a hearing. No appearance necessary on February 14, 2023, the Court sets the following dates:

| | | |
|---|---|---|
| Last Day to Amend Pleadings or Add Parties: | March 10, 2023 | |
| Discovery Cut-Off: | October 31, 2023 | |
| Last day to file motions: | November 21, 2023 | |
| Expert Disclosures Cut-Off: | December 5, 2023 | |
| Expert Rebuttal Cut-Off: | December 22, 2023 | |
| Expert Cut-Off: | January 26, 2024 | |
| Final Pretrial Conference: | February 13, 2024 | 10:00 am |
| Jury Trial (7 day est.) : | March 12, 2024 | 9:00 am |

The Court signs the Order Re: ADR.

**NOTICE TO COUNSEL RE PREPARATION FOR TRIAL**

**MOTIONS IN LIMINE**: All motions in limine shall be filed no later than the date of the Final Pretrial Conference. Oppositions shall be filed no later than 7 days after the Final

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV22-6718-RSWL(MAAx) | Date | February 7, 2023 |
|---|---|---|---|
| Title | *JOSHUA JOHNSON v. JPMORGAN CHASE BANK, N.A.* | | |

Pretrial Conference; and a reply, if any, shall be filed no later than 14 days after the Final Pretrial Conference. **If the dates set forth herein do not allow for timely briefing of Motions in Limine, the parties shall meet, confer, and make an appropriate filing regarding an alternate schedule for the Court's consideration.**

**THE COURT REQUIRES THAT THE FOLLOWING BE SUBMITTED TO THE COURT CLERK ON THE FIRST DAY OF TRIAL:**

**EXHIBITS**: Counsel are to prepare their exhibits for presentation at trial by placing them in volumes which are tabbed down the front, right side with the exhibit numbers. These volumes are to be prepared in an original and one (1) copy for the Court. Each volume of exhibits shall be contained in a three-ring notebook. Exhibits must be numbered in accordance with Local Rules 11-5.2 and 11.5.3.

The original exhibits with the Court's exhibit tags attached and filled out showing the case number, case name and exhibit number. (EXHIBIT TAGS MUST BE ON THE FRONT OF THE EXHIBIT AND MAY BE STAPLED TO AN EXHIBIT IF IT CANNOT BE GLUED ON).

1. Two bench books of the exhibits . The original bench book shall contain the original exhibits for use by the witness. The second bench book shall be for the Judge.

2. THREE COPIES OF THE JOINT EXHIBIT LIST

3. THREE COPIES OF THE WITNESS LIST.

In addition to hard copy submissions, parties must submit a copy of the proposed jury instructions in conformance with Local Rules 11-5.2 and 11.5.3 on disc in WordPerfect format.