**RUSSELL LAW, PC**
L. David Russell (Cal. Bar No. 260043)
david@russelllawpc.com
1500 Rosecrans Ave, Suite 500
Manhattan Beach, California 90266
Telephone: (323) 638-7551
Fax: (323) 760-7458

*Attorneys for Plaintiff Joshua Johnson*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate: Judge Maria A. Audero<br><br>**SUPPLEMENTAL JOINT REPORT**<br><br>Action Filed: Sept. 19, 2022<br>Trial Date: March 12, 2024 |

Pursuant to the Court's Order Re: Jury/Court Trial (Dkt. 27), counsel for Plaintiff Joshua Johnson ("Plaintiff" or "Johnson") and counsel for Defendant JPMorgan Chase Bank, N.A. ("Defendant" or "Chase") submit the following joint report.

**A.    Efforts To Date To Settle This Case**

On June 6, 2023, the parties participated in a mediation before Jeffrey S. Kravitz, Esq., a Panel Mediator assigned by the Central District of California. *See* Dkt. 21.  The parties were unable to resolve their dispute at the mediation.

**B.    Plaintiff's Estimated (Non-Binding) Damages Amount**

Pursuant to the Court's request, Plaintiff provides the following estimate of damages he claims in this action.  Discovery is just beginning in this case, and Plaintiff reserves the right to amend the amount of damages claimed.

For actual damages, Mr. Johnson is entitled to at least the following:

- Damages related to the adverse effect of Chase's reporting on his credit score, which caused Mr. Johnson's home and automobile insurance rates to increase.  Mr. Johnson estimates that these damages total $5,000.
- Damages related to being deterred from the purchasing properties, because Mr. Johnson was unable to secure a favorable mortgage rate.  Specifically, Mr. Johnson was prepared to purchase a home in Pine Mountain Club, California.  Mr. Johnson located a property he wished to purchase, applied for a mortgage, but ultimately declined to go through with a purchase because of damage to his credit which made the mortgage rates offered extremely high.  The property has appreciated by approximately $200,000.
- Damages related to Plaintiff's lost wages and time spent trying to fix the misleading reporting, which took hundreds of hours.  Mr. Johnson estimates that these damages total $100,000.

- Damages related to Mr. Johnson's emotional distress caused by Chase's reporting, which caused him to seek medical help for several issues. Mr. Johnson estimates that these damages total $200,000.

Moreover, Mr. Johnson is entitled to attorneys fees and costs, and also has the option of seeking statutory damages in lieu of actual damages.

DATED: June 20, 2023      Respectfully submitted,

*/s/ L. David Russell*
**RUSSELL LAW, PC**

*Attorneys for Plaintiff Joshua Johnson*

DATED: June 20, 2023      Respectfully submitted,

*/s/ Robert A. Hyatt*
**DYKEMA GOSSETT LLP**

*Attorneys for Defendant JPMorgan Chase Bank, N.A*

Pursuant to L.R. 5-4.3.4, all other signatories listed, and on whose behalf the filing is submitted, concurred in the filing's content and have authorized the filing.