UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:22-cv-06718-AB-MAA** Date: **June 27, 2023**

Title **Joshua Johnson v. JPMorgan Chase Bank, N.A.**

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | CourtSmart 6/26/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| Lewis David Russell | Robert A. Hyatt |

**Proceedings (Telephonic):** **Informal Discovery Conference (ECF No. 29)**

Case is called. Counsel makes their appearances.

Before the Court on June 26, 2023 is the parties' first informal discovery conference, which the Court names "IDC 1." Through IDC 1, Plaintiff Joshua Johnson ("Plaintiff") seeks an order compelling Defendant JPMorgan Chase Bank ("Defendant") to supplement its responses and document production to Plaintiff's Requests for Production of Documents Nos. 5–7, 9–12, 16–24, 26–29, and 32–36, Interrogatories Nos. 8–22 and 24, and Requests for Admissions Nos. 10–12 and 15 (collectively, "Outstanding Discovery"). As described by the parties, the Outstanding Discovery seeks information and documents that fall into the following six categories (collectively, "Categories"): (1) the identification of the employees who participated in the investigation of the information Defendant provided to Equifax about the Plaintiff; (2) the identification and production of Chase's policies regarding ensuring that (a) consumer information reported to consumer reporting agencies ("CRA") is accurate, and (b) Defendant's policies comply with the Federal Credit Reporting Act and the California Consumer Reporting Agencies Act; (3) Defendant's communications with CRAs regarding the information Plaintiff disputes; (4) information in Defendant's possession during Defendant's investigation of the disputed information; (5) information related to similar complaints made against Defendant; and (6) information related to Defendant's financial condition. Defendant objects to the Outstanding Discovery on the grounds that the information sought is not relevant to the claims or defenses in the action and that, as such, it is overbroad.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:22-cv-06718-AB-MAA** Date: **June 27, 2023**

Title **Joshua Johnson v. JPMorgan Chase Bank, N.A.**

The Court confers with the parties and the parties resolve the disputes regarding Categories 3, 4, and 6. Based thereon, the Court **ORDERS** the parties to continue meeting and conferring to attempt to resolve the issues related to Categories 1, 2, and 5. The Court will hold a further discovery conference on any remaining unresolved issues, which conference will be set by separate order. If the issues are resolved before the next discovery conference, the parties are **ORDERED** to notify the Court, via email to Judge Audero's Chambers (MAA_Chambers@cacd.uscourts.gov), with sufficient time to vacate the next discovery conference.

It is so ordered.

Time in Court: 1:18