UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:22-cv-06718-AB-MAA** Date: **July 6, 2023**

Title **Joshua Johnson v. JPMorgan Chase Bank, N.A.**

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| | |
|---|---|
| Narissa Estrada | XtR 7/6/23 |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Lewis David Russell | Robert A. Hyatt |

**Proceedings (Telephonic):** **Informal Discovery Conference (ECF No. 31)**

Case is called. Counsel make their appearances.

Before the Court is the parties' second informal discovery conference, which the Court names "IDC 2." Through IDC 2, the parties continue to address the discovery disputes raised through IDC 1, held June 26, 2023, but remaining unresolved. Specifically, Plaintiff Joshua Johnson ("Plaintiff") seeks an order compelling Defendant JPMorgan Chase Bank ("Defendant") to supplement its responses to a number of discovery requests that fall into three previously-identified categories of information: (1) the identification of the employees who participated in the investigation of the information Defendant provided to Equifax about Plaintiff; (2) the identification and production of Chase's policies regarding ensuring that (a) consumer information reported to consumer reporting agencies is accurate, and (b) Defendant's policies comply with the Federal Credit Reporting Act and the California Consumer Reporting Agencies Act; and (5) information related to similar complaints made against Defendant.

The Court confers with the parties and they advise that they have reached an agreement to resolve the disputes regarding the discovery identified as Categories 1 and 2 and that they will continue their efforts to resolve the dispute regarding the discovery identified as Category 5. Based thereon, the Court **ORDERS** the parties to continue meeting and conferring regarding resolution of Category 5. The Court will hold a further discovery conference on this remaining unresolved issue,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:22-cv-06718-AB-MAA** Date: **July 6, 2023**

Title **Joshua Johnson v. JPMorgan Chase Bank, N.A.**

which conference will be set by separate order. If the issue is resolved before the next discovery conference, the parties are **ORDERED** to notify the court, via email to Judge Audero's Chambers (MAA_Chamberse@cacd.uscourts.gov), with sufficient time to vacate the next discovery conference.

It is so ordered.

**Time in Court:** :10