UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. **2:22-cv-06718-AB-MAA** Date: **July 21, 2023**

Title **Joshua Johnson v. JPMorgan Chase Bank, N.A.**

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | XtR 7/21/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| Lewis David Russell | Robert A. Hyatt |

**Proceedings (Telephonic):** **Informal Discovery Conference (ECF No. 33)**

Case is called. Counsel make their appearances.

Before the Court is the parties' third informal discovery conference, which the Court names "IDC 3." Through IDC 3, the parties continue to address the single discovery dispute raised through IDC 1, held June 26, 2023, and IDC 2, held July 6, 2023, but remaining unresolved. Specifically, Plaintiff Joshua Johnson ("Plaintiff") seeks an order compelling Defendant JPMorgan Chase Bank ("Defendant") to supplement its responses to Plaintiff's request for information related to complaints similar to those made by Plaintiff against Defendant.

The Court confers with the parties and they advise that they have reached an agreement to resolve this dispute. No order is necessary at this time.

It is so ordered.

**Time in Court:** 0:15