# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Joshua Johnson, | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | 2:22-cv-06718-AB-MAA |
| v. | |
| JPMorgan Chase Bank, N.A., | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| Defendant(s) | |

Defendant has requested an informal discovery conference with Magistrate Judge Maria A. Audero.

Counsel for Defendant have submitted Defendant's position and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

Telephonic Informal Discovery Conference is set for Friday, September 1, 2023 at 10:00 a.m.

Clerk to provide call-in information.

Dated: August 29, 2023                                                                By: N. Estrada

                                                                                                        Deputy Clerk