UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:22-cv-006718-AB-MAA**                               Date:  **September 1, 2023**

Title     **Joshua Johnson v. JPMorgan Chase Bank, N.A.**

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | XtR 9/1/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| Lewis David Russell | Robert A. Hyatt |

**Proceedings (Telephonic):**     **Informal Discovery Conference (ECF No. 35)**

Case is called.  Counsel make their appearances.

Before the Court is the parties' fourth informal discovery conference in this matter, which the Court names "IDC 4."  Through IDC 4, Defendant JPMorgan Chase Bank, N.A. seeks an order (1) compelling Plaintiff Joshua Johnson to supplement his responses to Defendant's Interrogatories Nos. 1 through 12, 16, and 19 through 25, and (2) permitting Defendant to propound Interrogatories Nos. 26 and 27.

The Court confers with the parties.  Based on the Court's guidance, the parties reach an agreement to continue meeting and conferring in order to resolve the disputes without further Court intervention.  No order is necessary at this time.

**Time in Court:** :24