**RUSSELL LAW, PC**
L. David Russell (Cal. Bar No. 260043)
david@russelllawpc.com
1500 Rosecrans Ave, Suite 500
Manhattan Beach, California 90266
Telephone: (323) 638-7551
Fax: (323) 760-7458

*Attorneys for Plaintiff Joshua Johnson*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate:   Judge Maria A. Audero<br><br>**PLAINTIFF JOSHUA JOHNSON'S OBJECTION TO NEW EVIDENCE SUBMITTED BY DEFENDANT JPMORGAN CHASE BANK, N.A. IN SUPPORT OF ITS REPLY MEMORANDUM**<br><br>Action Filed: Sept. 19, 2022<br>Trial Date:   March 12, 2024<br>Date:         October 20, 2023<br>Time:         10:00 a.m.<br>Courtroom     7B |

1

OBJECTION TO NEW EVIDENCE SUBMITTED ON REPLY

Plaintiff Josh Johnson hereby objects to the submission of new evidence defendant JPMorgan Chase Bank, N.A. ("Chase") submitted in support of its reply—namely the Declaration of Robert Hyatt and accompanying exhibits.

The introduction of new evidence in reply papers is improper where the non-movant does not have the opportunity to respond to the new evidence. *See J.G. v. Douglas County Sch. Dist.*, 552 F.3d 786, 803 n.14 (9th Cir. 2008) ("Where new evidence is presented in a reply to a motion for summary judgment, the district court should not consider the new evidence without giving the [non]movant an opportunity to respond.") (quoting *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996)).

Courts routinely apply this rule to exclude from consideration new evidence presented for the first time in a movant's reply brief. *See, e.g., Wallace v. Countrywide Home Loans, Inc.*, No. SACV 08-1463 AG MLGX, 2009 WL 4349534, at *7 (C.D. Cal. Nov. 23, 2009) (declining to consider new evidence presented for the first time on reply and noting that "[t]he opposing party should not have to incur the cost and effort of additional filings . . . because the movants deliberately, or more likely inadvertently, held back part of their case") (quotations omitted); *SEC v. Private Equity Mgmt. Group, Inc.*, No. CV 09-2901 PSG (EX), 2009 WL 2488044, at *7 (C.D. Cal. Aug. 10, 2009) (declining to consider new evidence submitted for the first time on reply); *Iconix, Inc. v. Tokuda*, 457 F. Supp. 2d 969, 976 (N.D. Cal. 2006) (sustaining objection to new evidence presented in reply brief).

Accordingly, Johnson respectfully requests that the Court exclude the Hyatt Declaration, and its accompanying exhibits, from consideration

DATED: October 9, 2023                     Respectfully submitted,

                                           */s/ L. David Russell*
                                           **RUSSELL LAW, PC**

                                           *Attorneys for Plaintiff Joshua Johnson*

2

OBJECTION TO NEW EVIDENCE SUBMITTED ON REPLY