UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. **2:22-cv-06718-AB-MAA** Date: **October 19, 2023**

Title **Joshua Johnson v. JPMorgan Chase Bank, N.A.**

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | XtR 10/19/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| Lewis David Russell | Robert A. Hyatt |

**Proceedings (Telephonic):** **Informal Discovery Conference (ECF No. 43)**

Case is called. Counsel make their appearances.

Before the Court on October 19, 2023 is the parties' fifth informal discovery conference in this matter, which the Court names "IDC 5." Through IDC 5, Defendant JPMorgan Chase Bank, N.A. seeks a protective order barring the deposition of one of its employees noticed by Plaintiff Joshua Johnson.

The Court confers with the parties. The parties agree to continue meeting and conferring to resolve the matter. Shortly after IDC 5, the parties notified the Court that they have reached an agreement. Accordingly, the Court considers IDC 5 fully resolved and no order need be issued.

It is so ordered.

**Time in Court:** :17