**RUSSELL LAW, PC**
L. David Russell (Cal. Bar No. 260043)
david@russelllawpc.com
1500 Rosecrans Ave, Suite 500
Manhattan Beach, California 90266
Telephone: (323) 638-7551
Fax: (323) 760-7458

*Attorneys for Plaintiff Joshua Johnson*

**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL (Cal. Bar No. 237111)
AFickel@dykema.com
ROBERT A. HYATT (Cal. Bar No. 166178)
rhyatt@dykema.com
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Maria A. Audero<br><br>**JOINT STIPULATION RE MOTION FOR SUMMARY JUDGMENT SCHEDULING**<br><br>Action Filed:   Sept. 19, 2022<br>Trial Date:   March 12, 2024 |

It is hereby Stipulated by and between the parties, Plaintiff Joshua Johnson ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), through their respective attorneys of record, as follows:

WHEREAS, per the Court's Order re Jury/Court Trial, Dkt. 27, the parties last day to hear motions is December 22, 2023;

WHEREAS, December 22, 2023, is a closed date on the Court's motion calendar, and the two following dates, December 29, 2023 and January 5, 2024, are also closed;

WHEREAS, the parties have met and conferred regarding a motion for summary judgment, and have determined that Defendant will be the moving party; and

WHEREAS, the parties have agreed, subject to the Court's approval, to modify the briefing schedule for the summary judgment motion as agreed below:

THEREFORE, Plaintiff and Defendant agree and stipulate that:

1. Defendant will be the moving party for summary judgment.
2. The hearing for the motion for summary judgment will be held January 12, 2024.
3. Defendant's moving papers must be filed by December 1, 2023. Plaintiff's opposition must be filed by December 22, 2023, and Defendant's reply must be filed by December 29, 2023.

///
///

1
JOINT STIPULATION

**IT IS SO STIPULATED AND AGREED.**

DATED: November 9, 2023

/s/ L. David Russell

**RUSSELL LAW, PC**
L. David Russell
*Attorneys for Plaintiff Joshua Johnson*

DATED: November 9, 2023

/s/ Robert Hyatt

**DYKEMA GOSSETT LLP**
Robert Hyatt
*Attorneys for Defendant JPMorgan Chase Bank, N.A*

I attest that all other signatories listed above have authorized the filing of this document and concur in its content.

/s/ Robert Hyatt