**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL, State Bar No. 237111
  *AFickel@dykema.com*
ROBERT A. HYATT, State Bar No. 166178
  *RHyatt@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON, | Case No. 2:22-cv-06718-AB-MAAx |
| Plaintiff, | The Hon. André Birotte Jr. Courtroom 7B |
| v. | Magistrate Maria A. Audero Courtroom: 690 |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | **NOTICE OF LODGING** |
| | Complaint Filed: September 19, 2022 |

1  PLEASE TAKE NOTICE THAT Defendant JPMorgan Chase Bank N.A.,
2  hereby lodges the proposed order in connection with its Stipulation re Motion for
3  Summary Judgment Scheduling (ECF 46).

5  DATED:  November 15, 2023          DYKEMA GOSSETT LLP

By: /s/ Robert A. Hyatt
ASHLEY R. FICKEL
ROBERT A. HYATT
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.