# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Maria A. Audero<br><br>**[PROPOSED] ORDER MODIFYING SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Action Filed:   Sept. 19, 2022<br>Trial Date:   March 12, 2024 |

Having considered the parties Joint Stipulation re Motion for Summary Judgment Scheduling, and finding good cause,

**IT IS HEREBY ORDERED** that the briefing schedule for the motion for summary judgment shall be modified as follows:

1

1. Defendant will be the moving party for summary judgment.
2. The hearing for the motion for summary judgment will be held January 12, 2024.
3. Defendant's moving papers must be filed by December 1, 2023. Plaintiff's opposition must be filed by December 22, 2023, and Defendant's reply must be filed by December 29, 2023.

Dated:_____     Signed:_____
                                  Hon. André Birotte Jr.