# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Maria A. Audero<br><br>**[~~PROPOSED~~] ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

    On November 2, 2023, defendant's counsel Robert Hyatt emailed the Court purporting to attach a Stipulation and Proposed Order to modify the briefing schedule for a motion for summary judgment. However, no such stipulation had been filed. On November 9, 2023, by reply email, the Court informed counsel of that fact, and explained that no order will be filed unless and until the Stipulation is filed. Later that day, counsel filed the Stipulation, but did not file the Proposed Order with it. No Proposed Order for the Stipulation has ever been filed. Every filing seeking a Court order must include a proposed Order with it.

    Instead of striking the Stipulation so counsel can refile it with the necessary

Proposed Order, the Court will use the emailed but never-filed proposed Order from November 2. The Court expects better going forward.

The Court **ORDERS** that the briefing schedule for the motion for summary judgment is as follows:

1. Defendant will be the moving party for summary judgment.
2. Defendant's moving papers must be filed by December 1, 2023. Plaintiff's opposition must be filed by December 22, 2023. Defendant's reply must be filed by December 29, 2023.
3. The hearing on the motion for summary judgment will be on January 12, 2024, at 10:00 a.m.

**SO ORDERED.**

Dated: November 16, 2023

_____
Hon. André Birotte Jr.