**RUSSELL LAW, PC**
L. David Russell (Cal. Bar No. 260043)
david@russelllawpc.com
1500 Rosecrans Ave, Suite 500
Manhattan Beach, California 90266
Telephone: (323) 638-7551
Fax: (323) 760-7458

*Attorneys for Plaintiff Joshua Johnson*

**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL (Cal. Bar No. 237111)
AFickel@dykema.com
ROBERT A. HYATT (Cal. Bar No. 166178)
rhyatt@dykema.com
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Maria A. Audero<br><br>**JOINT STIPULATION RE MOTION FOR SUMMARY JUDGMENT SCHEDULING**<br><br>Action Filed:   Sept. 19, 2022<br>Trial Date:   March 12, 2024 |

It is hereby Stipulated by and between the parties, Plaintiff Joshua Johnson ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), through their respective attorneys of record, as follows:

WHEREAS, the parties previously modified the motion for summary judgment briefing schedule with the motion to be heard on January 12, 2024;

WHEREAS, the Parties desire to further modify the motion for summary judgment briefing schedule;

WHEREAS, the parties have met and conferred regarding a motion for summary judgment, and have determined that Defendant will be the moving party; and

WHEREAS, the parties have agreed, subject to the Court's approval, to modify the briefing schedule for the summary judgment motion as agreed below:

THEREFORE, Plaintiff and Defendant agree and stipulate that:

1. Defendant will be the moving party for summary judgment.
2. The hearing for the motion for summary judgment will be held February 9, 2024.
3. Defendant's moving papers must be filed by January 2, 2024. Plaintiff's opposition must be filed by January 19, 2024, and Defendant's reply must be filed by January 26, 2024.

///
///
///

1
JOINT STIPULATION

**IT IS SO STIPULATED AND AGREED.**

DATED: November 28, 2023

/s/ L. David Russell
**RUSSELL LAW, PC**
L. David Russell
*Attorneys for Plaintiff Joshua Johnson*

DATED: November 28, 2023

/s/ Robert Hyatt
**DYKEMA GOSSETT LLP**
Robert Hyatt
*Attorneys for Defendant JPMorgan Chase Bank, N.A*

I attest that all other signatories listed above have authorized the filing of this document and concur in its content.

/s/ Robert Hyatt