**RUSSELL LAW, PC**
L. David Russell (Cal. Bar No. 260043)
david@russelllawpc.com
1500 Rosecrans Ave, Suite 500
Manhattan Beach, California 90266
Telephone: (323) 638-7551
Fax: (323) 760-7458

*Attorneys for Plaintiff Joshua Johnson*

**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL (Cal. Bar No. 237111)
AFickel@dykema.com
ROBERT A. HYATT (Cal. Bar No. 166178)
rhyatt@dykema.com
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>       Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>       Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Maria A. Audero<br><br>**JOINT STIPULATION RE MOTION FOR SUMMARY JUDGMENT SCHEDULING AND TRIAL FILINGS**<br><br>Action Filed:    Sept. 19, 2022<br>Trial Date:  March 12, 2024 |

It is hereby Stipulated by and between the parties, Plaintiff Joshua Johnson ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), through their respective attorneys of record, as follows:

WHEREAS, per the Court's Order Modifying Summary Judgment Briefing Schedule, Dkt. 54, the Court ordered that Chase would be the moving party for summary judgment, and that Chase's motion would be due by January 2, 2024;

WHEREAS, on December 15, 2023, the Court heard Chase's continued Motion for Stay and Trial Continuance, and further continued the hearing to January 12, 2024;

WHEREAS, based on the date of the continued hearing for Chase's Motion for Stay and Trial Continuance, the parties have agreed to stipulate to a modified briefing schedule for the summary judgment motion;

WHEREAS, based on the date of the continued hearing for Chase's Motion for Stay and Trial Continuance, the parties seek to modify the Court's Order Re: Jury/Court Trial, Dkt. 27;

WHEREAS, Plaintiff has disclosed one expert that Chase plans to depose. The parties have agreed that the deposition will take place after the January 12, 2024, continued hearing on Chase's Motion for Stay and Trial Continuance, and the parties will meet and confer in good faith to set a date for the deposition; and

WHEREAS, the parties have agreed, subject to the Court's approval, to modify the briefing schedule for the summary judgment motion and the Court's

JOINT STIPULATION

Order Re: Jury/Court Trial, Dkt. 27 as agreed below:

THEREFORE, Plaintiff and Defendant agree and stipulate that:

1.      Defendant will be the moving party for summary judgment.

2.      The hearing for the motion for summary judgment will be held March 1, 2024.  Defendant's moving papers must be filed by January 26, 2024. Plaintiff's opposition must be filed by February 9, 2024, and Defendant's reply must be filed by February 16, 2024.

3.      The first round of trial filings (Motions in Limine, Memoranda of Contentions of Fact and Law, Witness Lists, Joint Exhibit List, and Joint Status Report Regarding Settlement) must be filed by February 16, 2024.

4.      The second round of trial filings (Oppositions to Motions in Limine, and Joint Proposed Final Pretrial Conference Order) must be filed by February 23, 2024.

5.      The Final Pretrial Conference will be held on March 1, 2024.

**IT IS SO STIPULATED AND AGREED.**

DATED: December 21, 2023

/s/_L. David Russell__
**RUSSELL LAW, PC**
L. David Russell
*Attorneys for Plaintiff Joshua Johnson*

DATED: December 21, 2023

/s/ Robert Hyatt_____
**DYKEMA GOSSETT LLP**
Robert Hyatt
*Attorneys for Defendant JPMorgan Chase Bank*,
N.A

2

JOINT STIPULATION

I attest that all other signatories listed above have authorized the filing of this document and concur in its content.

/s/ Robert Hyatt