UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 22-06718-AB (MAAx) | Date: | January 12, 2024 |
| Title: | Joshua Johnson v. JPMorgan Chase Bank, N.A. | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s): Attorney(s) Present for Defendant(s):

Lewis David Russell     Robert A Hyatt

**Proceedings:** DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR STAY AND TRIAL CONTINUANCE [37]
(Video Conference - Zoom)

The court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby GRANTS the motion.

The court vacates all pretrial and trial related deadlines. The court also vacate the Pretrial Conference and Jury Trial dates.

For the reasons stated on the record, a Status Conference is set for April 26, 2024, at 10:00 a.m.