# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.:** | CV 22-06718-AB (MAAx) | **Date:** | March 28, 2025 |
| **Title:** | Joshua Johnson v. JPMorgan Chase Bank, N.A. | | |

**Present: The Honorable** ANDRÉ BIROTTE JR., United States District Judge

| Daniel Tamayo | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Lewis David Russell | Robert A Hyatt |

**Proceedings:**      **STATUS CONFERENCE**

    The Court holds a Status Conference. For the reasons stated on the record, the parties are ORDERED to file by April 9. 2025, a Stipulation and Proposed Order to vacate the stay in about 60 days to allow for a judgment to be entered based on the arbitration, set a case schedule, and set a Briefing Schedule on Defendant's anticipated motion.

                                                  : 15