**RUSSELL LAW, PC**
L. David Russell (Cal. Bar No. 260043)
david@russelllawpc.com
1500 Rosecrans Ave, Suite 500
Manhattan Beach, California 90266
Telephone: (323) 638-7551
Fax: (323) 760-7458

*Attorneys for Plaintiff Joshua Johnson*

**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL (Cal. Bar No. 237111)
AFickel@dykema.com
ROBERT A. HYATT (Cal. Bar No. 166178)
rhyatt@dykema.com
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON, | No.: 2:22-cv-06718-AB-MAA |
| Plaintiff, | District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Maria A. Audero |
| v. | |
| JPMORGAN CHASE BANK, N.A., | **JOINT STIPULATION RE MOTION FOR SUMMARY JUDGMENT SCHEDULING** |
| Defendant. | Action Filed:     Sept. 19, 2022<br>Trial Date:   TBD |

1

JOINT STIPULATION

It is hereby Stipulated by and between the parties, Plaintiff Joshua Johnson ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), through their respective attorneys of record, as follows:

WHEREAS, the Court stayed this matter on January 12, 2024, pending Plaintiff's appeal of the American Arbitration Association's March 3, 2022 Arbitration Award;

WHEREAS, on May 24, 2024, the Appellate Panel issued its ruling;

WHEREAS, on March 10, 2025, Judge Small of the Los Angeles Superior Court confirmed Chase's Petition to Confirm March 3, 2022 Arbitration Award, and ordered Chase to file a proposed order and judgment;

WHEREAS, the Parties anticipate that judgment shall be entered in accordance with Judge Small's order within 60 days of March 28, 2025;

WHEREAS, the Parties stipulate to the following briefing schedule for Chase's Motion for Summary Judgment; and

WHEREAS, the Parties have agreed, subject to the Court's approval, to set the briefing schedule for the summary judgment motion as agreed below:

THEREFORE, Plaintiff and Defendant agree and stipulate that:

1. The stay of this matter shall be lifted on May 27, 2025
2. Defendant will be the moving party for summary judgment.
3. The hearing for the motion for summary judgment will be held

JOINT STIPULATION

September 5, 2025.  Defendant's moving papers must be filed by June 26, 2025.

Plaintiff's opposition must be filed by August 7, 2025, and Defendant's reply

must be filed by August 21, 2025.

    4.    A status conference will also be held on September 5, 2025.


**IT IS SO STIPULATED AND AGREED.**


DATED: April 9, 2025

                    /s/_L. David Russell__
                    **RUSSELL LAW, PC**
                    L. David Russell
                    *Attorneys for Plaintiff Joshua Johnson*


DATED: April 9, 2025

                    /s/ Robert Hyatt
                    **DYKEMA GOSSETT LLP**
                    Robert Hyatt
                    *Attorneys for Defendant JPMorgan Chase Bank*,
                    N.A


    I attest that all other signatories listed above have authorized the filing of

this document and concur in its content.


                    /s/ Robert Hyatt

2