# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Maria A. Audero<br><br>**[PROPOSED] ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE**<br><br>Action Filed:    Sept. 19, 2022<br>Trial Date:   TBD |

Having considered the parties Joint Stipulation re Motion for Summary Judgment Scheduling, and finding good cause,

**IT IS HEREBY ORDERED** that the briefing schedule for the motion for summary judgment shall be as follows:

1. The stay of this matter shall be lifted on May 27, 2025

1

2. Defendant will be the moving party for summary judgment.

3. The hearing for the motion for summary judgment will be held September 5, 2025. Defendant's moving papers must be filed by June 26, 2025. Plaintiff's opposition must be filed by August 7, 2025, and Defendant's reply must be filed by August 21, 2025.

4. A status conference will also be held on September 5, 2025.

Dated:_____       Signed:_____
                              Hon. André Birotte Jr.