# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Maria A. Audero<br><br>**[PROPOSED] ORDER SETTING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

The Court **APPROVES** the parties' Stipulation and **ORDERS**:

1. The stay will be **VACATED** on May 27, 2025

2. Defendant will be the moving party for summary judgment. The briefing schedule is: Motion due by June 26, 2025; opposition due by August 7, 2025; reply due by August 21, 2025. The hearing will be on September 5, 2025. The Court sets a status conference for September 5, 2025.

**SO ORDERED.**

Dated: April 11, 2025

_____
Hon. André Birotte Jr.
U.S. District Judge

1