1
2
3
4
5

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON, | Case No. 2:22-cv-06718-AB-MAAx |
| Plaintiff, | The Hon. André Birotte Jr.<br>Courtroom 7B |
| v. | Magistrate Maria A. Audero<br>Courtroom: 690 |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | **[PROPOSED] JUDGMENT RE DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT** |
| | Complaint Filed:   September 19, 2022 |

# [PROPOSED] JUDGMENT

**GOOD CAUSE APPEARING**, the Court grants Defendant JPMorgan Chase Bank, N.A. motion for summary judgment against Plaintiff Joshua Johnson on each and every claim in his Complaint.

**IT IS ADJUDGED**, that Plaintiff Joshua Johnson's Complaint for remedy for a Fair Credit Reporting Act violation pursuant to 15 U.S.C. §§ 1681n, 1681o, 1681s-2(b), and a California Credit Reporting Agencies Act violation pursuant to California Civil Code § 1785.25(a), is barred by the applicable statute of limitations. Plaintiff is to take nothing by way of his Complaint. Judgment in favor of Defendant JPMorgan Chase Bank, N.A.

Dated:_____                           _____
                                             Hon. André Birotte Jr.