1  **Joshua Johnson**
2  1373 Caminito Halago
   La Jolla, CA 92037
3  (336) 423-2594
   josh@jj88.org
4  IN PRO PER

**F I L E D**
CLERK, U.S. DISTRICT COURT

August 11, 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ EVC _____ DEPUTY

5

6              UNITED STATES DISTRICT COURT

7      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

8

9   JOSHUA JOHNSON,                    Case No.: 2:22-cv-06718-AB-MAAx

10        Plaintiff,                   The Hon. André Birotte Jr.
                                       Courtroom: 7B
11  v.

12  JPMORGAN CHASE BANK, N.A.,         Magistrate Maria A. Audero
                                       Courtoom: 690
13        Defendant.

14                                     **JOINT STIPULATION TO DEEM
                                       PLAINTIFF'S CORRECTED**
15                                     **OPPOSITION OPERATIVE AND
                                       TO MODIFY REPLY AND**
16                                     **HEARING DATES**
17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO DEEM PLAINTIFF'S CORRECTED OPPOSITION OPERATIVE AND TO MODIFY
REPLY AND HEARING DATES

Plaintiff Joshua Johnson ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"), by and through the undersigned, stipulate as follows:

WHEREAS, the Court set the MSJ schedule by Order dated April 11, 2025 (MSJ due June 26, 2025; opposition due August 7, 2025; reply due August 21, 2025; hearing on September 5, 2025) [Dkt. 65];

WHEREAS, on June 20, 2025, the Court approved a substitution of attorney reflecting the withdrawal of Plaintiff's former counsel and Plaintiff's appearance pro se [Dkt. 67];

WHEREAS, Plaintiff filed an opposition on August 8, 2025 and, shortly thereafter, filed corrected papers addressing formatting/citation issues and containing limited additional argument;

WHEREAS, to avoid motion practice and any prejudice to Defendant, the parties agree to deem the corrected papers operative, to modestly extend Defendant's reply deadline, and continue the hearing if necessary;

THEREFORE, Plaintiff and Defendant agree and stipulate that:

1. Plaintiff's Corrected Opposition to Defendant's Motion for Summary Judgment (and accompanying declaration, statement of genuine disputes, and evidentiary objections), filed on August 10, 2025, is deemed the operative opposition to Defendant's Motion for Summary Judgment. The originally filed opposition may be disregarded for all purposes.

2. Defendant's reply shall be due August 26, 2025.

JOINT STIPULATION TO DEEM PLAINTIFF'S CORRECTED OPPOSITION OPERATIVE AND TO MODIFY REPLY AND HEARING DATES

3. The hearing on Defendant's Motion for Summary Judgment is continued to September 12, 2025, at 10:00 a.m.

**IT IS SO STIPULATED AND AGREED.**

DATED: August 11, 2025

/s/ Joshua Johnson

Joshua Johnson, Plaintiff (pro se)

Dated: August 11, 2025

/s/ Robert Hyatt

**DYKEMA GOSSETT PLLC**

Robert Hyatt

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

I attest that all other signatories listed above have authorized the filing of this document and concur in its content.

/s/ Joshua Johnson

Joshua Johnson, Plaintiff (pro se)