UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　Defendant. | Case No.: 2:22-cv-06718-AB-MAAx<br><br>[~~PROPOSED~~] **ORDER MODIFYING SUMMARY JUDGMENT BRIEFING SCHEDULE** |

The Court **APPROVES** the parties' Stipulation and **ORDERS**:

1. Plaintiff's Corrected Opposition to Defendant's Motion for Summary Judgment and accompanying declaration, statement of genuine disputes, and evidentiary objections [Dkt. Nos. 71-74] are **DEEMED** the operative opposition. The previously filed declaration [Dkt. No. 70] is deemed **WITHDRAWN** and the Clerk of Court will so note on the docket entry.
2. Defendant's reply is due August 26, 2025.
3. The hearing on Defendant's Motion for Summary Judgment is **CONTINUED** to September 19, 2025, at 10:00 a.m.
4. The Status Conference currently set for September 5, 2025 will also be **CONTINUED** to September 19, 2025, at 10:00 a.m.
5. All other dates and deadlines remain unchanged.

**IT IS SO ORDERED.**

**Dated:** August 13, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1