UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-06718-AB-MAA | Date: | September 19, 2025 |
|---|---|---|---|

| Title: | *Joshua Johnson v. JPMorgan Chase Bank, N.A.* |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Evelyn Chun | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joshua Johnson, Pro Se | Abirami Gnanadesigan (via Zoom) |

**Proceedings:** STATUS CONFERENCE; and
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [68]

The matter is called and counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.