1  **DYKEMA GOSSETT LLP**
   ABIRAMI GNANADESIGAN, State Bar No. 263375
2  *AGnanadesigan@dykema.com*
   444 South Flower Street, Suite 2200
3  Los Angeles, California 90071
   Telephone: (213) 457-1800
4  Facsimile: (213) 457-1850

5  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.

6

7  **UNITED STATES DISTRICT COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

9

| | |
|---|---|
| JOSHUA JOHNSON, | Case No. 2:22-cv-06718-AB-MAAx |
| Plaintiff, | The Hon. André Birotte Jr. Courtroom 7B |
| v. | Magistrate Maria A. Audero Courtroom: 690 |
| JPMORGAN CHASE BANK, N.A., | **DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT [DKT. 80]** |
| Defendant. | Date:      December 5, 2025<br>Time:      10:00 AM<br>Location:  Dept 7B |
| | Complaint Filed:  September 19, 2022 |

008241.002262 4925-1617-2661.1

1

DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION FOR RECONSIDERATION

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT ON** December 5, 2025, at 10:00 a.m., before the Honorable Andre Birotte Jr., in the United States District Court, First Street Courthouse, 350 West First Street, Courtroom 7B, Los Angeles, California 90012, Defendant JPMorgan Chase Bank, N.A. (Chase) will and hereby does move, pursuant to Federal Rule of Civil Procedure 59(e) and L.R. 7-18, for reconsideration of the Court's Order Denying Chase's Motion for Summary Judgment (Order, Dkt. 80).

This Motion is supported by the Memorandum of Points and Authorities in Support of the Motion, all matters of which this Court may take judicial notice, and any evidence or argument that is presented to the Court before or at the hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place through an exchange of emails stating the grounds for the Motion and requesting a telephone conference on October 18, 2025, and subsequently by telephone on October 23, 2025.

DATED: October 24, 2025         DYKEMA GOSSETT LLP

By: _____
ABIRAMI GNANADESIGAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# PROOF OF SERVICE
*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT [DKT. 80]** on the interested parties in this action as follows:

Joshua Johnson                                **RESPONDENT IN PRO PER**
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel: (336) 423-2594
Email: iosh@ii88.org

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Dykema Gossett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address MMendoza@dykema.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 24, 2025, at Los Angeles, California.

_____
Mitzi Mendoza