# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | Case No. 2:22-cv-06718-AB-MAAx<br><br>The Hon. André Birotte Jr.<br>Courtroom 7B<br><br>Magistrate Maria A. Audero<br>Courtroom: 690<br><br>**[PROPOSED] ORDER RE DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT[DKT. 80]**<br><br>Date:　　　December 5, 2025<br>Time:　　　10:00 AM<br>Location:　Dept 7B<br><br>Complaint Filed:　September 19, 2022 |

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, and having considered the papers, oral argument, and record before the Court, the Court **GRANTS** Defendant JPMorgan Chase Bank, N.A.'s (Chase) Motion for Reconsideration of the Court's Order Denying Chase's Motion for Summary Judgment (Order, Dkt. 80).

The Court **ORDERS** as follows:

The Court's Order Denying Chase's Motion for Summary Judgment (Order, Dkt. 80) is **VACATED**, and Chase's Motion for Summary Judgment is **GRANTED**.

Dated:_____                              _____
                                                                Hon. André Birotte Jr.

# PROOF OF SERVICE
*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document(s) described as:

**[PROPOSED] ORDER RE DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT[DKT. 80]** on the interested parties in this action as follows:

Joshua Johnson **RESPONDENT IN PRO PER**
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel: (336) 423-2594
Email: iosh@ii88.org

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Dykema Gossett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address MMendoza@dykema.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 24, 2025, at Los Angeles, California.

_____
Mitzi Mendoza