**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN, State Bar No. 263375
  *AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No. 2:22-cv-06718-AB-MAAx<br><br>The Hon. André Birotte Jr.<br>Courtroom 7B<br><br>Magistrate Maria A. Audero<br>Courtroom: 690<br><br>**JOINT STIPULATION RE CASE SCHEDULE AND MEDIATION**<br><br>Complaint Filed:   September 19, 2022 |

Pursuant to the Court's October 10, 2025, order [Dkt. 80], Joshua Johnson ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. ("Chase") (jointly the "Parties") submit **Attachment A** hereto setting forth the Parties' preferred method of mediation and deadline for the same and proposed trial-related dates.

DATED: October 31, 2025

/s/ Joshua Johnson

**Plaintiff Joshua Johnson**

DATED: October 31, 2025

/s/

**DYKEMA GOSSETT LLP**
Abirami Gnanadesigan
*Attorneys for Defendant JPMorgan Chase Bank, N.A*

I attest that all other signatories listed above have authorized the filing of this document and concur in its content.

/s/ Abirami Gnanadesigan

008241.002262 4923-6979-4678.1

Pursuant to the Court's October 10, 2025, order [Dkt. 80], Joshua Johnson ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. ("Chase") (jointly the "Parties") submit **Attachment A** hereto setting forth the Parties' preferred method of mediation and deadline for the same and proposed trial-related dates.

DATED: October 31, 2025

/s/

*Plaintiff Joshua Johnson*

DATED: October 31, 2025

/s/

**DYKEMA GOSSETT LLP**
Abirami Gnanadesigan
*Attorneys for Defendant JPMorgan Chase Bank*, N.A

I attest that all other signatories listed above have authorized the filing of this document and concur in its content.

/s/ Abirami Gnanadesigan

008241.002262 4923-6979-4678.1

# Attachment A

# JUDGE ANDRÉ BIROTTE JR.
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
***The Court ORDERS the parties to make every effort to agree on dates.***

| Case No. 2:22-cv-06718-AB-MAA | Case Name: *Joshua Johnson v. JPMorgan Chase Bank, N.A.* |
|---|---|

| **Trial and Final Pretrial Conference Dates** | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
|---|---|---|
| Check one: ☒ Jury Trial or ☐ Court Trial<br>*[Monday at 8:30 a.m., about 18 months after Complaint filed]*<br>Estimated Duration, in days: | 5/18/2026 | 5 days<br><br>10/19/2026 |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine<br>*[Friday at 11:00 a.m., at least 17 days before trial]* | 4/17/2026 | 9/25//2026 |

| **Event[1]**<br>*Note*: Hearings must be on Fridays at 10:00 a.m. Other dates can be any day of the week. | **Suggest. Weeks Before FPTC[2]** | **Plaintiff's Proposed Date mm/dd/yyyy** | **Defendant's Proposed Date mm/dd/yyyy** |
|---|---|---|---|
| Last Date to **Hear** Motions to Amend Pleadings/Add Parties *[Friday]* | 12-16 weeks after Sched. Conf. | 3/10/2023 Already passed (see Dkt. 17, 27) | 07/17/2026 |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for *filing* dispositive motion)** | 17 | 10/31/2023 Already passed; discovery closed (see Dkt. 27) | 05/04/2026 |
| Expert Disclosure (Initial) | | 12/5/2023 Already passed; discovery closed (see Dkt. 27) | 06/08/2026 |
| Expert Disclosure (Rebuttal) | | 12/22/2023 Already passed; discovery closed (see Dkt. 27) | 06/29/2026 |
| Expert Discovery Cut-Off | 12[3] | 1/26/2024 Already passed; discovery closed (see Dkt. 27) | 07/13/2026 |
| Last Date to **Hear** Motions *[Friday]*<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed<br>*For Cross-Motions, see Standing Order.* | 12 | 9/19/2025 Already passed (see Dkts. 27, 65, 76) | 07/17/2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 10 | 12/19/25 | 1/12/2026 |
| ***Alternative Dispute Resolution ("ADR") Procedure (select one)***:<br>(Magistrate Judge *[with Court approval]*, Court's Mediation Panel, or Private Mediation) | | ☒ 1. Mag. Judge<br>☐ 2. Panel<br>☐ 3. Private | ☒ 1. Mag. Judge<br>☐ 2. Panel<br>☐ 3. Private |

---

[1] **The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.** *This is often appropriate for class actions, patent cases, and ERISA cases.*
[2] **This is the Court's recommended default timeline for certain events. The parties are welcome to propose different intervals as needed for their case.**
[3] **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**

| | | | |
|---|---|---|---|
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3 minimum | 3/20/2026 | 08/28/2026 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 2 minimum | 3/27/2026 | 09/11/2026 |