UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:22-cv-06718-AB-MAA | Date: | November 14, 2025 |

| | |
|---|---|
| Title: | *Joshua Johnson v. JPMorgan Chase Bank, N.A.* |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:    [In Chambers] ORDER <u>GRANTING</u> STIPULATION [Dkt. No. 82] and <u>ENTERING</u> SCHEDULING ORDER**

The Court has reviewed the parties' Stipulation re: Case Schedule and Mediation (Dkt. No. 82).

Plaintiff and Defendant propose vastly different schedules. The following procedural background explains why the Court is entering the schedule below. On June 14, 2023, the Court entered its Scheduling Order. *See* Dkt. No. 27. On January 12, 2024, the Court stayed this case. *See* Dkt. No. 59. On April 11, 2025, the Court approved the parties' stipulation to vacate the stay and set a briefing schedule on Defendant's motion for summary judgment. *See* Dkt. No. 65. On October 10, 2025, the Court denied Defendant's motion for summary judgment and ordered the parties to file a stipulation and proposed order to set trial-related dates. *See* Dkt. No. 80. The parties then filed the Stipulation now before the Court.

Plaintiff's proposed schedule acknowledges that most of the dates in the Court's initial June 14, 2023 Scheduling Order passed before the stay and does not contemplate re-setting them. Defendant, by contrast, proposes an entirely new

schedule, even for discovery deadlines that expired before the stay, which would mean, essentially, restarting this 2022 case from scratch, including reopening discovery entirely. Defendant makes this proposal without explanation and, needless to say, without having filed a motion to modify the scheduling order.

The Court rejects Defendant's proposal. The Court will only re-set deadlines that were not already passed before the stay. For completeness, the Court will set a deadline for motions, but points out that Defendant already filed the one Rule 56 motion to which it is entitled.

The Court therefore **ENTERS** the following scheduling order:

| Trial and Final Pretrial Conference Dates | Court Order mm/dd/yyyy |
|---|---|
| Trial   *[Monday]* | 5/18/2026   at 8:30 a.m.<br>☒ Jury Trial<br>☐ Court Trial<br>2-3 days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine *[Friday, at least 17 days before trial]* | 4/17/2026 at 11:00 a.m. |
| **Event**<br>_**Note:**_ Hearings must be on Fridays at 10:00 a.m.<br>Other dates can be any day of the week**.** | **Court Order<br>mm/dd/yyyy** |
| Last Date to _**Hear**_ Motion to Amend Pleadings/Add Parties *[Friday]* | Passed prior to the stay. |
| Non-Expert Discovery Cut-Off | Passed prior to the stay. |
| Expert Disclosure (Initial) | Passed prior to the stay. |
| Expert Disclosure (Rebuttal) | Passed prior to the stay. |
| Expert Discovery Cut-Off | 12/5/2025 |
| Last Date to _**Hear**_ Motions *[Friday]*<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed<br>*For Cross-Motions, see Standing Order.* | 1/30/2026 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 12/19/2026 |
| Alternative Dispute Resolution ("ADR") Procedure | ☒ 1. Magistrate Judge<br>☐ 2. Court's Mediation Panel<br>☐ 3. Private Mediation |
| **Trial Filings** (first round)   *[at least 3 weeks before FPTC]*<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*<br>• Declarations containing Direct Testimony, if ordered *(court trial only)* | 3/20/2026 |

| **Trial Filings** (second round)   *[at least 2 weeks before FPTC]*<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions *(jury trial only)*<br>• Disputed Proposed Jury Instructions *(jury trial only)*<br>• Joint Proposed Verdict Forms *(jury trial only)*<br>• Joint Proposed Statement of the Case *(jury trial only)*<br>• Proposed Additional Voir Dire Questions, if any *(jury trial only)*<br>• Evidentiary Objections to Decls. of Direct Testimony *(court trial only)* | 3/27/2026 |
|---|---|

The Court admonishes the parties for not filing a proposed Order with their Stipulation, as the Local Rules and this Court's Standing Orders require. Given the parties' disagreements, the Court refrained from ordering them to supply a proposed Order. The parties must comply going forward.

**IT IS SO ORDERED**.