**Joshua Johnson**
1373 Caminito Halago
La Jolla, CA 92037
(336) 423-2594
josh@jj88.org
IN PRO PER



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>  Defendant. | Case No.: 2:22-cv-06718-AB-MAAx<br><br>**JOSHUA JOHNSON'S NOTICE OF ERRATA TO OPPOSITION TO JPMORGAN CHASE BANK'S MOTION FOR RECONSIDERATION [DKT. 81]**<br><br>Date:    December 5, 2025<br>Time:    10:00 a.m.<br>Place:   Courtroom 7B<br>Judge:   Hon. André Birotte Jr. |

1

NOTICE OF ERRATA TO OPPOSITION TO JPMORGAN CHASE BANK, N.A.'S MOTION FOR RECONSIDERATION

# NOTICE OF ERRATA

Plaintiff Joshua Johnson ("Johnson") respectfully submits this errata to his Opposition to JPMorgan Chase Bank N.A.'s Motion for Reconsideration ("Opposition"). The previously filed Opposition contained clerical/formatting errors. Johnson is concurrently filing a corrected Opposition that corrects these errors and makes no other changes:

- Adds Johnson's signature and date;
- Adds a Certificate of Compliance (word count);
- Adds pin cites;
- Replaces "the FAA or C.C.P. § 1287.4" with "the FAA and C.C.P. § 1287.4";
- Corrects "Section II.B" to "Section III.B";
- Corrects "Section II.C" to "Section III.C".

DATED: November 20, 2025                                   Joshua Johnson

                                                           /s/ Joshua Johnson