1

**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN, State Bar No. 263375

2
*AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200

3
Los Angeles, California 90071
Telephone: (213) 457-1800

4
Facsimile: (213) 457-1850

5
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

6

7
### UNITED STATES DISTRICT COURT

8
### CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

9

10
JOSHUA JOHNSON,

Case No. 2:22-cv-06718-AB-MAAx

11
Plaintiff,

The Hon. André Birotte Jr.
Courtroom  7B

12
v.

Magistrate Judge Maria A. Audero
Courtroom: 690

13
JPMORGAN CHASE BANK, N.A.,

14
Defendant.

**SUPPLEMENTAL DECLARATION OF ABIRAMI GNANADESIGAN IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT [DKT. 80]**

15

16

17

18

**Date:          December 5, 2025**
**Time:          10:00 AM**
**Location:      Dept 7B**

19

20

21
Complaint Filed:    September 19, 2022

22

23

24

25

26

27

28

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

008241.002262  4938-1800-3069.1

1

**DYKEMA GOSSETT LLP**
**444 SOUTH FLOWER STREET**
**SUITE 2200**
**LOS ANGELES, CALIFORNIA 90071**

1

## DECLARATION OF ABIRAMI GNANADESIGAN

2    I, Abirami Gnanadesigan, declare and state as follows:

3    1.    I am an attorney duly admitted to practice before this Court. I am a
4 member at Dykema Gossett LLP, and counsel of record for Defendant JPMorgan
5 Chase Bank, N.A. ("Defendant") in this action. I make this Declaration from my
6 personal knowledge and, if called as a witness, I could and would competently testify
7 hereto.

8    2.    After filing Defendant's reply brief, Plaintiff contacted me on November
9 24, 2025 with copies of emails that he sent responding to my requests for a telephonic
10 meet and confer on October 20, 2025 at 11:14 a.m. and 2:17 p.m., and on October 22,
11 2025 at 9:29 a.m. and 9:30 a.m.. On the same date, with the benefit of the date and
12 timestamps of Plaintiff's emails, my firm was able to confirm that those emails were
13 sent to a spam filter and were not delivered to my inbox.

14    I declare under penalty of perjury under the laws of the United States that the
15 foregoing is true and correct. Executed on December 1, 2025 in Los Angeles,
16 California.

17

18

19    Abirami Gnanadesigan

20

21

22

23

24

25

26

27

28

008241.002262  4938-1800-3069.1                                2

SUPPLEMENTAL GNANADESIGAN DECLARATION IN SUPPORT OF DEFENDANT JPMORGAN CHASE
BANK, N.A.'S REPLY

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

**PROOF OF SERVICE**
*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document(s) described as **DECLARATION OF ABIRAMI GNANADESIGAN IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S REPLY IN SUPPORT OF MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING SUMMARY JUDGMENT [DKT. 80]** on the interested parties in this action as follows:

Joshua Johnson                                    **DEFENDANT PRO SE**
2201 5th Street, Apt. 208
Santa Monica, CA 90405

Tel:  (336) 423-2594
Email: iosh@ii88.org

☒**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Dykema Gossett LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address ESalmon@dykema.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 1, 2025, at Los Angeles, California.

_____
Emma Salmon