**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Joshua Johnson | | CASE NUMBER: |
| | Plaintiff(s) | 2:22-cv-06718-AB-MAA |
| v. | | |
| JPMorgan Chase Bank, N.A. | | **MOTION RE: INFORMAL DISCOVERY CONFERENCE** |
| | Defendant(s) | |

A discovery conference with Magistrate Judge Maria A. Audero has been requested. Parties that have not submitted their portion of the Informal Discovery Conference Request form must email their completed portion of such form to Magistrate Judge Audero's Chambers (MAA_Chambers@cacd.uscourts.gov) within 24 hours after issuance of this Motion. The requesting party must submit via email to Magistrate Judge Audero's Chambers the discovery requests and responses at issue within 24 hours after issuance of this Motion.

The Court hereby sets the Informal Discovery Conference on _____12/2/2025_____ at __12:00PM__.

The hearing will be held:  ☐ in person in Courtroom ____ of the Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Los Angeles, California
☐ via Zoom (a Zoom link will be circulated separately)
☑ telephonically (dial-in information will be circulated separately)

To ensure quality recordings, please adhere to the following:

**Professional Setting:** Join from a professional setting. Avoid vehicles, public spaces, and locations with background noise.
**Equipment:** Avoid speakerphone use during calls, headsets are preferred when possible.
**Noise Reduction:** Minimize environmental noise and background conversations.
**Clear Communication**: Avoid speaking over one another to prevent audio distortion.

Dated: __12/01/2025__                    By: __C. Delgado__
                                                        Deputy Clerk