UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 2:22-cv-06718-AB-MAA | Date: December 2, 2025 |
| Title | Joshua Johnson v. JPMorgan Chase Bank, N.A. | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | C/S 12/02/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Plaintiff, appearing Pro Se: | Attorney Present for Defendant: |
|---|---|
| Joshua Johnson | Abirami Gnanadesigan |

**Proceedings (Telephonic): Informal Discovery Conference (ECF No. 90)**

Case is called. Plaintiff and Counsel make their appearances.

Before the Court on December 2, 2025 is the parties' sixth informal discovery conference in this matter, which the Court names "IDC 6." Through IDC 6, Plaintiff Joshua Johnson ("Plaintiff") seeks a protective order prohibiting the deposition and document production of Plaintiff's expert, noticed by Defendant JPMorgan Chase Bank, N.A. ("Defendant") on November 21, 2025 and set for December 4, 2025, the day before the close of expert discovery.

The Court confers with the parties. Based on the argument of the parties, the Court **ORDERS** that, absent further order from the Honorable Andre Birotte Jr., the deposition of Plaintiff's expert shall proceed on December 4, 2025 as originally noticed and pursuant to the terms of that notice, including the document production.

It is so ORDERED.

Time in Court: 0:45