UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | Case No. 2:22-cv-06718-AB-MAAx<br><br>[~~PROPOSED~~] **ORDER DENYING DEFENDANT JPMORGAN CHASE BANK, N.A.'S** *EX PARTE* **APPLICATION FOR AN ORDER EXTENDING EXPERT DISCOVERY DEADLINE** |

The Court **DENIES** Defendant JPMorgan Chase Bank, N.A.'s (Chase) *Ex Parte* Application for an Order Extending the Expert Discovery Deadline. For the reasons explained in Plaintiff's opposition, Defendant has not shown the diligence required to support an ex parte application, nor the good cause required to extend the expert discovery deadline. For example, the Court vacated the stay on May 27, 2025 (*see* Dkt. No. 65), thus resuming Defendant's opportunity to conduct discovery, yet Defendant did not pursue the desired expert discovery until it served its subpoena on November 20, 2025. In the meantime, on November 18, the Court set December 5, 2025 as the expert discovery deadline because Defendant had not previously justified an extended timeframe. See Order (Dkt. No. 83).

　　**SO ORDERED.**

Dated: December 8, 2025

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE