**Joshua Johnson**
1373 Caminito Halago
La Jolla, CA 92037
(336) 423-2594
josh@jj88.org
IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
12/4/25
CENTRAL DISTRICT OF CALIFORNIA
BY  MRV  DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No.: 2:22-cv-06718-AB-MAAx<br><br>The Hon. André Birotte Jr.<br>Courtroom: 7B<br><br>Magistrate Maria A. Audero<br>Courtoom: 690<br><br>**<u>DISCOVERY MATTER</u>**<br><br>**DECLARATION OF JOSHUA JOHNSON IN SUPPORT OF HIS MOTION FOR PROTECTIVE ORDER** |

---

1

DECLARATION OF JOSHUA JOHNSON IN SUPPORT OF HIS MOTION FOR PROTECTIVE ORDER

# DECLARATION OF JOSHUA JOHNSON

I, Joshua Johnson, declare as follows:

1. I am the Plaintiff in this matter.
2. I have personal knowledge of the facts stated in this declaration and could testify competently to them if called upon to do so.
3. I make this declaration in support of my Motion for Protective Order.
4. On November 21, 2025, I spoke with Thomas A. Tarter via telephone. Mr. Tarter informed me that he was surprised to be served with a subpoena nearly two years later after filing his expert report. He stated that it would be difficult to prepare for a December 4 deposition and that health and mobility issues that have arisen in the two years since his report was filed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Joshua Johnson                                         /s/ Joshua Johnson

Executed on December 3, 2025 in San Diego, California.