**Joshua Johnson**
1373 Caminito Halago
La Jolla, CA 92037
(336) 423-2594
josh@jj88.org
IN PRO PER

LODGED
CLERK, U.S. DISTRICT COURT
12/4/25
CENTRAL DISTRICT OF CALIFORNIA
BY _____ MRV _____ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No.: 2:22-cv-06718-AB-MAAx<br><br>The Hon. André Birotte Jr.<br>Courtroom: 7B<br><br>Magistrate Maria A. Audero<br>Courtoom: 690<br><br>**<u>DISCOVERY MATTER</u>**<br><br>**[PROPOSED] ORDER RE JOSHUA JOHNSON'S MOTION FOR PROTECTIVE ORDER** |

[PROPOSED] ORDER RE JOSHUA JOHNSON'S MOTION FOR PROTECTIVE ORDER

# [PROPOSED] ORDER

**GOOD CAUSE APPEARING**, and having considered the papers, oral argument, and record before the Court, the Court **GRANTS** Plaintiff Joshua Johnson's Motion for Protective Order and **ORDERS** as follows:

The Motion is **GRANTED**.

Date: _____          _____

                                           Hon. Maria A. Audero

[PROPOSED] ORDER RE JOSHUA JOHNSON'S MOTION FOR PROTECTIVE ORDER