**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN (Cal. Bar No. 263375)
AGnanadesigan@dykema.com
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850
*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>          Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Maria A. Audero<br><br>**JOINT STIPULATION RE DEADLINE TO COMPLETE ADR**<br><br>Action Filed: Sept. 19, 2022<br>Trial Date:    May 18, 2026 |

JOINT STIPULATION

1    It is hereby Stipulated by and between the parties, Plaintiff Joshua
2    Johnson ("Plaintiff") and Defendant JPMorgan Chase Bank, N.A. ("Defendant"),
3    collectively (the "Parties") subject to the Court's approval as follows:
4    WHEREAS, per the Court's Order setting a deadline for the Parties to
5    complete ADR on or before December 31, 2025 [Dkt. No. 95], the Parties have
6    been actively working together in good faith to have a Settlement Conference
7    scheduled with Magistrate Judge Audero before December 31, 2025, but due to
8    the intervening holidays and pre-planned, non-refundable travel plans, the Parties
9    have been unable to identify a mutually available date;
10   WHEREAS, Judge Audero has advised the Parties that her availability
11   before December 31, 2025 includes December 22, 23, 29 or 30, 2025;
12   WHEREAS, counsel for Defendant and Defendant's representative are
13   available to attend a Settlement Conference on December 22 or 23, 2025, but
14   Defendant's representative is not available on December 29 or 30, 2025 because
15   of a pre-planned family vacation;
16   WHEREAS, Johnson is available to attend a Settlement Conference on
17   December 29 or 30, 2025, but is not available to attend on December 22 or 23,
18   2025 because of a pre-planned family vacation in North Carolina;
19   WHEREAS, the parties have reached out to Judge Audero to determine
20   her availability for a Settlement Conference in January 2026, which as of the
21   morning of December 11, 2025 is as follows: January 13, 16, 19, 23, 26, 27 and
22   30, 2026;
23   WHEREAS, good cause exists to extend the current cut-off because the
24   Parties have been diligently working together to come to an agreement on a date
25   for ADR, and cannot avoid the scheduling conflicts created by the holidays and
26   pre-planned and nonrefundable travel;
27   WHEREAS, the Parties desire to have a meaningful Settlement
28   Conference and request that this Court extend the deadline for the parties to

complete ADR until January 30, 2026;

WHEREAS, the Parties previously stipulated for an extension of time by not more than 30 days for Defendant to respond to the Complaint which did not require a Court Order, the Parties previously stipulated three times to modify the briefing schedule for the Motion for Summary Judgment which requests were approved by this Court, and Defendant requested an extension of the expert discovery cut-off which was denied by this Court.

THEREFORE, Plaintiff and Defendant agree and stipulate that:

1. The deadline for the Parties to complete ADR be extended to January 30, 2026.

**IT IS SO STIPULATED AND AGREED.**

DATED: December 11, 2025

/s/_____
**JOSHUA JOHNSON**

DATED: December 11, 2025

/s/ Abirami Gnanadesigan
**DYKEMA GOSSETT LLP**
Abirami Gnanadesigan
*Attorneys for Defendant JPMorgan Chase Bank, N.A*

I attest that all other signatories listed above have authorized the filing of this document and concur in its content.

/s/ Abirami Gnanadesigan

Case 2:22-cv-06718-AB-MAA   Document 98   Filed 12/11/25   Page 4 of 5   Page ID #:1525

complete ADR until January 30, 2026;

WHEREAS, the Parties previously stipulated for an extension of time by not more than 30 days for Defendant to respond to the Complaint which did not require a Court Order, the Parties previously stipulated three times to modify the briefing schedule for the Motion for Summary Judgment which requests were approved by this Court, and Defendant requested an extension of the expert discovery cut-off which was denied by this Court.

THEREFORE, Plaintiff and Defendant agree and stipulate that:

1. The deadline for the Parties to complete ADR be extended to January 30, 2026.

**IT IS SO STIPULATED AND AGREED.**

DATED: December 11, 2025

/s/
JOSHUA JOHNSON

DATED: December 11, 2025

/s/ Abirami Gnanadesigan
**DYKEMA GOSSETT LLP**
Abirami Gnanadesigan
*Attorneys for Defendant JPMorgan Chase Bank, N.A*

I attest that all other signatories listed above have authorized the filing of this document and concur in its content.

/s/ Abirami Gnanadesigan

2
JOINT STIPULATION
008241.002262 4914-9183-4241.1

# PROOF OF SERVICE

*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document(s) described as **JOINT STIPULATION RE DEADLINE TO COMPLETE ADR** on the interested parties in this action as follows:

Joshua Johnson                                        **DEFENDANT PRO SE**
2201 5th Street, Apt. 208
Santa Monica, CA 90405

Tel: (336) 423-2594
Email: josh@jj88.org

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Dykema Gossett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ESalmon@dykema.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 11, 2025, at Los Angeles, California.

_____
Mitzi Mendoza