**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN, State Bar No. 263375
*AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON, | Case No. 2:22-cv-06718-AB-MAAx |
| Plaintiff, | The Hon. André Birotte Jr.<br>Courtroom 7B |
| v. | Magistrate Judge Maria A. Audero<br>Courtroom: 690 |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | **DECLARATION OF ABIRAMI GNANADESIGAN IN SUPPORT OF JOINT STIPULATION RE DEADLINE TO COMPLETE ADR** |
| | Complaint Filed:   September 19, 2022 |

# DECLARATION OF ABIRAMI GNANADESIGAN

I, Abirami Gnanadesigan, declare and state as follows:

1. I am an attorney duly admitted to practice before this Court. I am a member at Dykema Gossett LLP, and counsel of record for Defendant JPMorgan Chase Bank, N.A. ("Defendant") in this action. I make this Declaration from my personal knowledge and, if called as a witness, I could and would competently testify hereto.

2. The Parties have been actively working together in good faith to have a Settlement Conference scheduled with Magistrate Judge Audero before December 31, 2025.

3. Judge Audero has advised the Parties that her availability before December 31, 2025 includes December 22, 23, 29 or 30, 2025.

4. Counsel for Defendant and Defendant's representative are available to attend a Settlement Conference on December 22 or 23, 2025, but Defendant's representative is not available on December 29 or 30, 2025 because of a pre-planned family vacation.

5. I have been advised by Mr. Johnson that he is available to attend a Settlement Conference on December 29 or 30, 2025, but is not available to attend on December 22 or 23, 2025 because of a pre-planned family vacation in North Carolina.

6. The parties have reached out to Judge Audero to determine her availability for a Settlement Conference in January 2026, which as of the morning of December 11, 2025 is as follows: January 13, 16, 19, 23, 26, 27 and 30, 2026.

7. Good cause exists to extend the current cut-off because the Parties have been diligently working together to come to an agreement on a date for ADR, and cannot avoid the scheduling conflicts created by the holidays and pre-planned and nonrefundable travel.

8. The Parties desire to have a meaningful Settlement Conference and request that this Court extend the deadline for the parties to complete ADR until

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

January 30, 2026.

9. The Parties previously stipulated for an extension of time by not more than 30 days for Defendant to respond to the Complaint which did not require a Court Order, the Parties previously stipulated three times to modify the briefing schedule for the Motion for Summary Judgment which requests were approved by this Court, and Defendant requested an extension of the expert discovery cut-off which was denied by this Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on December 11, 2025 in Los Angeles, California.

_____
Abirami Gnanadesigan

# PROOF OF SERVICE
*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document(s) described as **DECLARATION OF ABIRAMI GNANADESIGAN IN SUPPORT OF JOINT STIPULATION RE DEADLINE TO COMPLETE ADR** on the interested parties in this action as follows:

Joshua Johnson                                            **DEFENDANT PRO SE**
2201 5th Street, Apt. 208
Santa Monica, CA 90405

Tel: (336) 423-2594
Email: iosh@ii88.org

☒**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Dykema Gossett LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ESalmon@dykema.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 11, 2025, at Los Angeles, California.

_____
Mitzi Mendoza
DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

008241.002262  4916-9322-7393.1

4

GNANADESIGAN DECLARATION IN SUPPORT OF JOINT STIPULATION RE ADR DEADLINE