1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSHUA JOHNSON,

                   Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A.,

                 Defendant.

No.: 2:22-cv-06718-AB-MAA

District Judge: Hon. André Birotte Jr.
Magistrate Judge: Maria A. Audero

**[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE ADR**

Action Filed:    Sept. 19, 2022
Trial Date:      May 18, 2026

008241.002262 4924-1930-2529.1

Having considered the parties Joint Stipulation re Deadline to Complete ADR, and finding good cause,

**IT IS HEREBY ORDERED** that the deadline for the Parties to complete ADR is extended to January 30, 2026.

Dated:_____          Signed:_____

Hon. André Birotte Jr.

008241.002262 4924-1930-2529.1

# **PROOF OF SERVICE**

*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document(s) described as **[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE ADR** on the interested parties in this action as follows:

Joshua Johnson                                    **DEFENDANT PRO SE**
2201 5th Street, Apt. 208
Santa Monica, CA 90405

Tel:  (336) 423-2594
Email: josh@jj88.org

☒**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the practice of Dykema Gossett LLP for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am a resident or employed in the county where the mailing occurred.  The envelope was placed in the mail at Los Angeles, California.

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address ESalmon@dykema.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 11, 2025, at Los Angeles, California.

_____
Mitzi Mendoza

008241.002262 4924-1930-2529.1