**Joshua Johnson**
1373 Caminito Halago
La Jolla, CA 92037
(336) 423-2594
josh@jj88.org
IN PRO PER



FILED
CLERK, U.S. DISTRICT COURT
12/8/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_MMC\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　Defendant. | Case No.: 2:22-cv-06718-AB-MAAx<br><br>The Hon. André Birotte Jr.<br>Courtroom: 7B<br><br>Magistrate Maria A. Audero<br>Courtoom: 690<br><br>**DISCOVERY MATTER**<br><br>**JOSHUA JOHNSON'S NOTICE OF ERRATA TO MOTION FOR PROTECTIVE ORDER; CORRECTED NOTICE OF MOTION FOR PROTECTIVE ORDER** |

# NOTICE OF ERRATA

Plaintiff Joshua Johnson ("Johnson") respectfully submits this Notice of Errata to his Motion for Protective Order ("Motion"), filed on December 4, 2025, and assigned tracking number EDS-251204-002-7748 via this Court's Electronic Document Submission System ("EDSS").

Due to inadvertence, the Notice of Motion omitted the statement required by Local Rule 7-3 and § 7(a)(ii) of the Court's Standing Order regarding the parties' pre-filing conference.

On November 26, 2025, the parties met and conferred twice by telephone and thoroughly discussed the substance and potential resolution of the motion. In addition, the parties and the Court addressed the same subject matter at the informal discovery conference held on December 2, 2025 ("IDC 6"). *See* Dkt. 92.

Accordingly, Plaintiff attaches a corrected Notice of Motion that is identical to the original Notice of Motion except that it includes the following statement in compliance with Local Rule 7-3 and Section 7(a)(ii) of the Court's Standing Order: "This motion is made following the conferences of the parties pursuant to Local Rules 7-3 and 37-1, during which the parties thoroughly discussed the substance of and potential resolution of this motion by telephone on November 26, 2025. In addition, the parties and the Court addressed the same subject matter at the informal discovery conference held on December 2, 2025. *See* Dkt. 92."

DATED: December 8, 2025

Joshua Johnson
/s/ Joshua Johnson
Plaintiff in Pro Per

## CORRECTED NOTICE OF MOTION FOR PROTECTIVE ORDER

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that plaintiff Joshua Johnson ("Johnson") will and hereby does move for a protective order pursuant to Fed. R. Civ. P. 26(c)(1)(B) regarding the subpoena ("Subpoena") issued by defendant JPMorgan Chase Bank, N.A. ("Chase") seeking deposition testimony and document production from Thomas A. Tarter ("Tarter") on December 4, 2025.

    This motion is based on this Notice, the attached Memorandum of Points and Authorities, the concurrently-filed declaration of Joshua Johnson and upon all papers and documents on file herein. A proposed order is also submitted herewith.

    This motion is made following the conferences of the parties pursuant to Local Rules 7-3 and 37-1, during which the parties thoroughly discussed the substance of and potential resolution of this motion by telephone on November 26, 2025. In addition, the parties and the Court addressed the same subject matter at the informal discovery conference held on December 2, 2025. *See* Dkt. 92.

**DATED: December 3, 2025**　　　　　　　　　　　　　　　/s/ Joshua Johnson