UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:22-cv-06718-AB-MAA | Date: December 15, 2025 |
| Title  Joshua Johnson v. JPMorgan Chase Bank, N.A. | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Plaintiff, appearing Pro Se:<br>Joshua N/A | Attorney Present<br>for Defendant:<br>N/A |

**Proceedings (In Chambers): Order DENYING Plaintiff's Motion for Protective Order (ECF No. 97)**

     On December 2, 2025, the Court conducted an informal discovery conference in this matter, which the Cout named "IDC 6." ("IDC 6 Order," ECF No. 92.) Through IDC 6, Plaintiff Joshua Johnson ("Plaintiff") sought a protective order prohibiting the deposition and document production of Plaintiff's expert, noticed by Defendant JPMorgan Chase Bank, N.A. ("Defendant") on November 21, 2025 and set for December 4, 2025, the day before the December 5, 2025 close of expert discovery. (*See id.*) On the same day, the Court issued an order resolving IDC 6 through which it ordered that, absent further order from the Honorable Andre Birotte Jr., the deposition of Plaintiff's expert would proceed on December 4, 2025 as originally noticed and pursuant to the terms of that notice, including the document production. (*See id.*)

     On December 4, 2025, Plaintiff filed through the Court's Electronic Document Submission System ("EDSS") a Motion for Protective Order through which he seeks a protective order precluding the deposition of his expert. ("Motion," ECF No. 97.) On December 8, 2025, Plaintiff filed, again through EDSS, a Notice of Errata related to the Motion. ("Errata," ECF No 100.)

     Separately, on December 1, 2025, Defendant filed an ex parte application for an order extending the expert discovery cut-off from December 5, 2025 to December 19, 2025. ("Application," ECF No. 88.) The Honorable Andre Birotte Jr.—the district judge presiding over the case—denied the Application on December 8, 2025. (ECF No. 94.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:22-cv-06718-AB-MAA                                    Date: December 15, 2025

Title     Joshua Johnson v. JPMorgan Chase Bank, N.A.

    Plaintiff's Motion is **DENIED** on two grounds.  *First*, the Motion is moot in light of the Court's IDC 6 Order.  (*See* IDC 6 Order.)  *Second,* even if the Motion were construed as a request for reconsideration of the IDC 6 Order, the Motion cannot be considered because it is untimely as it was filed only one day before the expert discovery cut-off date.  This violates Judge Birotte's Scheduling Order, which provides that the discovery cut-off date is the date by which all discovery, *including all hearings on any related motions*, must be completed.  (ECF No. 27 at 4 (emphasis in original).)

    It is so ORDERED.