# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | No.: 2:22-cv-06718-AB-MAA<br><br>District Judge: Hon. André Birotte Jr.<br>Magistrate Judge: Maria A. Audero<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE ADR**<br><br>Action Filed:　Sept. 19, 2022<br>Trial Date:　　May 18, 2026 |

　　The Court **APPROVES** the parties' Stipulation and **EXTENDS** the parties' deadline to complete ADR to **January 30, 2026**.

　　**SO ORDERED.**

Dated: December 15, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1