UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

Joshua Johnson
1373 Caminito Halago
La Jolla, CA 92037

2:22CV6718-AB

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 15 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
CLERK, U.S. DISTRICT C
DEC 15 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

-R-T-S-  920375009-1N    12/12/25
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

Case: 2:22cv6718  Doc: 92

Joshua Johnson
1373 Caminito Halago
La Jolla, CA 92037

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Joshua Johnson
1373 Caminito Halago
La Jolla CA 92037
--Case Participants: Ashley R Fickel (ashley.fickel@stinson.com, jennifer.olson@stinson.com, julie.contreras@stinson.com), Jeffrey Stephen Kravitz (jkra1@aol.com), Robert A Hyatt (robert.hyatt@stinson.com), Abirami Gnanadesigan (aayala@dykema.com, agnanadesigan@dykema.com, docketla@dykema.com, mmendoza@dykema.com), Magistrate Judge Maria A. Audero (crd_audero@cacd.uscourts.gov), Judge Andre Birotte Jr (crd_birotte@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<41463472@cacd.uscourts.gov>Subject:Activity in Case 2:22-cv-06718-AB-MAA Joshua Johnson v. JPMorgan Chase Bank, N.A. Order on Motion for Order re Discovery Matter
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 12/3/2025 at 2:08 PM PST and filed on 12/2/2025

| | |
|---|---|
| **Case Name:** | Joshua Johnson v. JPMorgan Chase Bank, N.A. |
| **Case Number:** | 2:22-cv-06718-AB-MAA |
| **Filer:** | |
| **Document Number:** | 92 |

**Docket Text:**
**MINUTES OF (Telephonic): Informal Discovery Conference (ECF No. 90)Hearing held before Magistrate Judge Maria A. Audero. The Court confers with the parties. Based on the argument of the parties, the Court ORDERS that, absent further order from the Honorable Andre Birotte Jr., the deposition of Plaintiff's expert shall proceed on December 4, 2025 as originally noticed and pursuant to the terms of that notice, including the document production. [See document for further details.] Court Recorder: C/S 12/02/2025. (san)**

**2:22-cv-06718-AB-MAA Notice has been electronically mailed to:**
Abirami Gnanadesigan    mmendoza@dykema.com, aayala@dykema.com, docketla@dykema.com, agnanadesigan@dykema.com