1  **DYKEMA GOSSETT LLP**
   ABIRAMI GNANADESIGAN, State Bar No. 263375
2  *AGnanadesigan@dykema.com*
   444 South Flower Street, Suite 2200
3  Los Angeles, California 90071
   Telephone: (213) 457-1800
4  Facsimile: (213) 457-1850

5  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON, | Case No. 2:22-cv-06718-AB-MAAx |
| Plaintiff, | The Hon. André Birotte Jr.<br>Courtroom 7B |
| v. | Magistrate Maria A. Audero<br>Courtroom: 690 |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | **DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF THOMAS TARTER** |
| | Date:      January 30, 2026<br>Time:      10:00 AM<br>Location: Dept 7B |
| | Complaint Filed:  September 19, 2022 |

008241.002262 4897-9998-8357.2

1

DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION
TO EXCLUDE OPINIONS AND TESTIMONY OF THOMAS TARTER

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT ON** January 30, 2026, at 10:00 a.m., before the Honorable Andre Birotte Jr., in the United States District Court, First Street Courthouse, 350 West First Street, Courtroom 7B, Los Angeles, California 90012, Defendant JPMorgan Chase Bank, N.A. (Chase) will and hereby does move, pursuant to Federal Rule of Evidence 702, as well as *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), and its progeny, for an order excluding the proposed expert testimony of Thomas Tarter on the grounds that: (1) he lacks the knowledge, skill, experience, training and education to offer his opinions; and (2) his opinions are not based on sufficient fact and data, and they are unreliable. Mr. Tarter's testimony, therefore, does not satisfy the foundational requirements for expert testimony and is unreliable, irrelevant, unduly prejudicial, and likely to confuse the trier of fact.

This Motion is supported by the Memorandum of Points and Authorities in Support of the Motion, the Declaration of Abirami Gnanadesigan, all matters of which this Court may take judicial notice, and any evidence or argument that is presented to the Court before or at the hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on December 18, 2025.

DATED: January 2, 2026       DYKEMA GOSSETT LLP

By: _____
ABIRAMI GNANADESIGAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# PROOF OF SERVICE
*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF THOMAS TARTER**

on the interested parties in this action as follows:

Joshua Johnson                    **PLAINTIFF PRO SE**
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel: (336) 423-2594
Email: iosh@ii88.org

☒ **BY OVERNIGHT SERVICE:** I enclosed the documents in an envelope/package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the prepaid envelope/package, for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address MMendoza@dykema.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 2, 2026, at Los Angeles, California.

_____
Mitzi Mendoza