UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   2:22-cv-06718-AB-MAA                                    Date: January 29, 2026

Title   Joshua Johnson v. JPMorgan Chase Bank, N.A.

Present: The Honorable:   Maria A. Audero, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings (in Chambers):**           NOTICE RE NON-SETTLEMENT

    On January 23, 2026, the Court conducted a settlement conference. Although the parties did not reach a settlement, the Court issued a Mediator's Proposal, the confidential responses to which were due January 29, 2026. (*See* ECF No. 109.) The confidential responses having been received in a timely manner, the Court finds that no settlement has been reached. Counsel are **ORDERED** to jointly and forthwith notify the District Judge assigned to the case—the Honorable Andre Birotte Jr.—of the unsuccessful effort to settle the case.

    The parties are encouraged to continue settlement discussions and to notify Magistrate Judge Audero if they wish her assistance in further settlement negotiations. Both parties have given verbal consent for Judge Audero to continue settlement negotiations on an *ex parte* basis as needed.

    The parties and their counsel are reminded that all discussions were, and are, deemed to be confidential settlement discussions. The parties and their counsel may obtain a transcript of the public portion of these proceedings upon request.

    It is so ordered.