**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN (SBN 263375)
AGnanadesigan@dykema.com
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

**WOMBLE BOND DICKINSON (US) LLP**
TOMIO NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900

*Attorneys for Defendant*
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No.: 2:22-cv-06718-AB-MAA<br><br>The Hon. André Birotte Jr.<br>Courtroom 7B<br><br>Magistrate Maria A. Audero<br>Courtroom: 690<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 – TO EXCLUDE SPECULATIVE EVIDENCE OF ALLEGED CREDIT DAMAGE**<br><br>**Date:**      **April 17, 2026**<br>**Time:**      **10:00 AM**<br>**Location:**   **Dept 7B**<br><br>Complaint Filed: September 19, 2022 |

DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 – TO EXCLUDE SPECULATIVE EVIDENCE OF ALLEGED CREDIT DAMAGE
         2:22-CV-06718-AB-MAA

**PLEASE TAKE NOTICE** that on April 17, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable André Birotte Jr., in Department 7B of the United States District Court, Central District of California, First Street Courthouse, and United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, defendant JPMorgan Chase Bank, N.A. ("Chase") will and hereby does move this Court in limine pursuant to Federal Rules of Civil Procedure 26(a)(2) and Federal Rules of Evidence 401-403, 602, and 701-702 to preclude plaintiff Joshua Johnson ("Plaintiff") and/or other lay witnesses from introducing speculative evidence or argument regarding alleged credit-related damages. In particular, for the reasons explained in the concurrently filed Memorandum of Points and Authorities, lay testimony, argument, or exhibits purporting to show that (1) Chase's credit reporting caused fluctuations in Plaintiff's credit score, (2) because of Chase's credit reporting, Plaintiff would have been denied credit or offered credit on unfavorable terms had he applied for financing, or (3) that in the absence of Chase's reporting, Plaintiff would have qualified for, obtained, and completed a real estate purchase – should be barred from presentation at trial.

This Motion is based upon this Notice of Motion and Motion in Limine, the accompanying Memorandum of Points and Authorities, Proposed Order, the pleadings and records on file herein, and any oral argument that may be presented at the hearing on this Motion. This Motion is made following the conference of counsel pursuant to L.R. 7-3 via videoconference on March 13, 2026

DATED: March 20, 2026

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/Alisa A. Givental*

Alisa A. Givental

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 – TO EXCLUDE SPECULATIVE EVIDENCE OF ALLEGED CREDIT DAMAGE

2:22-CV-06718-AB-MAA

## PROOF OF SERVICE

*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 50 California Street, Suite 2750, San Francisco, California 94111.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 – TO EXCLUDE SPECULATIVE EVIDENCE OF ALLEGED CREDIT DAMAGE**

on the interested parties in this action as follows:

Joshua Johnson                                **PLAINTIFF PRO SE**
2201 5th St. Apt 208
Santa Monica, CA 90405
Tel:  (336) 423-2594
Email: josh@jj88.org

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address alisa.givental@wbd-us.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 20, 2026, at San Francisco, California.

_____
Alisa Givental

PROOF OF SERVICE
WBD (US) 4899-5823-7206