TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
WOMBLE BOND DICKINSON (US) L
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

ABIRAMI GNANADESIGAN (SNB 263375)
AGnanadesigan@dykema.com
DYKEMA GOSSETT LLP
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br>Plaintiff,<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br>Defendant. | Case No. 2:22-cv-06718-AB-MAAx<br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S WITNESS LIST** |

Pursuant to the Court's Scheduling Order and L.R. 16-5, defendant JPMorgan Chase Bank, N.A. hereby submits its witness list for trial in this matter.

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Joshua Johnson | Plaintiff to testify re: his claims and alleged damages. | | 3.0 | |
| Meghan Johel * | Ms. Drake may testify as to Plaintiff's alleged damages. | | 0.1 | |
| Samantha Alcorn * | Ms. Alcorn may testify as to Plaintiff's alleged damages. | | 0.1 | |
| Zack Hoffmann * | Mr. Hoffmann may testify as to Plaintiff's alleged damages. | | 0.1 | |
| Addison McMillan * | Mr. McMillan may testify as to Plaintiff's alleged damages. | | 0.1 | |
| Brandon Workman * | Mr. Workman may testify as to Plaintiff's alleged damages. | | 0.1 | |
| Thomas Tarter | Plaintiff's expert who will testify re: credit reporting investigations, credit reporting, the nature of Plaintiff's damages, and his expert report. | | 1.5 | |
| Barbara Burda (by Deposition) | Ms. Burda is Defendant's 30(b)(6) designee who is unavailable for trial. | | 0.1 | |
| Carla Wills (by Deposition) | Ms. Wills is Defendant's employee, who is unavailable for trial. | | 0.1 | |
| Custodian of Records for Equifax * | Foundation; authentication | | 0.1 | |
| Custodian of Records for Experian * | Foundation; authentication | | 0.1 | |

| | | | | |
|---|---|---|---|---|
| Custodian of Records for TransUnion * | Foundation; authentication | | 0.1 | |
| Custodian of Records for Fair Isaac Corporation * | Foundation; authentication | | 0.1 | |
| Custodian of Records for Amica * | Foundation; authentication | | 0.1 | |
| Custodian of Records for Progressive * | Foundation; authentication | | 0.1 | |
| Custodian of Records for PenFed * | Foundation; authentication | | 0.1 | |
| Custodian of Records for CoreLogic * | Foundation; authentication | | 0.1 | |
| Custodian of Records for Tatari * | Foundation; authentication | | 0.1 | |
| Rob Wilkins, Vice President Business Analysis Manager Credit Bureau Operations Disputes, JP Morgan Chase Bank, N.A. * | If needed, Mr. Wilkins will testify about the policies and procedures employed by Chase, the nature of information furnished by Chase, the disputes received by Chase relating to the Ink account, the investigation efforts conducted by Chase and the Bank's response to the disputes. | 1.5 hours | | |

* Indicates that witness will be called only if the need arises.

DATED: March 20, 2026 WOMBLE BOND DICKINSON (US) LLP

By: */s/Alisa A. Givental*
Alisa A. Givental
Attorneys for JPMorgan Chase Bank, N.A.

**PROOF OF SERVICE**

*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 50 California Street, Suite 2750, San Francisco, California 94111.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S WITNESS LIST**

on the interested parties in this action as follows:

Joshua Johnson
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel: (336) 423-2594
Email: josh@jj88.org

**PLAINTIFF PRO SE**

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address alisa.givental@wbd-us.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 20, 2026, at San Francisco, California.

Alisa Givental