**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN (SNB 263375)
AGnanadesigan@dykema.com
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

**WOMBLE BOND DICKINSON (US) LLP**
TOMIO NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>        Defendant. | Case No. 2:22-cv-06718-AB-MAA<br><br>The Hon. André Birotte Jr.<br>Courtroom 7B<br><br>Magistrate Maria A. Audero<br>Courtroom: 690<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN LIMINE NO. 3 TO EXCLUDE OPINIONS AND TESTIMONY OF THOMAS TARTER ON THE SAME GROUNDS AS PENDING *DAUBERT* MOTION [DKT. 105].**<br><br>**Date:        April 17, 2026**<br>**Time:        10:00 AM**<br>**Location:    Dept 7B**<br><br>Complaint Filed:    September 19, 2022 |

008241.002262 4927-5250-6521.1

1

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

Defendant JPMorgan Chase Bank, N.A. ("Chase") filed a Motion to Exclude the Opinions and Testimony of Thomas Tarter ("*Daubert* Motion") on January 2, 2026 arguing that: (1) Mr. Tarter is not qualified to testify about Chase's alleged violations of the FCRA or CCRAA; (2) Mr. Tarter's opinions on the reasonableness of Chase's investigation lack a reliable methodology; (3) Mr. Tarter's opinion on the reasonableness of Chase's investigation is based on incomplete data; (4) Mr. Tarter's conclusory and speculative opinions on damages lack foundation or a reliable methodology; and (5) Mr. Tarter's expert report contains legal opinions and conclusions that are not admissible [Dkt. 105].

As of the date of this filing, this Court has not yet ruled on Chase's pending *Daubert* Motion, and as such, Chase renews its arguments in an abundance of caution and to avoid any waiver of the same.

For the reasons set forth in detail in Chase's *Daubert* motion, which is incorporated by reference herein, Chase respectfully requests that the Court preclude Mr. Tarter's opinions and testimony from this case.

DATED:  March 20, 2026          DYKEMA GOSSETT LLP

By: _____
ABIRAMI GNANADESIGAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

<div style="writing-mode: vertical-rl">DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071</div>

008241.002262  4927-5250-6521.1

2

DEFT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN LIMINE NO. 3 -- TO EXCLUDE OPINIONS AND TESTIMONY OF THOMAS TARTER

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendant JPMorgan Chase Bank, N.A., certifies that this brief contains words, which complies with the word limit of L.R. 11-6.1.

DATED:  March 20, 2026          DYKEMA GOSSETT LLP

By: _____
ABIRAMI GNANADESIGAN
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

**DYKEMA GOSSETT LLP**
**444 SOUTH FLOWER STREET**
**SUITE 2200**
**LOS ANGELES, CALIFORNIA 90071**

DEFT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN LIMINE NO. 3 -- TO EXCLUDE OPINIONS AND TESTIMONY OF THOMAS TARTER

**PROOF OF SERVICE**
*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document(s) described as **DEFENDANT JPMORGAN CHASE BANK, N.A.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN LIMINE NO. 3  TO EXCLUDE OPINIONS AND TESTIMONY OF THOMAS TARTER ON THE SAME GROUNDS AS PENDING DAUBERT MOTION [DKT. 105].** on the interested parties in this action as follows:

Joshua Johnson                                    **PLAINTIFF PRO SE**
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel:  (336) 423-2594
Email: iosh@ii88.org

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address MMendoza@dykema.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 20, 2026, at Los Angeles, California.

_____
                              Mitzi Mendoza

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

008241.002262  4927-5250-6521.1

4

DEFT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN LIMINE NO. 3 -- TO EXCLUDE OPINIONS AND TESTIMONY OF THOMAS TARTER