**Joshua Johnson**
1373 Caminito Halago
La Jolla, CA 92037
(336) 423-2594
josh@jj88.org
IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
3/21/2026
CENTRAL DISTRICT OF CALIFORNIA
BY jji DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

JOSHUA JOHNSON,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

Defendant.

Case No.: 2:22-cv-06718-AB-MAAx

**DECLARATION OF JOSHUA JOHNSON IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY OF ROB WILKINS**

Judge: Hon. André Birotte Jr.
Place: Courtroom 7B
Date: April 17, 2026
Time: 10:00 AM

I, Joshua Johnson, declare as follows:

1. I am the Plaintiff in the above-captioned action. I have personal knowledge of the facts set forth herein and could and would testify thereto if called upon to do so.
2. On March March 13, 2026, pursuant to L.R. 7-3, the parties met and conferred by videoconference to discuss Johnson's anticipated motions in limine. I stated that I contend Rob Wilkins should be excluded because Defendant did not disclose him in its Rule 26(a) disclosures or timely supplement under Rule 26(e). Defendant stated its position that Wilkins should be permitted to testify. The parties were unable to resolve the issue.
3. Attached hereto as **Exhibit A** is a true and correct copy of Defendant JPMorgan Chase Bank, N.A.'s Initial Disclosures, served on January 20, 2023.
4. Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts from the October 23, 2023 Rule 30(b)(6) deposition of Barbara Burda.
5. On March 13, 2026, Chase informed me via email that: "We only have one witness to add to the list – Rob Wilkins; he will be replacing our 36(b)(6) witness, who is not available for trial."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at La Jolla, California, March 21, 2026.

/s/ Joshua Johnson

Joshua Johnson

# EXHIBIT A

**DYKEMA GOSSETT LLP**
ASHLEY R. FICKEL, State Bar No. 237111
*AFickel@dykema.com*
ROBERT A. HYATT, State Bar No. 166178
*RHyatt@dykema.com*
444 South Flower St. Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant,
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JOSHUA JOHNSON,<br>Plaintiff,<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br>Defendant. | Case No. 2:22-cv-06718<br>The Hon. Ronald S.W. Lew<br>**JPMORGAN CHASE BANK, N.A.'S INITIAL DISCLOSURES [FRCP 26(a)(1)]**<br>Action Filed: 09/19/2022 |

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

Pursuant to FRCP 26(a), Defendant JPMorgan Chase Bank, N.A. ("Chase"), makes the following disclosures:

A. Individuals Likely To Have Discoverable Information

1. Plaintiff.

2. Chase Representative.

3. Chase identifies all individuals identified by other parties in this case and will supplement these disclosures under FRCP 26(e) as appropriate.

B. Description Of Documents

1. All communications between Plaintiff and Chase regarding Plaintiff's Ink credit card.

2. Non-privileged documents regarding Chase's investigation of Plaintiff's dispute to Equifax regarding his Chase Ink credit card.

3. Non-privileged documents regarding Chase's investigation of Plaintiff's dispute to the Consumer Financial Protection Bureau regarding his Chase Ink credit card.

4. Non-privileged documents regarding Chase's investigation of Plaintiff's dispute submitted to the Chase Executive Office.

5. Non-privileged Chase records relating to the monitoring of Plaintiff's account activity.

6. Chase non-privileged contemporaneous notes regarding communications with Plaintiff.

7. The cardmember agreement for Plaintiff's Chase Ink credit card.

8. Without waiver to its rights to assert objections pursuant to the Federal Rules of Evidence and relevance, Chase may rely on orders, documents, exhibits, written submissions, emails, other communications and hearing transcripts from American Arbitration Association Case no. 01-20-0015-1734, Joshua Johnson v. JPMorgan Chase Bank, N.A, including any documents received from Plaintiff in connection with the arbitration.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

9. Chase identifies all documents identified by other parties in this case and will supplement these disclosures under FRCP 26(e) as appropriate.

C. Computation Of Damages

Chase asserts no damages in this action.

D. Insurance

None.

DATED: January 20, 2023

DYKEMA GOSSETT LLP

By: ______________________________

ASHLEY R. FICKEL
ROBERT A. HYATT
Attorneys for Defendant,
JPMorgan Chase Bank, N.A.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

# PROOF OF SERVICE

**Johnson v. JPMorgan Chase Bank, N.A.**
**2:22-cv-06718-RSWL-MAA**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On January 20, 2023, I served true copies of the following document(s) described as **JPMORGAN CHASE BANK, N.A.'S INITIAL DISCLOSURES [FRCP 26(A)(1)]** on the interested parties in this action as follows:

| | |
|---|---|
| Lewis David Russell<br>RUSSELL LAW PC<br>1500 Rosecrans Ave, Suite 500<br>PMB 645<br>Los Angeles, CA 90266<br><br>Tel: (323) 638-7551<br>Fax: (323) 760-7458<br>Email: david@russelllawpc.com | Attorney for Plaintiff,<br>JOSHUA JOHNSON |

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address AFeygin@dykema.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 20, 2023, at Los Angeles, California.

Anna Feygin

# EXHIBIT B

# Deposition Transcript

Case Number: 2:22-cv-06718-RSWL-MAA
Date: October 23, 2023

In the matter of:

# JOHNSON v JPMORGAN CHASE BANK, N.A.

## BARBARA BURDA - 30(b)(6)

CERTIFIED COPY

Reported by:
Michelle L. Goehring
Notary Public

CONFIDENTIAL

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

- - -

| | |
|---|---|
| JOSHUA JOHNSON, | ) |
| | ) No.: |
| | ) 2:22-cv-06718-RSWL-MAA |
| Plaintiff, | ) |
| | ) |
| | ) REMOTE VIDEOTAPED |
| | ) DEPOSITION 30(B)(6) OF |
| | ) BARBARA BURDA |
| -vs- | ) |
| | ) Filed on Behalf of the |
| | ) Plaintiff |
| | ) |
| | ) Counsel of Record For |
| JPMORGAN CHASE BANK, | ) This Party: |
| N.A., | ) |
| | ) L. David Russell, Esq. |
| | RUSSELL LAW, PC |
| Defendant. | 1500 Rosecrans Avenue |
| | Suite 500 |
| | Manhattan Beach, CA |
| | 90266 |

- - -

*** CONFIDENTIAL ***

REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED WITHOUT AUTHORIZATION FROM THE CERTIFYING AGENCY

REMOTE VIDEOTAPED DEPOSITION 30(B)(6) OF BARBARA BURDA, a witness herein, called by the Plaintiff, for examination, taken pursuant to the Rule 30(b)(6) of the Federal Rules of Civil Procedure by and before Michelle L. Goehring, a court reporter and a notary public in and for the Commonwealth of Pennsylvania, held remotely with all parties appearing from their respective locations, on Monday, October 23, 2023, at 9:32 a.m. Pacific Time

COUNSEL PRESENT:

For the Plaintiff:

by L. David Russel, Esq.
1500 Rosecrans Avenue
Suite 500
Manhattan Beach, CA 90266
david@russelllaw.com

For the Defendant:

DYKEMA GOSSETT LLP
by Robert A. Hyatt, Esq.
444 S. Flower Street
Suite 2200
Los Angeles, CA 90071
rhyatt@dykema.com

Also Present: Autumn Taylor, Videographer
Joshua Johnson, Plaintiff
Andrew Cho, In-house counsel for JPMorgan Chase Bank

Q. More than ten?
A. I don't know. I'm not sure.
Q. Do you have a best estimate as to approximately how many times you've provided a declaration to Chase?
A. I don't.
Q. Is assisting with FCRA litigation one of your responsibilities as the manager of CBO disputes?
A. Yes, it is. It's required to support the process.
Q. And about how much time per month is that -- assisting with the defense of these legal actions take up?
A. It varies. It's not frequent. Maybe two or three hours.
Q. So, approximately, two or three hours a month is dedicated to that legal function?
A. On average, if there's a case that I have to testify for. There's not a case that I have to testify for every month.
Q. And you're aware that you've been designated as Chase's corporate representative today; correct?

A. Correct.
Q. And you understand you're speaking for the company; correct?
A. Correct.
Q. And throughout the deposition I'll always be asking for testimony on behalf of the company; do you understand?
A. Yes, I do.
(Deposition Exhibit No. 1 was marked for identification.)
BY MR. RUSSELL:
Q. So I would like to mark as Exhibit 1 is the Second Amended Notice of Deposition of Representatives of JPMorgan Chase Bank N.A., pursuant to Federal Rules of Civil Procedure Rule 30(b)(6).
Ms. Burda, have you seen this document before?
A. Yes, I have.
Q. And you're aware that there are topics that are outlined throughout this document?
A. Yes, I am aware.
Q. Are there any topics that you're not prepared to provide testimony on?

MR. HYATT: Objection, it's way overbroad. You need to trim it down so she knows specifically what you're talking about.

BY MR. RUSSELL:

Q. Ms. Burda, do you understand my question?

A. I don't really. Could you restate that again?

Q. Sure. So you see here on Page 3 of the Notice of Deposition there's Topic No. 1; correct?

A. Yes.

Q. And then if I go through -- do you see there are topics and it goes to Topic 30 on Page 7 of the deposition notice? Do you see that?

A. I do see that.

Q. Are there topics that you're not prepared to provide testimony on behalf of Chase for today?

A. There are some topics that I do not have knowledge on.

Q. Do you know, right now, which topics those are?

A. I do.

Q. Which topics?
A. If you want to scroll down.
Q. Sure. I'll scroll slowly and you can just tell me when to stop.
A. Okay. Keep going.
MR. HYATT: And, David, I'll just to let you know now, Chase objects to -- if you keep scrolling down -- to the online --
BY MR. RUSSELL:
Q. Is this too fast, Ms. Burda?
A. No. You can keep going.
MR. HYATT: So Chase objects to any questioning about online access topics 19, 20, and 21, and I will direct the witness not to answer any questions about those topics. And the same objection for similar complaints topics 22, 23, 24, 25 and 26.
Also the same objection for the financial condition topics 27, 28, and 30.
BY MR. RUSSELL:
Q. Ms. Burda, are there any topics that you're not prepared to testify on today?
A. The topics that we're just mentioned.
Q. Okay. Do you have any personal