FILED

CLERK, U.S. DISTRICT COURT

3/20/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____jji_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSHUA JOHNSON,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

Defendant.

Case No. 2:22-cv-06718-AB-MAAx

**WITNESS LIST**

| Witness's Name*, Phone Number, Address | Summary of Testimony / Why Testimony Unique | Time for Direct Exam (hours) | Time for Cross Exam (hours) | Dates of Testimony |
|---|---|---|---|---|
| Joshua Johnson | Plaintiff to testify re: his claims and alleged damages. | 1.5 | | |
| Meghan Johel * | Ms. Drake may testify as to Plaintiff's alleged damages. | 0.5 | | |
| Samantha Alcorn * | Ms. Alcorn may testify as to Plaintiff's alleged damages. | 0.5 | | |
| Zack Hoffmann * | Mr. Hoffmann may testify as to Plaintiff's alleged damages. | 0.5 | | |
| Addison McMillan * | Mr. McMillan may testify as to Plaintiff's alleged damages. | 0.5 | | |
| Brandon Workman * | Mr. Workman may testify as to Plaintiff's alleged damages. | 0.5 | | |
| Thomas Tarter | Plaintiff's expert who will testify re: credit reporting | 2.0 | | |

1.

| | | | | |
|---|---|---|---|---|
| | investigations, credit reporting, the nature of Plaintiff's damages, and his expert report. | | | |
| Barbara Burda (by Deposition) | Ms. Burda is Defendant's 30(b)(6) designee who is unavailable for trial. | 1.0 | | |
| Carla Wills (by Deposition) | Ms. Wills is Defendant's employee, who is unavailable for trial. | 0.25 | | |
| Custodian of Records for Equifax * | Foundation; authentication | 0.25 | | |
| Custodian of Records for Experian * | Foundation; authentication | 0.25 | | |
| Custodian of Records for TransUnion * | Foundation; authentication | 0.25 | | |
| Custodian of Records for Fair Isaac Corporation * | Foundation; authentication | 0.25 | | |
| Custodian of Records for Amica * | Foundation; authentication | 0.25 | | |
| Custodian of Records for Progressive * | Foundation; authentication | 0.25 | | |
| Custodian of Records for PenFed * | Foundation; authentication | 0.25 | | |
| Custodian of Records for CoreLogic * | Foundation; authentication | 0.25 | | |
| Custodian of Records for Tatari * | Foundation; authentication | 0.25 | | |
| Rob Wilkins, Vice President Business Analysis Manager Credit Bureau Operations Disputes, JP Morgan Chase Bank, N.A. * | If needed, Mr. Wilkins will testify about the policies and procedures employed by Chase, the nature of information furnished by Chase, the disputes received by Chase relating to the Ink account, the investigation efforts conducted by Chase and the Bank's response to the disputes. | 1.5 hours | 1.5 | |

\* Indicates that witness will be called only if the need arises.