**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN, State Bar No. 263375
*AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

**WOMBLE BOND DICKINSON (US) LLP**
TOMIO NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

DYKEMA GOSSETT LLP<br>444 SOUTH FLOWER STREET<br>SUITE 2200<br>LOS ANGELES, CALIFORNIA 90071

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>　　　　Defendant. | Case No. 2:22-cv-06718-AB-MAAx<br><br>The Hon. André Birotte Jr.<br>Courtroom  7B<br><br>Magistrate Judge Maria A. Audero<br>Courtroom: 690<br><br>**DECLARATION OF ABIRAMI GNANADESIGAN IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S RESPONSE TO PLAINTIFF JOSHUA JOHNSON'S MOTION IN LIMINE NO. 3 TO EXCLUDE EXECUTIVE OFFICE INVESTIGATION EVIDENCE**<br><br>**Date:**　　**April 17, 2026**<br>**Time:**　　**10:00 AM**<br>**Location:**　　**Dept 7B**<br><br>Complaint Filed:　September 19, 2022 |

008241.002262 4929-8939-5593.1

1

GNANADESIGAN DECLARATION IN SUPPORT OF DEFT JPMORGAN CHASE BANK, N.A.'S RESPONSE
TO MOTION IN LIMINE NO. 3 TO EXCLUDE EXECUTIVE OFFICE INVESTIGATION EVIDENCE

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

## DECLARATION OF ABIRAMI GNANADESIGAN

I, Abirami Gnanadesigan, declare and state as follows:

1.    I am an attorney duly admitted to practice before this Court. I am a member at Dykema Gossett LLP, and counsel of record for Defendant JPMorgan Chase Bank, N.A. ("Defendant") in this action. I make this Declaration from my personal knowledge and, if called as a witness, I could and would competently testify hereto.

3.    A true and correct copy of the relevant portions of the transcript from the October 26, 2023 Deposition of Carla Wills is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on March 27, 2026 in Los Angeles, California.

_____
Abirami Gnanadesigan

008241.002262  4929-8939-5593.1

2

GNANADESIGAN DECLARATION IN SUPPORT OF DEFT JPMORGAN CHASE BANK, N.A.'S RESPONSE
TO MOTION IN LIMINE NO. 3 TO EXCLUDE EXECUTIVE OFFICE INVESTIGATION EVIDENCE

# Exhibit 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

No. 2:22-cv-06718-RSWL-MAA

JOSHUA JOHNSON,

              Plaintiff,

vs.

JP MORGAN CHASE BANK, N.A.,

              Defendant.

------------------------------------

VIDEOTAPED
DEPOSITION OF:     CARLA WILLS,
                   Taken on behalf of the Plaintiff

DATE TAKEN:       October 26, 2023

TIME:             9:30 a.m.

PLACE:            Via Zoom

REPORTED BY:      HOLLY A. SONNENBERG, RPR
                   Registered Professional Reporter

A P P E A R A N C E S:

MR. L. DAVID RUSSELL
Russell Law, PC
Attorneys at Law
1500 Rosecrans Avenue
Suite 500
Manhattan Beach, California  90266
        Appearing on behalf of the Plaintiff;

MR. ROBERT HYATT
Dykema Gossett
Attorneys at Law
333 South Grand Avenue
Suite 2100
Los Angeles, California  90071;

Videographer:
Ms. Jane Phillip
Steno

into Mr. Johnson's, the Plaintiff, Joshua Johnson's, Inc., credit card account?

A.    I'm not sure.

Q.    So you can't answer yes or no?

A.    Correct.  I don't recall.

Q.    Do you know if you have ever spoken with Joshua Johnson before?

A.    I don't recall.

Q.    How many investigations are you involved with in a year in your position?

A.    In a year?  I can probably give an estimate, but it would vary.  I mean, I would say probably 400, to 500.

Q.    And how many Chase customers do you think you would speak to in a year?

A.    I would say probably 400 to 500, if not more. That's probably on the low side.

Q.    I'm going to try to send everyone and display a document that I'm going to mark as Exhibit 21.

A.    I have a question.  Do I just -- am I supposed to click on this and view it?

Q.    I'm -- do you see it?

A.    Okay.

Q.    Please tell me if you don't see the document, but I'm going to endeavor to share them.

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF BREVARD

I, the undersigned notary authority, certify that CARLA WILLS, personally known to me and/or provided photo identification in the aforesaid proceedings, appeared before me and were duly sworn under oath.

Witness my hand and official seal this 30th day of October, 2023.

Holly A. Sonnenberg, RPR
Registered Professional Reporter
Commission #HH110082
My Commission Expires 3/28/25

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF BREVARD

        I, HOLLY A. SONNENBERG, Shorthand Reporter, certify that I was authorized to and did stenographically report the deposition of CARLA WILLS, that a review of the transcript was not requested, and that pages 1 through 33, inclusive, are a true and accurate record of my stenographic notes.

        I further certify that I am not a relative, employee, attorney, or counsel to any party, nor to the attorneys of said action, nor in any way interested in the outcome thereof.

        Dated this 30th day of October, 2023.




_Holly Sonnenberg_
Holly A. Sonnenberg, RPR
Registered Professional Reporter

**DYKEMA GOSSETT LLP**
**444 SOUTH FLOWER STREET**
**SUITE 2200**
**LOS ANGELES, CALIFORNIA 90071**

**<u>PROOF OF SERVICE</u>**
*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 444 South Flower Street, Suite 2200, Los Angeles, California 90071.

On the date set forth below, I served the foregoing document(s) described as **DECLARATION OF ABIRAMI GNANADESIGAN IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S RESPONSE TO PLAINTIFF JOSHUA JOHNSON'S MOTION IN LIMINE NO. 3 TO EXCLUDE EXECUTIVE OFFICE INVESTIGATION EVIDENCE** on the interested parties in this action as follows:

Joshua Johnson                     **PLAINTIFF PRO SE**
2201 5th Street, Apt. 208
Santa Monica, CA 90405

Tel:  (336) 423-2594
Email: iosh@ii88.org

☒      **BY OVERNIGHT SERVICE:** I enclosed the documents in an envelope/package provided by an overnight delivery carrier and addressed to the persons at the addresses above. I placed the prepaid envelope/package, for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☒      **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address MMendoza@dykema.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 27, 2026, at Los Angeles, California.

_____
Mitzi Mendoza

008241.002262  4929-8939-5593.1                    3

GNANADESIGAN DECLARATION IN SUPPORT OF DEFT JPMORGAN CHASE BANK, N.A.'S RESPONSE TO MOTION IN LIMINE NO. 3 TO EXCLUDE EXECUTIVE OFFICE INVESTIGATION EVIDENCE