**WOMBLE BOND DICKINSON (US) LLP**
TOMIO NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900

**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN, State Bar No. 263375
*AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No. 2:22-cv-06718-AB-MAAx<br><br>The Hon. André Birotte Jr.<br>Courtroom  7B<br><br>Magistrate Maria A. Audero<br>Courtroom: 690<br><br>**[PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS, PROPOSED BY DEFENDANT JPMORGAN CHASE BANK, N.A.**<br><br>Complaint Filed:   September 19, 2022 |

1

**[PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS, PROPOSED BY DEFENDANT JPMORGAN CHASE BANK, N.A.**

Pursuant to the Court's Civil Trial Order, Doc. No. 83, Defendant JPMorgan Chase Bank respectfully proposes the following additional voir dire questions for the Court.

1. Have you ever disputed anything that appeared on your credit report?  If yes, how was that situation resolved?

2. Have you ever had a credit application denied? If yes, please explain the reasons as you understand them.

3. Have you ever had a period of time where you thought your credit score was lower than it should have been? If yes, please explain why.

4. Have you, your relatives, or anyone close to you ever been involved in a dispute with a bank or other company about something on a credit report? If yes, please provide a brief description.

5. Are you now (or have ever been) involved in any dispute with Defendant JPMorgan Chase Bank, N.A. or any Chase entity?  If yes, please provide a brief description of it.

6. Do you now have (or have you had) any unresolved complaints with a financial institution?

7. Would you generally agree with the statement that banks do not treat customers fairly and that they need to be punished for their actions?

8. Would you generally agree with the statement that banks have a lot of money so they can easily afford to pay damages to their customers?

9. Would you generally agree with the statement that banks provide poor customer service?

DATED: March 27, 2026

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/Alisa A. Givental*

Alisa A. Givental

Attorneys for Defendant
JPMORGAN CHASE BANK. N.A.

2

**[PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS, PROPOSED BY DEFENDANT JPMORGAN CHASE BANK, N.A.**

**PROOF OF SERVICE**

*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 50 California Street, Suite 2750, San Francisco, California 94111.

On the date set forth below, I served the foregoing document(s) described as:

**[PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS, PROPOSED BY DEFENDANT JPMORGAN CHASE BANK, N.A.**

on the interested parties in this action as follows:

Joshua Johnson                                   **PLAINTIFF PRO SE**
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel:  (336) 423-2594
Email: iosh@ii88.org

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address alisa.givental@wbd-us.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 27, 2026, at San Francisco, California.

_____
Alisa Givental

3
**[PROPOSED] ADDITIONAL VOIR DIRE QUESTIONS, PROPOSED BY DEFENDANT JPMORGAN CHASE BANK, N.A.**