FILED

CLERK, U.S. DISTRICT COURT

3/28/26

CENTRAL DISTRICT OF CALIFORNIA

BY_____CS_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**Joshua Johnson**
1373 Caminito Halago
La Jolla, CA 92037
(336) 423-2594
josh@jj88.org
IN PRO PER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A., <br><br> Defendant. | Case No.: 2:22-cv-06718-AB-MAAx <br><br> **PLAINTIFF JOSHUA JOHNSON'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY OF TARTER** <br><br> Judge: Hon. André Birotte Jr. <br> Place: Courtroom 7B <br> Date: April 17, 2026 <br> Time: 10:00 AM |

1

For the reasons explained in Johnson's previous opposition to Chase's *Daubert* motion, Johnson opposes Chase's motion, which should be denied.

PLAINTIFF JOSHUA JOHNSON'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY OF TARTER

## CERTIFICATE OF COMPLIANCE

The undersigned, Plaintiff Joshua Johnson, certifies that this brief contains 20 words, which complies with the word limit of L.R. 11-6.1.

**DATED:** March 27, 2026                                                                /s/ Joshua Johnson

Joshua Johnson

3

PLAINTIFF JOSHUA JOHNSON'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 3 TO
EXCLUDE TESTIMONY OF TARTER