TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
WOMBLE BOND DICKINSON (US) L[
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

ABIRAMI GNANADESIGAN (SBN 263375)
AGnanadesigan@dykema.com
DYKEMA GOSSETT LLP
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON, | Case No. 2:22-cv-06718-AB-MAAx |
| Plaintiff, | **DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR EX PARTE RELIEF [DOC. NO. 155]** |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Defendant. | |

Defendant JPMorgan Chase, N.A. ("Chase") opposes Plaintiff Joshua Johnson's request for *ex parte* relief. *See* Doc. No. 155. Plaintiff has been representing himself for over eight months, since June 20, 2025. *See* Doc. No. 67. He convinced the Court to deny Chase's motion for summary judgment and he participated in setting the pretrial and trial schedule. *See* Doc. Nos. 80, 82 and 83. He successfully fought to

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR EX PARTE RELIEF [DOC. NO. 155]**

enforce that schedule when he opposed Chase's request to extend the pretrial deadline relating to expert discovery. *See* Doc. Nos. 93 and 94. Plaintiff notes that he works full time and explains he has not been able to identify replacement counsel (though he does not state that he is actively seeking counsel or when he stopped looking). He has not shown good cause for the Court to now excuse him for his failure to comply with the pretrial deadlines that helped to establish and that he then fought to enforce.

One of Plaintiff's request is to (retroactively) modify the deadline to file the second set of Trial Filings, from March 27, 2026 to April 3, 2026, because he did not meet those deadlines.  The request is prejudicial to Chase and should be denied.

Chase attempted to meet and confer with Plaintiff to meet the March 27, 2026 deadline for all joint filings, but Plaintiff did not supply his portions timely. Two of the pretrial filings in question (the Joint Verdict Forms and Joint Set of Disputed Jury Instructions) require Chase to support its positions regarding Plaintiff's proposals. But despite the March 27, 2026 deadline, Plaintiff still has not yet provided Chase with drafts of Plaintiff's insertions such that Chase could draft its responses. The third joint pretrial filing in question (Joint Proposed Final Pretrial Conference Order) may likewise require significant additional effort by Chase to complete jointly, yet Plaintiff still has not provided a draft of the Joint Proposed Final Pretrial Conference Order with his proposed insertions. Chase made all of its filing deadlines on March 27, 2026 and it was forced to file some documents unilaterally when time ran out.

If the Court were to grant Plaintiff's requested relief, Chase would only have until close of business today (April 3, 2026) to prepare its insertions to documents that it still has never seen. This would not be possible. This belated request by Plaintiff is simply unworkable and should be denied.

If, however, the Court is inclined to accept late submissions of the documents that were due on March 27, 2026, Chase requests that the Court allow until midnight on April 10, 2026 for the parties to submit the joint documents. Chase further requests that the Court direct Plaintiff to circulate drafts of his portions of those documents by

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR EX PARTE RELIEF [DOC. NO. 155]**

midnight on Monday, April 6, 2026, in order to give Chase sufficient time to review them and respond accordingly. The request is made in part because counsel for Chase have numerous pre-existing obligations (including a scheduled family vacation for Chase's counsel Alisa A. Givental next week) that will impact Chase's ability to dedicate adequate time to these unexpected additional submissions.

Chase is mindful of the fact that if the Court were to grant the extension requested by Plaintiff (or Chase's alternative proposal), the extension may also prejudice the Court and its staff by leaving only a short time for review of the Parties' submissions. Chase therefore proposes that if the Court grants the relief requested by Plaintiff, then the Court may wish to consider continuing the Pretrial Conference to April 24, 2026 or a date thereafter convenient for the Court.

DATED:  April 3, 2026                WOMBLE BOND DICKINSON (US) LLP

By:  __/s/Alisa A. Givental_____
Alisa A. Givental
Attorneys for JPMorgan Chase Bank, N.A.

3.

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR EX PARTE RELIEF [DOC. NO. 155]**

**<u>PROOF OF SERVICE</u>**

*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 50 California Street, Suite 2750, San Francisco, California 94111.

On the date set forth below, I served the foregoing document(s) described as:

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR EX PARTE RELIEF [DOC. NO. 155]**

on the interested parties in this action as follows:

Joshua Johnson                    **PLAINTIFF PRO SE**
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel: (336) 423-2594
Email: josh@jj88.org

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address alisa.givental@wbd-us.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 3, 2026, at San Francisco, California.

_____
Alisa Givental

4.

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S REQUEST FOR EX PARTE RELIEF [DOC. NO. 155]**