TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

ABIRAMI GNANADESIGAN (SNB 263375)
AGnanadesigan@dykema.com
DYKEMA GOSSETT LLP
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for JPMorgan Chase Bank, N.A.

JOSHUA JOHNSON, PRO PER
Josh@jj88.org
1373 Caminito Halago
La Jolla, CA 92037
Telephone: (336) 423-2594

```
FILED
CLERK, U.S. DISTRICT COURT
3/27/26
CENTRAL DISTRICT OF CALIFORNIA
BY_____CS_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOSHUA JOHNSON,

    JOSHUA JOHNSON
    Plaintiff,

    v.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

Case No.  2:22-cv-06718-AB-MAA

**PROPOSED JOINT STATEMENT OF THE CASE**

Date: April 17, 2026
Time: 11:00 a.m.
Courtroom: Courtroom 7B,
Los Angeles

The Honorable André Birotte Jr.

**PROPOSED JOINT STATEMENT OF THE CASE**

1.

Pursuant to the Court's Scheduling Order Dkt. No. 83, the Parties hereby submit their Proposed Joint Statement of the Case:

Plaintiff Joshua Johnson and Defendant JPMorgan Chase Bank, N.A. are involved in a dispute arising from Chase's reporting of information concerning one of Johnson's credit card accounts to consumer reporting agencies. Johnson contends that Chase furnished inaccurate, incomplete, or misleading information about the account, failed to conduct a reasonable investigation after receiving notice of his dispute from a consumer reporting agency, and thereby violated the Fair Credit Reporting Act and the California Consumer Credit Reporting Agencies Act. Johnson also contends that Chase's reporting harmed his credit and caused him damages.

Chase denies Johnson's allegations. Chase contends that the information it furnished was accurate, that its investigation of the dispute was reasonable based on the information it received, and that Johnson cannot prove the required elements of his claims or the damages he seeks. Chase also contends that some or all of Johnson's claims are barred or limited by its asserted defenses.

**PROPOSED JOINT STATEMENT OF THE CASE**          2.

DATED:  March 27, 2026          PLAINTIFF JOSHUA JOHNSON, PRO PER


By:  /s/ Joshua Johnson

JOSHUA JOHNSON



DATED: March 27, 2026          **WOMBLE BOND DICKINSON (US) LLP**

By: /s/Alisa A. Givental

Alisa A. Givental
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

**PROPOSED JOINT
STATEMENT OF THE CASE**          3.