**Joshua Johnson**
1373 Caminito Halago
La Jolla, CA 92037
(336) 423-2594
josh@jj88.org
IN PRO PER

FILED
CLERK, U.S. DISTRICT COURT
4/3/26
CENTRAL DISTRICT OF CALIFORNIA
BY_____MRV_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No.: 2:22-cv-06718-AB-MAAx<br><br>**PLAINTIFF JOSHUA JOHNSON'S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS**<br><br>Judge:        Hon. André Birotte Jr.<br>Place:        Courtroom 7B |

1

Pursuant to the Court's Trial Order, Dkt. No. 27, Plaintiff Joshua Johnson Bank respectfully proposes the following additional voir dire questions for the Court:

1. Do you, or does anyone close to you, have a current or recent relationship with JPMorgan Chase that might make it difficult to be completely fair to both sides?

2. Have you, or anyone close to you, ever worked for a bank, credit bureau, loan servicer, debt collector, or in credit reporting, collections, or account recovery?

3. Have you, or anyone close to you, ever had to dispute information on a credit report or with a bank or credit bureau?

4. Have you, or anyone close to you, ever had a significant positive or negative experience with a bank or financial institution that might affect how you view this case?

5. Would anyone tend to give more weight to a large company's records simply because they were created by a business system or computer?

6. Would anyone have difficulty judging the testimony of an individual and the records or testimony of a large company by the same standard?

7. Would anyone have difficulty considering whether information can be reported inaccurately even if there may have been some underlying account dispute?

8. Would anyone hold it against a person for using the court system to resolve a dispute with a business?

9. Would anyone, regardless of the evidence and the judge's instructions, be unwilling to consider damages for emotional harm?

10. Would anyone, regardless of the evidence and the judge's instructions, be unwilling ever to consider punitive damages?

PLAINTIFF JOSHUA JOHNSON'S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS

**DATED:** April 3, 2026

/s/ Joshua Johnson

Joshua Johnson

PLAINTIFF JOSHUA JOHNSON'S PROPOSED ADDITIONAL VOIR DIRE QUESTIONS