**Joshua Johnson**
1373 Caminito Halago
La Jolla, CA 92037
(336) 423-2594
josh@jj88.org
IN PRO PER



LODGED
CLERK, U.S. DISTRICT COURT
4/3/26
CENTRAL DISTRICT OF CALIFORNIA
BY ___MRV___ DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No.: 2:22-cv-06718-AB-MAAx<br><br>**PLAINTIFF JOSHUA JOHNSON'S [PROPOSED] VERDICT FORM**<br><br>Judge:      Hon. André Birotte Jr.<br>Place:      Courtroom 7B |

1

Pursuant to the Court's Scheduling Order, Dkt. No. 83, the Court's Trial Order, Dkt. 27, and L.R. 16-5, Plaintiff Joshua Johnson ("Johnson") respectfully proposes the following verdict form for trial. Additional questions may be needed for affirmative defenses, pending the outcome of the final pretrial conference.

Johnson is aware that this Court's Trial Order states that "If the parties are unable to agree on a verdict form, the parties must file one document titled 'Competing Proposed Verdict Forms' which must include: (i) the parties' respective proposed verdict form; (ii) a 'redline' of any disputed language; and (iii) the factual or legal basis for each party's respective position." As soon as possible, Johnson will work with Defendant's counsel to file that document.

**DATED:** April 3, 2026                                                          /s/ Joshua Johnson
                                                                                   Joshua Johnson

PLAINTIFF JOSHUA JOHNSON'S [PROPOSED] VERDICT FORM

*We, the Jury in the above-captioned matter, answer as follows:*

**SECTION I: FAIR CREDIT REPORTING ACT**

**<u>Question 1:</u>**

Did JPMorgan Chase Bank, N.A. ("Chase") violate the Fair Credit Reporting Act?

Yes _____                              No _____

*If your answer to Question 1 is "Yes," proceed to Question 2. If your answer to Question 1 is "No," answer no further questions in Section I and proceed to Section II.*

**<u>Question 2:</u>**

Did Joshua Johnson ("Johnson") suffer any actual damages from Chase's violation of the Fair Credit Reporting Act?

Yes _____                              No _____

*If your answer to Question 2 is "Yes," then you must determine the amount of actual damages to be awarded to Johnson—proceed to Question 3. If your answer to Question 2 is "No," proceed to Question 4.*

**<u>Question 3:</u>**

What are Johnson's actual damages from Chase's violation of the Fair Credit Reporting Act?

$ _____

PLAINTIFF JOSHUA JOHNSON'S [PROPOSED] VERDICT FORM

*Proceed to Question 4.*

**Question 4:**

Was Chase's violation of the Fair Credit Reporting Act willful?

Yes _____                              No _____

*If your answer to Question 4 is "Yes," proceed to Question 5. If your answer to Question 4 is "No," answer no further questions in Section I and proceed to Section II.*

**Question 5:**

What are Johnson's actual or statutory damages from Chase's willful violation of the Fair Credit Reporting Act?

$ _____ (fill in the amount of actual damages from the response to Question 3 OR statutory damages of not less than $100 and not more than $1,000)

*Proceed to Question 6.*

**Question 6:**

Do you find that Johnson should be awarded punitive damages?

Yes _____                              No _____

*If your answer to Question 6 is "Yes," proceed to Question 7. If your answer to Question 6 is "No," answer no further questions in Section I and proceed to Section II.*

4

PLAINTIFF JOSHUA JOHNSON'S [PROPOSED] VERDICT FORM

**Question 7:**

What punitive damages do you award against Chase for its willful violation of the Fair Credit Reporting Act?

$ _____

*Proceed to Section II.*

**SECTION II: CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT**

**Question 8:**

Did Chase commit one or more violations of the California Consumer Credit Reporting Agencies Act?

Yes _____                    No _____

*If your answer to Question 8 is "Yes," proceed to Question 9. If your answer to Question 8 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 9:**

Did Johnson suffer any actual damages from Chase's violation(s) of the California Consumer Credit Reporting Agencies Act?

Yes _____                    No _____

5

*If your answer to Question 9 is "Yes," then you must determine the amount of actual damages to be awarded to Johnson—proceed to Question 10. If your answer to Question 9 is "No," answer no further questions in Section II and have the presiding juror sign and date this form.*

**Question 10:**

What are Johnson's actual damages from Chase's violation(s) of the California Consumer Credit Reporting Agencies Act?

$ _____

*Proceed to Question 11.*

**Question 11:**

How many willful violations of the California Consumer Credit Reporting Agencies Act did Chase commit, if any?

_____

*If your answer to Question 11 is greater than zero, proceed to Question 12. If your answer to Question 11 is zero, stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 12:**

Do you find that Johnson should be awarded punitive damages?

Yes _____                    No _____

6

PLAINTIFF JOSHUA JOHNSON'S [PROPOSED] VERDICT FORM

*If your answer to Question 12 is "Yes," proceed to Question 13. If your answer to Question 12 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 13:**

What punitive damages do you award against Chase for its willful violation(s) of the California Consumer Credit Reporting Agencies Act?

$ _____ (fill in punitive damages of not less than $100 and not more than $5,000 per violation)

Have the presiding juror sign and date the verdict form.

**Signed:** _____

**Dated:** _____

**After this verdict form has been signed, notify the Court Room Deputy that you are ready to present your verdict in the courtroom.**

PLAINTIFF JOSHUA JOHNSON'S [PROPOSED] VERDICT FORM