**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No.: 2:22-cv-06718-AB-MAA<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF JOSHUA JOHNSON'S EX PARTE APPLICATION TO MODIFY PRETRIAL DEADLINES AND DEEM CERTAIN FILINGS TIMELY** |

Before the Court is Plaintiff Joshua Johnson's Ex Parte Application to Modify Pretrial Deadlines and Deem Certain Filings Timely ("Application," Dkt. No. 155). Defendant filed an opposition (Dkt. No. 160).

Ahead of the final pretrial conference and motion in limine hearing, Defendant filed 12 motions in limine. Plaintiff, representing himself pro se, seeks an order deeming timely his own 5 motions in limine and his oppositions to Defendants' motions in limine, all of which were filed about 1 day late. Finding good cause, the Court **GRANTS** this aspect of the Motion.

Furthermore, considering the voluminous filings, and that it appears that some of the filings that were supposed to be joint were not joint, neither the final pretrial conference and motion in limine hearing, nor the trial, can go forward as scheduled. For any documents that are required to be jointly prepared, the Court will not work with unilateral filings; the parties must prepare such documents jointly. In addition, the Court has not yet ruled on Defendants' Motion for

Reconsideration, which the Court is endeavoring to do as a priority. For all of these reasons, the schedule must be modified.

The Court therefore **ORDERS** as follows:

1. Plaintiff's first-round filings, including his motions in limine, and Plaintiff's oppositions to Defendant's motions in limine, are **DEEMED TIMELY**.

2. The Final Pretrial Conference and Motion in Limine Hearing is **CONTINUED** to **Friday July 17, 2026 at 11:00 a.m.**

3. The Jury Trial is **CONTINUED** to **August 3, 2026, at 8:30 a.m.**

4. Insofar as the Court's Scheduling Order requires certain trial documents to be prepared jointly, and insofar as any of them were unilateral, the parties **MUST** revisit them, prepare them jointly, and file them jointly. The Court leaves it to the parties to determine which of their filings this applies to. The parties **MUST** file appropriate Amended Joint filings by **June 5, 2026** .

   a. To ensure a clear record and to avoid unduly burdening the Court, the parties **MUST withdraw** any filing superceded by an amended joint filing. They must do so by filing by **June 12, 2026** a Notice of Withdrawal withdrawing and listing by title and docket number all joint filings that are superceded.

   b. And given the number of filings, the parties must also jointly file by **June 12, 2026** a Notice of Operative Pre-trial Filings that lists by title and docket number **ALL** operative pretrial filings. The Court will disregard any pre-trial filing not included in this list.

**IT IS SO ORDERED.**

Dated: April 15, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE