TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

ABIRAMI GNANADESIGAN (SBN 263375)
AGnanadesigan@dykema.com
DYKEMA GOSSETT LLP
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for JPMorgan Chase Bank, N.A.

JOSHUA JOHNSON, PRO PER
Josh@jj88.org
1373 Caminito Halago
La Jolla, CA 92037
Telephone: (336) 423-2594

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>               JOSHUA JOHNSON<br>               Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>          Defendant. | Case No.  2:22-cv-06718-AB-MAA<br><br>**JOINT EXHIBIT LIST WITH PARTIES' OBJECTIONS**<br><br>Date: April 17, 2026<br>Time: 11:00 a.m.<br>Courtroom: Courtroom 7B,<br>Los Angeles<br><br>The Honorable André Birotte Jr. |

**JOINT EXHIBIT LIST**

1.

Pursuant to F.R.Civ.P. 26(a)(3)(A)(iii), L.R. 16-6.1, and the Court's Scheduling Order Dkt. No. 83, the Parties hereby submit their Joint Exhibit List for trial in this Action.

| Ex. # | Description | Objection and Reasons | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1. | 10/5/23 Second Amended Notice of Deposition [Burda Ex. 1] | 401/403 | | |
| 3. | 8/25/20 Chase AUD [CHASE00108 (redacted); JOHNSON01312 (unredacted); Burda Ex. 3] | 401/403; no foundation; no authentication; hearsay | | |
| 4. | 9/8/20 Chase ACDV [CHASE00110 (redacted); JOHNSON01323 (unredacted); Burda Ex. 4] | 401/403; no foundation; no authentication; hearsay | | |
| 19. | 7/26/23 Chase Amended Responses to RFA [Created by Chase; Burda Ex. 19] | | | |
| 22. | Certified transcript of 8/20/20 Call Recording [Wills Ex. 22] | 401/403; no foundation; no authentication; hearsay | | |
| 26. | CFPB Complaint History Screenshot * [JOHNSON01646-1647; Wills Ex. 26] | 401/403; no foundation; no authentication; hearsay | | |
| 27. | Certified transcript of 10/20/20 Call Recording (Wills Ex. 27 (transcript)] | 401/403; no foundation; no authentication; hearsay | | |
| 29. | 10/6/23 Chase  (Declaration of Wills) [Dkt. 40-1; Wills Ex. 29] | 401/403; ; subject of motion in limine | | |
| 31. | Chase Ink Card Agreement [CHASE00001 – CHASE00016] | | | |
| 32. | Chase Amended Card Agreement [JOHNSON01202 – JOHNSON01210] | | | |

**JOINT EXHIBIT LIST**

2.

| 33. | Chase Electronic Disclosure Consent [JOHNSON003883] | | | |
|---|---|---|---|---|
| 34. | Chase Online Service Agreement [JOHNSON003868] | | | |
| 35. | Chase Internal Screenshot ("Customer Summary") * [CHASE00089] | 401/403; no foundation; no authentication; hearsay | | |
| 36. | 10/2016 – 8/2018 Chase Sapphire Statements [JOHNSON01555 – JOHNSON01634] | 401/403; no foundation; no authentication; hearsay | | |
| 37. | 2017 Chase Sapphire Zero Dollar Statement [JOHNSON07680] | 401/403; no foundation; no authentication; hearsay | | |
| 38. | 2014 Chase Southwest Zero Dollar Statement [JOHNSON07683] | 401/403; no foundation; no authentication; hearsay | | |
| 39. | 5/7/11 Chase Email ("Your Online E-mail Address Change") [JOHNSON00628] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 40. | 7/23/11 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON00646] | | | |
| 41. | 8/23/11 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON00653] | | | |
| 42. | 10/25/11 Chase Email ("Welcome Your card is on its way") [JOHNSON00678] | | | |
| 43. | 10/30/11 Chase Email ("New Message from Chase Online SM") [JOHNSON00681] | | | |

**JOINT EXHIBIT LIST**

3.

| | | | | |
|---|---|---|---|---|
| 44. | 11/21/11 Chase Email ("Your credit card statement is available online") [JOHNSON00698] | | | |
| 45. | 12/4/11 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON00704] | | | |
| 46. | 8/23/12 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON00753] | | | |
| 47. | 10/23/12 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON00774] | | | |
| 48. | 12/17/13 Chase Email ("Thank you for enrolling in automatic payments") [JOHNSON00849] | | | |
| 49. | 1/6/17 Chase Email ("Your credit card statement is available online") [JOHNSON00994] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 50. | 1/9/17 Chase Email ("Welcome to Ink Business Preferred") [JOHNSON00995] | | | |
| 51. | 1/13/17 Chase Email ("Thank you for choosing Ink Business Preferred") [JOHNSON01001] | | | |
| 52. | 2/16/17 Chase Email ("Confirming your paperless enrollment") [JOHNSON01004] | | | |
| 53. | 2/27/17 Chase Email ("Your credit card statement is available online") [JOHNSON01006] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |

**JOINT EXHIBIT LIST**

4.

| 54. | 3/8/17 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON01007] | | | |
| 55. | 3/27/17 Chase Email ("Your credit card statement is available online") [JOHNSON01012] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 56. | 4/4/17 Chase Email ("Address Change Confirmation") [JOHNSON01013] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 57. | 4/4/17 Chase Email ("Your Online contact Change") [JOHNSON01018] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 58. | 4/16/17 Chase Email ("You ve successfully verified receipt of your card s") [JOHNSON01023] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 59. | 4/25/17 Chase Email ("Your credit card statement is available online") [JOHNSON01024] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 60. | 5/8/17 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON01033] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 61. | 5/25/17 Chase Email ("Your credit card statement is available online") [JOHNSON01034] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |

**JOINT EXHIBIT LIST**

5.

| 62. | 6/8/17 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON01035] | | | |
| 63. | 6/16/17 Chase Email ("Joshua we mailed your credit card") [JOHNSON01036] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 64. | 6/26/17 Chase Email ("Your credit card statement is available online") [JOHNSON01041] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 65. | 7/8/17 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON01042] | | | |
| 66. | 7/24/17 Chase Email ("Your credit card statement is available online") [JOHNSON01043] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 67. | 7/25/17 Chase Email ("Your credit card statement is available online") [JOHNSON01044] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 68. | 8/8/17 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON01045] | | | |
| 69. | 8/8/17 Chase Email ("Your Credit Card Payment is Due Alert From Chase Card Services") [JOHNSON01046] | | | |

**JOINT EXHIBIT LIST**

6.

| | | | | |
|---|---|---|---|---|
| 70. | 8/19/17 Chase Email ("Your Credit Card Payment Not Received Alert From Chase Card Services") [JOHNSON01047] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 71. | 8/21/17 Chase Email ("Your Credit Card Payment Not Received Alert From Chase Card Services") [JOHNSON01048] | | | |
| 72. | 8/22/17 Chase Email ("Your credit card statement is available online") [JOHNSON01049] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 73. | 8/25/17 Chase Email ("Your credit card statement is available online") [JOHNSON01050] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 74. | 9/6/17 Chase Email ("Your Chase Credit Card Account") [JOHNSON01051] | | | |
| 75. | 9/6/17 Chase Email ("Your Chase Credit Card Account") [JOHNSON01053] | | | |
| 76. | 9/7/17 Chase Email ("Your Credit Card Payment Received Alert From Chase Card Services") [JOHNSON01055] | | | |
| 77. | 9/20/17 Chase Email ("Joshua we mailed your credit card") [JOHNSON01058] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 78. | 9/22/17 Chase Email ("Your credit card statement is available online") [JOHNSON01063] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |

**JOINT EXHIBIT LIST**

| 79. | 9/26/17 Chase Email ("Your credit card statement is available online") [JOHNSON01064] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
|-----|-----|-----|---|---|
| 80. | 10/6/17 Chase Email ("Your credit card statement is available online") [JOHNSON01065] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 81. | 10/8/17 Chase Email ("Action Needed Please confirm you made this purchase") [JOHNSON01066] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 82. | 10/8/17 Chase Email ("Action Needed Please confirm you made this purchase") [JOHNSON01068] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 83. | 10/13/17 Chase Email ("Action Needed Please confirm you made this purchase") [JOHNSON01070] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 84. | 10/16/17 Chase Email ("Action Needed Please confirm you made these purchases") [JOHNSON01072] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 85. | 10/23/17 Chase Email ("Your credit card statement is available online") [JOHNSON01074] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 86. | 10/25/17 Chase Email ("Your credit card statement is available online") [JOHNSON01075] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |

**JOINT EXHIBIT LIST**

8.

| 87. | 10/30/17 Chase Email ("Thank you for scheduling your online payment") [JOHNSON01076] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 88. | 10/30/17 Chase Email ("Thank you for scheduling your online payment") [JOHNSON01077] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 89. | 10/31/17 Chase Email ("Your Credit Card Payment Received Alert From Chase Card Services") [JOHNSON01078] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 90. | 11/1/17 Chase Email ("Your Credit Card Payment Received Alert From Chase Card Services") [JOHNSON01079] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 91. | 11/22/17 Chase Email ("Your credit card statement is available online") [JOHNSON01080] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 92. | 11/24/17 Chase Email ("Thank you for scheduling your online payment") [JOHNSON01081] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 93. | 11/27/17 Chase Email ("Your Credit Card Payment Received Alert From Chase Card Services") [JOHNSON01082] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 94. | 11/27/17 Chase Email ("Your credit card statement is available online") [JOHNSON01083] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |

**JOINT EXHIBIT LIST**

9.

| 95. | 12/21/17 Chase Email ("Your credit account statement is available online") [JOHNSON01089] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
|---|---|---|---|---|
| 96. | 12/25/17 Chase Email ("Action Needed Please confirm you made this purchase") [JOHNSON01090] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 97. | 12/27/17 Chase Email ("Your credit account statement is available online") [JOHNSON01092] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 98. | 1/2/18 Chase Email ("Thank you for scheduling your online payment") [JOHNSON01093] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 99. | 1/3/18 Chase Email ("Your Credit Card Payment Received Alert From Chase Card Services") [JOHNSON01094] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 100. | 1/12/18 Chase Email ("Your 2017 year end summary is now available online") [JOHNSON01095] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 101. | 1/23/18 Chase Email ("Your credit account statement is available online") [JOHNSON01097] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 102. | 1/26/18 Chase Email ("Your credit account statement is available online") [JOHNSON01098] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |

**JOINT EXHIBIT LIST**

10.

| | | | | |
|---|---|---|---|---|
| 103. | 2/7/18 Chase Email ("Thank you for scheduling your online payment") [JOHNSON01099] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 104. | 2/8/18 Chase Email ("Your Chase Credit Card Payment is Due") [JOHNSON01100] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 105. | 2/22/18 Chase Email ("Your credit account statement is available online") [JOHNSON01103] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 106. | 2/26/18 Chase Email ("Your credit account statement is available online") [JOHNSON01104] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 107. | 3/9/18 Chase Email ("Joshua we mailed your credit card") [JOHNSON01106] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 108. | 3/12/18 Chase Email ("You've successfully verified receipt of your cards") [JOHNSON01116] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 109. | 3/22/18 Chase Email ("Your credit account statement is available online") [JOHNSON01120] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 110. | 3/26/18 Chase Email ("Your credit account statement is available online") [JOHNSON01121] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |

**JOINT EXHIBIT LIST**

11.

| | | | | |
|---|---|---|---|---|
| 111. | 4/23/18 Chase Email ("Your credit account statement is available online") [JOHNSON01125] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 112. | 4/25/18 Chase Email ("Your credit account statement is available online") [JOHNSON01126] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 113. | 5/21/18 Chase Email ("You are now a Chase Credit Journey member") [JOHNSON01140] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 114. | 5/22/18 Chase Email ("Your credit account statement is available online") [JOHNSON01141] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 115. | 6/22/18 Chase Email ("Your credit account statement is available online") [JOHNSON01153] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 116. | 6/23/18 Chase Email ("A secure message from Chase") [JOHNSON01154] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 117. | 9/13/19 Chase Email ("You have a new letter at chase com") [JOHNSON01223] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 118. | 8/12/20 Chase Email ("Review your recent activity") [JOHNSON01255] | 401/403; no foundation; no authentication; hearsay (Johnson) | | |

**JOINT EXHIBIT LIST**

12.

| 119. | Payment Due Alert Email Index * [JOHNSON004060] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
|---|---|---|---|---|
| 120. | Notice of Dispute and Intent to Arbitrate [JOHNSON001769] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 121. | Equifax Dispute Status Screenshot * [JOHNSON01648] | 401/403; no foundation; no authentication; hearsay | | |
| 122. | Chase Internal Screenshot ("Complaint Information") * [CHASE00118-00119] | 401/403; no foundation; no authentication; hearsay | | |
| 123. | Chase Internal Screenshot ("Executive Office Care Notes") * [CHASE00155-00156] | 401/403; no foundation; no authentication; hearsay | | |
| 124. | Chase Internal Screenshot ("Executive Office Care Notes") * [JOHNSON01319-1320] | 401/403; no foundation; no authentication; hearsay | | |
| 125. | 2017 Call Logs [JOHNSON00015 (excerpts); C001269 (native)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 126. | Chase Credit Reporting Records * [CHASE01837] | 401/403; no foundation; no authentication; hearsay; subject to motion in limine | | |

**JOINT EXHIBIT LIST**

13.

| | | | | |
|---|---|---|---|---|
| 127. | Chase Website Screenshot (Account Alerts - Getting Started) * [JOHNSON004192-4193] | 401/403; no foundation; no authentication; hearsay | | |
| 128. | Chase Website Screenshot (Chase Online - Getting Started) * [JOHNSON004197-4199] | 401/403; no foundation; no authentication; hearsay | | |
| 129. | Chase Website Screenshot (Paperless Statements - Getting Started) * [JOHNSON004200-4201] | 401/403; no foundation; no authentication; hearsay | | |
| 130. | 2021 Chase Website Screenshots *[C001018 - C001019] | 401/403; no foundation; no authentication; hearsay | | |
| 131. | 5/8/17 Chase Website Screenshot (Wayback - Chase Online Circa 2017) * [C001304] | 401/403; no foundation; no authentication; hearsay | | |
| 132. | 6/12/18 Chase Website Screenshot (Online Profile) (C000291) | 401/403; no foundation; no authentication; hearsay | | |
| 133. | 6/12/18 Chase Website Screenshot (Online Profile) [JOHNSON01640-1642] | 401/403; no foundation; no authentication; hearsay | | |
| 134. | 2021 Chase Website Screenshot (Broken Website) * [C001291] | 401/403; no foundation; no authentication; hearsay | | |
| 135. | 7/13/21 Chase Website Screenshot (Credit Journey) [C002049] | 401/403; no foundation; no authentication; hearsay | | |
| 136. | Chase Website Screenshot (Chase Credit Journey) * [JOHNSON004053-4054] | 401/403; no foundation; no authentication; hearsay | | |

**JOINT EXHIBIT LIST**

14.

| | | | | |
|---|---|---|---|---|
| 137. | 7/13/21 Chase Website Screenshot (Credit) [C001619 – C001634] | 401/403; no foundation; no authentication; hearsay | | |
| 138. | 7/13/21 Chase Website Screenshot (Hard Inquiries) [C001626] | 401/403; no foundation; no authentication; hearsay | | |
| 139. | 2022 JPMorgan Chase 2022 10-K | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 140. | 6/12/18 Chase Website Video (Online Profile) [*Previously unproduced*] | 401/403; no foundation; no authentication; hearsay | | |
| 141. | 7/31/21 Google Pixel ACR Screenshot * [C001278] | 401/403; no foundation; no authentication; hearsay | | |
| 142. | Spam Call Exemplar [JOHNSON01652] | 401/403; no foundation; no authentication; hearsay | | |
| 143. | 5/21/18 11:25 AM ET Call Recording (800-432-3117) JOHNSON00149 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 144. | 5/21/18 11:25 AM ET Call Recording (800-432-3117) [JOHNSON00116 (amplified) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

15.

| | | | | |
|---|---|---|---|---|
| 145. | 5/21/18 11:29 AM ET Call Recording (866-335-4158) JOHNSON00150 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 146. | 5/21/18 11:29 AM ET Call Recording (866-335-4158) [JOHNSON00117 (amplified) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 147. | 5/21/18 11:58 AM ET Call Recording (866-335-4158) JOHNSON00151 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 148. | 5/21/18 11:58 AM ET Call Recording (866-335-4158) [JOHNSON00118 (amplified) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 149. | 5/21/18 12:32:07 PM ET Call Recording (866-335-4158) [JOHNSON00152 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 150. | 5/21/18 12:32:19 PM ET Call Recording (866-335-4158) JOHNSON00153 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

16.

| | | | | |
|---|---|---|---|---|
| 151. | 5/21/18 12:32:19 PM ET Call Recording (866-335-4158) [JOHNSON00119 (amplified) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 152. | 5/23/18 2:31 PM ET Call Recording (210-520-0004) JOHNSON00145 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 153. | 5/23/18 2:31 PM ET Call Recording (210-520-0004) [JOHNSON00120 (amplified) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 154. | 5/23/18 2:35 PM ET Call Recording (210-520-0004) [JOHNSON00154 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 155. | 5/30/18 6:02 PM ET Call Recording (210-520-0004) JOHNSON00146 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 156. | 5/30/18 6:02 PM ET Call Recording (210-520-0004) [JOHNSON00121 (amplified) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

17.

| | | | | |
|---|---|---|---|---|
| 157. | 6/7/18 4:40 PM ET Call Recording (800-432-3117) JOHNSON00155 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 158. | 6/7/18 4:40 PM ET Call Recording (800-432-3117) [JOHNSON00122 (amplified) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 159. | 6/7/18 4:50 PM ET Call Recording (800-436-7958) [JOHNSON00156 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 160. | 6/7/18 4:51 PM ET Call Recording (800-436-7958) JOHNSON00157 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 161. | 6/7/18 4:51 PM ET Call Recording (800-436-7958) [JOHNSON00123 (amplified) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 162. | 6/7/18 5:11 PM ET Call Recording (800-436-7958) JOHNSON00158 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

18.

| | | | | |
|---|---|---|---|---|
| 163. | 6/7/18 5:11 PM ET Call Recording (800-436-7958) [JOHNSON00124 (amplified) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 164. | 6/12/18 1:35 PM ET Call Recording (844-540-9610) [JOHNSON00147 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 165. | 6/12/18 2:33 PM ET Call Recording (844-540-9610) JOHNSON00148 (original)] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 166. | 6/12/18 2:33 PM ET Call Recording (844-540-9610) [JOHNSON00125 (amplified) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 167. | 8/20/20 Call Recording and Certified Transcript (Wills) [JOHNSON00188] | 401/403; no foundation; no authentication; hearsay | | |
| 168. | 8/26/20 Call Recording and Certified Transcript (Boyce) [JOHNSON00189] | 401/403; no foundation; no authentication; hearsay | | |
| 169. | Certified transcript of 8/26/20 Call Recording | 401/403; no foundation; no authentication; hearsay | | |
| 170. | 8/27/20 Call Recording and Certified Transcript (Wills) [JOHNSON00190] | 401/403; no foundation; no authentication; hearsay | | |

**JOINT EXHIBIT LIST**

19.

| | | | | |
|---|---|---|---|---|
| 171. | Certified transcript of 8/27/20 Call Recording | 401/403; no foundation; no authentication; hearsay | | |
| 172. | 10/14/20 Call Recording and Certified Transcript (Parker) [JOHNSON00191] | 401/403; no foundation; no authentication; hearsay | | |
| 173. | Certified transcript of 10/14/20 Call Recording | 401/403; no foundation; no authentication; hearsay | | |
| 174. | 10/15/20 Call Recording and Certified Transcript (Wills) [JOHNSON00192] | 401/403; no foundation; no authentication; hearsay | | |
| 175. | Certified transcript of 10/15/20 Call Recording | 401/403; no foundation; no authentication; hearsay | | |
| 176. | 10/19/20 Call Recording and Certified Transcript (Williams) [JOHNSON00193] | 401/403; no foundation; no authentication; hearsay | | |
| 177. | Certified transcript of 10/19/20 Call Recording | 401/403; no foundation; no authentication; hearsay | | |
| 178. | 10/20/20 Call Recording and Certified Transcript (Wills) [JOHNSON00194] | 401/403; no foundation; no authentication; hearsay | | |
| 179. | 2020 Call Recording and Certified Transcript (Wills) [JOHNSON00187] | 401/403; no foundation; no authentication; hearsay | | |
| 180. | Certified transcript of 2020 Call Recording | 401/403; no foundation; no authentication; hearsay | | |

**JOINT EXHIBIT LIST**

20.

| 181. | 8/30/23 Equifax Credit File [EQUIFAX INITIAL 000002 – 000025] | 401/403; no foundation; no authentication; hearsay | | |
|---|---|---|---|---|
| 182. | 8/30/23 Equifax declaration of custodian of records [Equifax Initial 00001] | 401/403; no foundation; no authentication; hearsay | | |
| 183. | 9/22/23 Equifax Custodian Declaration [Equifax Supplemental Production 0001] | 401/403; no foundation; no authentication; hearsay | | |
| 184. | 9/1/2020 Fact Trade Update [Equifax Supplemental 002-004] | 401/403; no foundation; no authentication; hearsay | | |
| 185. | 8/24/2020 – ACDV [Equifax Supplemental 005-008] | 401/403; no foundation; no authentication; hearsay | | |
| 186. | 9/11/2020 – Credit File [Equifax Supplemental 009-042] | 401/403; no foundation; no authentication; hearsay | | |
| 187. | 3/07/2022 – ACDV [Equifax Supplemental 043-046] | 401/403; no foundation; no authentication; hearsay | | |
| 188. | 9/11/2020 – ACIS Notes [Equifax Supplemental 047] | 401/403; no foundation; no authentication; hearsay | | |
| 189. | 3/25/2022 – Credit File [Equifax Supplemental 048-053] | 401/403; no foundation; no authentication; hearsay | | |
| 190. | 3/25/2022 – ACIS Notes [Equifax Supplemental 054] | 401/403; no foundation; no authentication; hearsay | | |

**JOINT EXHIBIT LIST**

21.

| 191. | FICO Score Estimator Scenarios * [JOHNSON08190-8193] | 401/403; no foundation; no authentication; hearsay | | |
|------|------|------|---|---|
| 192. | 4/15/14 Credit Plus Credit Report * [JOHNSON00236] | 401/403; no foundation; no authentication; hearsay | | |
| 193. | 5/21/18 TransUnion Credit Report [JOHNSON00239 – JOHNSON00264] | 401/403; no foundation; no authentication; hearsay | | |
| 194. | 4/12/19 TransUnion Credit Report [JOHNSON00265 – JOHNSON00289] | 401/403; no foundation; no authentication; hearsay | | |
| 195. | 1/1/20 Equifax Credit Report [JOHNSON00290 – JOHNSON00361] | 401/403; no foundation; no authentication; hearsay | | |
| 196. | 1/29/20 Experian FICO Score Screenshots [JOHNSON07943] | 401/403; no foundation; no authentication; hearsay | | |
| 197. | 3/14/21 Experian Credit Report [JOHNSON00362 – JOHNSON00438] | 401/403; no foundation; no authentication; hearsay | | |
| 198. | 3/14/21 TransUnion Credit Report [JOHNSON00439 – JOHNSON00459] | 401/403; no foundation; no authentication; hearsay | | |
| 199. | 3/15/21 Equifax Credit Report [JOHNSON00460 – JOHNSON00533] | 401/403; no foundation; no authentication; hearsay | | |
| 200. | 5/25/21 Chase Credit Journey [JOHNSON07944] | 401/403; no foundation; no authentication; hearsay | | |

**JOINT EXHIBIT LIST**

22.

| 201. | 5/25/21 Experian FICO Score Screenshots [JOHNSON07940] | 401/403; no foundation; no authentication; hearsay | | |
| --- | --- | --- | --- | --- |
| 202. | 7/6/21 CoreLogic Report * [JOHNSON00534 – JOHNSON00590] | 401/403; no foundation; no authentication; hearsay | | |
| 203. | 7/21/21 All FICO Scores [JOHNSON004036] | 401/403; no foundation; no authentication; hearsay | | |
| 204. | 2022 myFICO Score History [JOHNSON08194] | 401/403; no foundation; no authentication; hearsay | | |
| 205. | 4/5/23 myFICO 3B Report [JOHNSON07945 – JOHNSON08066] | 401/403; no foundation; no authentication; hearsay | | |
| 206. | 9/12/23 myFICO 3B Report [JOHNSON08067 – JOHNSON08189] | 401/403; no foundation; no authentication; hearsay | | |
| 207. | 11/2/17 Amica Declaration Letter [JOHNSON001653] | 401/403; no foundation; no authentication; hearsay | | |
| 208. | 5/20/18 Progressive Adverse Action Letter Photo * [JOHNSON01639] | 401/403; no foundation; no authentication; hearsay | | |
| 209. | 5/20/18 Progressive Adverse Action Letter [JOHNSON001707] | 401/403; no foundation; no authentication; hearsay | | |
| 210. | 11/1/18 Amica Adverse Action Letter [JOHNSON01643] | 401/403; no foundation; no authentication; hearsay | | |

**JOINT EXHIBIT LIST**

23.

| 211. | 11/1/18 Amica Declaration Letter [JOHNSON001709] | 401/403; no foundation; no authentication; hearsay | | |
|---|---|---|---|---|
| 212. | 5/14/21 myFICO Credit Monitoring Receipt [JOHNSON004049] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 213. | 2/12/21 Tatari Paystub [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay | | |
| 214. | Out-of-Pocket Arbitration Expenses [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 215. | CRMLS PMC Property Records [CRMLS001 – CRMLS178] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 216. | 4/11/20 Reuters Article - Chase Requires FICO of 700 * [C001635] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 217. | 8/17/20 Google Search History [JOHNSON00012] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

24.

| | | | | |
|---|---|---|---|---|
| 218. | 8/23/20 Airbnb Market Research * [JOHNSON00007] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 219. | 9/2/20 PenFed Mortgage Letter [JOHNSON00001] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 220. | 9/19/20 Candidate Properties [JOHNSON00003] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 221. | 10/31/20 Bank Balance [JOHNSON00002] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 222. | PenFed Mortgage Application Screenshot [JOHNSON00011] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 223. | 7/13/21 2021 Verbose Statement Email * [JOHNSON07678] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

25.

| 224. | 7/13/21 2021 Verbose Statement Email * [JOHNSON07686] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
|------|---------|---------|---|---|
| 225. | 7/16/21 Fannie Mae Loan Level Price Adjustment Matrix * [JOHNSON004055] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 226. | 7/31/17 Bank Statement [JOHNSON01636] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 227. | 7/13/21 Chase Website Screenshot (Mortgage Rates) * [JOHNSON004319] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 228. | 7/13/21 Chase Website Screenshot (Conventional Mortgage Rates - Secondary) * [C001606] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 229. | 7/13/21 Chase Website Screenshot (Jumbo Mortgage Rates - Primary) * [C001600 – C001605] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

26.

| | | | | |
|---|---|---|---|---|
| 230. | 7/13/21 Chase Advertised Conventional Mortgage Rates * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 231. | 7/13/21 Chase Advertised Jumbo Mortgage Rates * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 232. | Federal Reserve Economic Data Printout (30-Year Fixed Rate Conforming Mortgage Index, Series OBMMIC30YFLVGT80FGE740) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 233. | Federal Reserve Economic Data (30-Year Fixed Rate Conforming Mortgage Index, Series OBMMIC30YFLVGT80FGE740) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 234. | Federal Reserve Economic Data Printout (30-Year Fixed Rate Conforming Mortgage Index, Series OBMMIC30YFLVGT80FB720A739) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 235. | Federal Reserve Economic Data (30-Year Fixed Rate Conforming Mortgage Index, Series OBMMIC30YFLVGT80FB720A739) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

27.

| | | | | |
|---|---|---|---|---|
| 236. | Federal Reserve Economic Data Printout (30-Year Fixed Rate Conforming Mortgage Index, Series OBMMIC30YFLVGT80FB700A719) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 237. | Federal Reserve Economic Data (30-Year Fixed Rate Conforming Mortgage Index, Series OBMMIC30YFLVGT80FB700A719) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 238. | Federal Reserve Economic Data Printout (30-Year Fixed Rate Conforming Mortgage Index, Series OBMMIC30YFLVGT80FB680A699) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 239. | Federal Reserve Economic Data (30-Year Fixed Rate Conforming Mortgage Index, Series OBMMIC30YFLVGT80FB680A699) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 240. | Federal Reserve Economic Data Printout (30-Year Fixed Rate Conforming Mortgage Index, Series OBMMIC30YFLVGT80FLT680) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 241. | Federal Reserve Economic Data (30-Year Fixed Rate Conforming Mortgage Index, Series OBMMIC30YFLVGT80FLT680) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

28.

| 242. | Federal Reserve Economic Data Printout (All-Transactions House Price Index for Kern County, CA, Series ATNHPIUS12540Q) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
|---|---|---|---|---|
| 243. | Federal Reserve Economic Data (All-Transactions House Price Index for Kern County, CA, Series ATNHPIUS12540Q) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 244. | Shah Doctor Declaration [Trilok Shah; MD 000001] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 245. | 10/6/20 Pakadaman Doctor Note [JOHNSON001771] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 246. | 9/13/21 Pakadaman Doctor Note [JOHNSON001779] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 247. | 9/20/21 Pakadaman Doctor Note [JOHNSON001780] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

29.

| 248. | 11/1/21 Pakadaman Doctor Note [JOHNSON001784] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
|------|------|------|---|---|
| 249. | 1/10/22 Pakadaman Doctor Note [JOHNSON001786] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 250. | 11/8/21 Norman Doctor Diagnosis [Daniel Norman; MD 000001 – Daniel Norman; MD 000017] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 251. | 2/1/22 Shah Doctor Note [Trilok Shah; MD 000060] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 252. | 9/13/21 Pakadaman Doctor Note [JOHNSON001779] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 253. | 5/23/18 WhatsApp Messages [JOHNSON07641] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

30.

| 254. | Demand for Arbitration [JOHNSON07689 – JOHNSON07695] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
|---|---|---|---|---|
| 255. | Amended Demand for Arbitration | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 256. | 9/17/21 Arbitration Hearing Audio and Certified Transcript [Audio produced during arbitration; Transcript produced by Chase] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 257. | 9/29/21 Arbitration Hearing Audio and Certified Transcript [Audio produced during arbitration; Transcript produced by Chase] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 258. | 4/16/21 Chase Arbitration Memo (Answer to Amended Demand) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 259. | 6/4/21 Chase Arbitration Memo (Pre-Hearing Brief) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

31.

| 260. | 8/27/21 Chase Arbitration Memo (Opposition to Request to Compel Testimony and Request for Sanctions) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
|---|---|---|---|---|
| 261. | 1/18/22 Chase Arbitration Memo (Post Hearing) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 262. | 2/7/22 Chase Arbitration Memo (Response to Post Hearing Brief) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 263. | 5/27/22 Chase Arbitration Memo (Petition to Confirm 3/3/22 Arbitration Award & Complaint for Declaratory Relief) * | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 264. | 12/30/20 12:26 PM Email from Johnson to Hickey | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 265. | 12/30/20 9:18 AM Email from Hickey to Johnson | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

32.

| 266. | 3/5/21 4:11 PM Email from Walls to Johnson | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
|---|---|---|---|---|
| 267. | 6/25/21 Email from Johnson to Hickey [JOHNSON002493] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 268. | 6/30/21 Email from Hickey to Johnson [JOHNSON002558] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 269. | 7/9/21 Email from Hickey to Johnson [JOHNSON002626] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 270. | 7/13/21 Email from Hickey to Johnson [JOHNSON002693] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 271. | 12/21/21 Email from Hickey to Johnson [JOHNSON003622] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

33.

| | | | | |
|---|---|---|---|---|
| 272. | Arbitration Activity Records (Agreements) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 273. | Arbitration Activity Records (Arbitration Emails) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 274. | Arbitration Activity Records (Briefs) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 275. | Arbitration Activity Records (Calls) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 276. | Arbitration Activity Records (Chase Emails) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 277. | Arbitration Activity Records (Conference Calls) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

34.

| 278. | Arbitration Activity Records (Disputes) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
|---|---|---|---|---|
| 279. | Arbitration Activity Records (Exhibit Preparation) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 280. | Arbitration Activity Records (Chase Exhibits) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 281. | Arbitration Activity Records (Johnson Exhibits) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 282. | Arbitration Activity Records (Hearings) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 283. | Arbitration Activity Records (Legal Research) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

35.

| | | | | |
|---|---|---|---|---|
| 284. | Arbitration Activity Records (Special Exhibit Preparation) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 285. | Arbitration Activity Records (Tasks) * [Email to Joe Hickey on 1/22/22] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 286. | 11/7/22 Chase (Answer to Complaint) [Dkt. 11] | 401/403 | | |
| 287. | 9/22/23 Chase Memo (Motion for Stay) * [Dkt. 37] | 401/403 | | |
| 288. | 6/26/25 Chase Memo (Motion for Summary Judgment) * [Dkt. 68] | 401/403 | | |
| 289. | 6/26/25 Chase (Statement of Uncontroverted Facts ISO Motion for Summary Judgment) [Dkt. 68-2] | 401/403 | | |
| 290. | 6/26/25 Chase (Declaration of Hyatt ISO Motion for Summary Judgment) * [Dkt. 68-3] | 401/403 | | |
| 291. | 8/26/25 Chase (Response to Statement of Genuine Disputes ISO Reply re Opp to Motion for Summary Judgment) [Dkt. 77-1] | 401/403 | | |
| 292. | 7/26/23 Chase Amended Responses to RFP [Created by Chase] | | | |
| 293. | 7/26/23 Chase Amended Responses to SROG [Created by Chase] | | | |
| 294. | 10/17/23 Chase Second Amended Responses to SROG Nos. 21 and 22 [Created by Chase] | | | |

**JOINT EXHIBIT LIST**

36.

| 295. | 8/9/23 Stipulation re Employees [Created by Chase] | | | |
|---|---|---|---|---|
| 296. | 8/9/23 Stipulation re Financial Condition [Created by Chase] | | | |
| 297. | Chase Online Enrollment Process Declaration and Exemplar [JOHNSON001807 – JOHNSON001821] | 401/403; no foundation; no authentication; hearsay | | |
| 298. | Expert Report of Thomas Tarter | 401/403; no foundation; no authentication; hearsay; subject to motion in limine | | |
| 299. | 9/1/20 Chase Email ("You have a new inquiry on your credit report") [JOHNSON01260] | 401/403; no foundation; no authentication; hearsay; subject to motion in limine | | |
| 300. | 9/6/20 Chase Email ("You have a new inquiry on your credit report") [JOHNSON01261] | 401/403; no foundation; no authentication; hearsay; subject to motion in limine | | |
| 301. | Ink Business Card Rate And Fee Agreement) [CHASE 00160]* | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 302. | Ink Business Card Statements (accounts ending 0789, 1787, and 0256) [CHASE00017 - 00080]* | 401/403; no foundation; no authentication; hearsay (Johnson) | | |

**JOINT EXHIBIT LIST**

37.

| 303. | 1/5/17 Chase System Note Screenshot (Email Address) [CHASE00082]* | 401/403; no foundation; no authentication; hearsay; 805; 1002 (Johnson) | | |
|---|---|---|---|---|
| 304. | February 17, 1017 Inquire Account Electronic Billing [CHASE00081] * | 401/403; no foundation; no authentication; hearsay; 805; 1002 (Johnson) | | |
| 305. | Online Administration Tool For Personal Cards [CHASE00083] * | 401/403; no foundation; no authentication; hearsay; 805; 1002 (Johnson) | | |
| 306. | Online Administration Tool For Ink Business Card [CHASE00084] * | 401/403; no foundation; no authentication; hearsay; 805; 1002 (Johnson) | | |
| 307. | C-3s from January 6, 2017 to September 24, 2020 [CHASE00129 – 00147] * | 401/403; no foundation; no authentication; hearsay; 602; 805; 1003 (Johnson) | | |
| 308. | C-3s from March 17, 2021 to May 24, 2021 [CHASE00148 – 00152] * | 401/403; no foundation; no authentication; hearsay; 602; 805; 1003 (Johnson) | | |
| 309. | Account Data [CHASE00085 - 00088] * | 401/403; no foundation; no authentication; hearsay; 602; 805; 1003 (Johnson) | | |

**JOINT EXHIBIT LIST**

38.

| | | | | |
|---|---|---|---|---|
| 310. | Chase Payment Records CHASE00090] -- produced in native format* | 401/403; no foundation; no authentication; hearsay; 602; 805; 1003 (Johnson) | | |
| 311. | Chase Call Records [CHASE00153] – produced in native format* | 401/403; no foundation; no authentication; hearsay; 602; 805; 1003 (Johnson) | | |
| 312. | Ink Card purged notes (produced in native format) [CHASE00154] * | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 313. | Complaint June 2018 (ECW180607-06421) [CHASE00172 – 00174] * | 401/403; no foundation; no authentication; hearsay; 602; 805 (Johnson) | | |
| 314. | CFPB Complaint 200819-5382344: August 19, 2020 CFPB Complaint [CHASE00103 – 00107] * | 401/403; no foundation; no authentication; hearsay; 602; 805 (Johnson) | | |
| 315. | Email: August 25, 2020 "Executive Office Request – Johnson CFPB ECW200819-04763" [CHASE00115 - 00117] * | 401/403; no foundation; no authentication; hearsay; 602; 805 (Johnson) | | |
| 316. | Email: August 27, 2020 "EO // JOSH JOHNSON // Case 160359 // IRR SLA: 27-AUG-2020 11:10" [CHASE00120 - 00121] * | 401/403; no foundation; no authentication; hearsay; 602; 805 (Johnson) | | |

**JOINT EXHIBIT LIST**

39.

| 317. | EO CARE August -October 2020 (ECW200819-04763) Notes [CHASE00155 – 00156] * | 401/403; no foundation; no authentication; hearsay; 602; 805 (Johnson) | | |
|---|---|---|---|---|
| 318. | October 14, 2020 Executive Office Response Letter [CHASE00113 – 00114] * | 401/403; no foundation; no authentication; hearsay; 602; 805 (Johnson) | | |
| 319. | October 14, 2020 Executive Office Response Letter with attachments (Ink Card Statements) [JOHNSON01486-01541] * | 401/403; no foundation; no authentication; hearsay; 602; 805 (Johnson) | | |
| 320. | Chase September 8, 2020 Response to August 24, 2020 ACDV [CHASE00110-00112] * | 401/403; no foundation; no authentication; hearsay; 602; 805; 1003 (Johnson) | | |
| 321. | Correspondence (1787):  April 6, 2017 confirming address change [CHASE00091 - 00092] * | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 322. | Correspondence (1787):  June 1, 2017 past due notice [CHASE00093 - 00094] * | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 323. | Correspondence (0256):  August 2, 2017 past due notice [CHASE00095 – 00096] * | 401/403; no foundation; no authentication; hearsay (Johnson) | | |

**JOINT EXHIBIT LIST**

40.

| 324. | Correspondence (0256): September 5, 2017 past due notice [CHASE00097 – 00098] * | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
|---|---|---|---|---|
| 325. | Correspondence (0256):  April 2, 2018 past due notice referencing that non-payment will result in account being charged off as bad debt [CHASE00099 – 00100] * | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 326. | Correspondence (0256):  June 6, 2018 confirming charge off status correct [CHASE00101 – 00102] * | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 327. | Card Dispute Resolution Processing Procedures 1.8.2020 [Chase –00680-00840] * | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 328. | Card Dispute Resolution Processing Procedures 1.8.2020 [Chase 00841-001002] * | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 329. | Card Dispute Resolution Processing Procedures 1.8.2020 [Chase 001003-001164] * | 401/403; no foundation; no authentication; hearsay (Johnson) | | |
| 330. | PLAINTIFF JOSHUA JOHNSON'S RESPONSES TO DEFENDANT JPMORGAN CHASE BANK, N.A'S INTERROGATORIES, SET ONE* | 403; 106 (Johnson) | | |

**JOINT EXHIBIT LIST**

41.

| 331. | PLAINTIFF JOSHUA JOHNSON'S AMENDED RESPONSES TO DEFENDANT JPMORGAN CHASE BANK, N.A'S INTERROGATORIES, SET ONE* | 403; 106 (Johnson) | | |
|---|---|---|---|---|
| 332. | PLAINTIFF JOSHUA JOHNSON'S RESPONSES TO DEFENDANT JPMORGAN CHASE BANK, N.A'S REQUEST FOR PRODUCTION, SET ONE* | 403; 106 (Johnson) | | |
| 333. | PLAINTIFF JOSHUA JOHNSON'S AMENDED RESPONSES TO DEFENDANT JPMORGAN CHASE BANK, N.A'S REQUEST FOR PRODUCTION, SET ONE* | 403; 106 (Johnson) | | |
| 334. | PLAINTIFF JOSHUA JOHNSON'S RESPONSES TO DEFENDANT JPMORGAN CHASE BANK, N.A'S REQUESTS FOR ADMISSION, SET ONE* | 403; 106 (Johnson) | | |
| 335. | PLAINTIFF JOSHUA JOHNSON'S AMENDED RESPONSES TO DEFENDANT JPMORGAN CHASE BANK, N.A'S REQUESTS FOR ADMISSION, SET ONE* | 403; 106 (Johnson) | | |
| 336. | Johnson Declaration iso Opposition to MSJ* | 403; 106 (Johnson) | | |
| 337. | 6/12/18 Certified Call Transcript (Jeremy) [1 of 2] [JOHNSON00136-00144] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 338. | 6/12/18 Certified Call Transcript (Jeremy) [2 of 2] [JOHNSON00126-00135] | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |

**JOINT EXHIBIT LIST**

42.

| 339. | March 25, 2022 Equifax Dispute Response Letter [JOHNSON07645-07650] | 401/403; no foundation; no authentication; hearsay | | |
|------|------|------|------|------|
| 340. | Zillow Home Value Index (ZHVI Single Family Homes, ZIP Code 93222 - Pine Mountain Club, CA) | 401/403; no foundation; no authentication; hearsay; subject of motion in limine | | |
| 341. | Stipulated Facts | | | |

DATED: June 12, 2026          **WOMBLE BOND DICKINSON (US) LLP**

By: */s/Alisa A. Givental*

Alisa A. Givental
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

DATED:  June 12, 2026          JOSHUA JOHNSON

By: _____

Joshua Johnson

Plaintiff

**JOINT EXHIBIT LIST**

43.

## **PROOF OF SERVICE**

*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 50 California Street, Suite 2800, San Francisco, California 94111.

On the date set forth below, I served the following document(s) described as:

**JOINT EXHIBIT LIST WITH PARTIES' OBJECTIONS**

on the interested parties in this action as follows:

Joshua Johnson                                    **PLAINTIFF PRO SE**
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel:  (336) 423-2594
Email: josh@jj88.org

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address alisa.givental@wbd-us.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2026, at Richmond, California.

_____
Alisa Givental

**JOINT EXHIBIT LIST**

44.