TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

ABIRAMI GNANADESIGAN (SBN 263375)
AGnanadesigan@dykema.com
DYKEMA GOSSETT LLP
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for JPMorgan Chase Bank, N.A.

**Joshua Johnson**
1373 Caminito Halago
La Jolla, CA 92037
(336) 423-2594
josh@jj88.org
IN PRO PER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>PLAINTIFF,<br><br>V.<br>JPMORGAN CHASE BANK, N.A.,<br><br>DEFENDANT. | Case No. 2:22-cv-06718-AB-MAAx<br><br>**NOTICE OF OPERATIVE PRE-TRIAL FILINGS**<br><br>Trial Date: August 3, 2026<br><br>Final Pre-Trial Conference: July 17, 2026<br><br>Judge: Hon. André Birotte Jr. |

Pursuant to the Court's Order Granting Plaintiff Joshua Johnson's *Ex Parte* Application to Modify Pretrial Deadlines and Deem Certain Filings Timely, Dkt. No. 175, plaintiff Joshua Johnson and defendant JPMorgan Chase Bank, N.A. hereby jointly submit this Notice of Operative Pre-Trial Filings in two formats, first by document category, and below by chronological docket entry number.

**OPERATIVE PRE-TRIAL FILINGS BY CATEGORY:**

| DKT # | DATE FILED | DOCUMENT TITLE |
|---|---|---|
| | **Parties' Joint Filings** | |
| **133** | 3/20/26 | STATUS REPORT REGARDING SETTLEMENT |
| **161** | 3/27/26 | PROPOSED JOINT STATEMENT of the Case |
| **186** | 6/5/26 | NOTICE OF LODGING Proposed Pretrial Conference Order (Attachments: # 1 Joint Proposed Final Pretrial Conference Order) |
| **185** | 6/5/26 | PROPOSED JURY INSTRUCTIONS (Clean set) filed by Defendant JPMorgan Chase Bank, N.A. |
| **187** | 6/5/26 | PROPOSED JURY INSTRUCTIONS (Annotated set) |
| **192**[1] | 6/5/26 | COMPETING VERDICT FORMS |
| **190** | 6/12/26 | Joint Exhibit List With Objections[2] |
| | **Parties' Individual Filings** | |
| **143** | 3/20/26 | WITNESS LIST filed by Plaintiff Joshua Johnson |
| **126** | 3/20/26 | Witness List filed by Defendant JPMorgan Chase Bank, N.A. |
| **173** | 4/3/26 | Proposed Additional Voir Dire Questions filed by Plaintiff Joshua Johnson. |
| **150** | 3/27/26 | Proposed Voir Dire Questions filed by Defendant JPMorgan Chase Bank, N.A. |
| **140** | 3/22/26 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Plaintiff Joshua Johnson. |
| **125** | 3/20/26 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Defendant JPMorgan Chase Bank, N.A. |

[1] This document was filed by Plaintiff Joshua Johnson on June 5, 2026, but does not yet appear on the docket. The "192" docket number is an unconfirmed assumption.

[2] This document was previously filed as Dkt. No. 152-2 – an attachment to Dkt. No. 152, which is being withdrawn pursuant to Notice of Withdrawal filed on June 12, 2026 as Dkt. No. 189.

| DKT # | DATE FILED | DOCUMENT TITLE |
|---|---|---|
| **Parties' Motions in Limine and Oppositions** | | |
| **135** | 3/21/26 | PLAINTIFF JOSHUA JOHNSON'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO PRECLUDE TESTIMONY OF ROB WILKINS<br>(Attachments: # 1 Proposed Order) |
| **141** | 3/21/26 | DECLARATION OF JOSHUA JOHNSON IN SUPPORT re MOTION IN LIMINE TO PRECLUDE TESTIMONY OF ROB WILKINS<br>(Support for Docket No. **135**) |
| **145** | 3/27/26 | OPPOSITION to **135** MOTION IN LIMINE TO PRECLUDE TESTIMONY OF ROB WILKINS (MIL NO. 1) filed by Defendant JPMorgan Chase Bank, N.A. |
| **136** | 3/21/26 | PLAINTIFF JOSHUA JOHNSON'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING STATEMENT AVAILABILITY AND PAYMENT NOTICE<br>(Attachments: # 1 Proposed Order) |
| **172** | 4/1/26 | CORRECTED DECLARATION of Joshua Johnson in Support of Plaintiff's Motion in Limine No. 2 to Exclude Evidence and Argument Regarding Statement Availability and payment Notice filed by Plaintiff Joshua Johnson.<br>(Support for Docket No. **136**) |
| **149** | 3/27/26 | OPPOSITION to **136** MOTION IN LIMINE to Exclude EVIDENCE AND ARGUMENT REGARDING STATEMENT AVAILABILITY AND PAYMENT NOTICE (MIL NO. 2) filed by Defendant JPMorgan Chase Bank, N.A. |
| **137** | 3/21/26 | PLAINTIFF JOSHUA JOHNSON'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 3 TO EXCLUDE EXECUTIVE OFFICE INVESTIGATION EVIDENCE<br>(Attachments: # 1 Proposed Order) |
| **156** | 4/1/26 | DECLARATION of Joshua Johnson in Support of Plaintiff's Motion in Limine No. 3 to Exclude Executive Office Investigation Evidence filed by Plaintiff Joshua Johnson.<br>(Support for Docket No. **137**) |

| | | |
|---|---|---|
| **146** | 3/27/26 | OPPOSITION to **137** MOTION IN LIMINE to EXCLUDE EXECUTIVE OFFICE INVESTIGATION EVIDENCE (MIL NO. 3) filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Declaration of Abirami Gnanadesigan) |
| **138** | 3/21/26 | PLAINTIFF JOSHUA JOHNSON'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 4 TO EXCLUDE 6/8/21 AND 7/15/21 ARBITRATION RECORDINGS<br>(Attachments: # 1 Proposed Order) |
| **147** | 3/27/26 | OPPOSITION to **138** MOTION IN LIMINE to Exclude 6/8/21 AND 7/15/21 ARBITRATION RECORDINGS (MIL NO. 4) filed by Defendant JPMorgan Chase Bank, N.A. |
| **139** | 3/21/26 | PLAINTIFF JOSHUA JOHNSON'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 5 TO EXCLUDE DEPOSITION OF THOMAS TARTER<br>(Attachments: # 1 Proposed Order) |
| **148** | 3/27/26 | OPPOSITION to **139** MOTION IN LIMINE to EXCLUDE DEPOSITION OF THOMAS TARTER (MIL NO. 5) filed by Defendant JPMorgan Chase Bank, N.A. |
| **119** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (1) to Exclude Speculative Evidence of Damages filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **158** | 3/28/26 | OPPOSITION to **119** Defendant's Motion in Limine No. 1 to Exclude Evidence of Credit-Related Damages filed by Plaintiff Joshua Johnson. |
| **171** | 3/28/26 | DECLARATION of Joshua Johnson in Support of Plaintiff's Opposition to **119** Defendant's Motion in Limine No. 1 to Exclude Evidence of Credit-Related Damages filed by Plaintiff Joshua Johnson.<br>(Support for Docket No. **158**) |
| **127** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (2) to Exclude MEDICAL RECORDS AND UNSUPPORTED CAUSATION OPINIONS ATTRIBUTED TO SAME filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |

| | | |
|---|---|---|
| **157** | 3/28/26 | OPPOSITION to **127** Defendant's Motion in Limine No. 2 to Exclude Medical Records and Related Evidence filed by Plaintiff Joshua Johnson. |
| **128** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (3) to Exclude OPINIONS AND TESTIMONY OF THOMAS TARTER ON THE SAME GROUNDS AS PENDING DAUBERT MOTION [DKT. **105**]. filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **159** | 3/28/26 | OPPOSITION to **128** Defendant's Motion in Limine No. 3 to Exclude Testimony of Tarter filed by Plaintiff Joshua Johnson |
| **129** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (4) to Exclude REFERENCE TO PAST SETTLEMENT DISCUSSIONS filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **162** | 3/28/26 | OPPOSITION to **129** Defendant's Motion in Limine No. 4 to Exclude Settlement-Related Evidence filed by Plaintiff Joshua Johnson. |
| **130** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (5) to Exclude 2018 AUDIO RECORDINGS filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **163** | 3/28/26 | OPPOSITION to **130** Defendant's Motion in Limine No. 5 to Exclude Audio Recordings filed by Plaintiff Joshua Johnson. |
| **131** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (6) to Exclude (OTHER THAN FOR PURPOSES OF IMPEACHMENT) ARBITRATION MATERIALS FROM BEING OFFERED AS SUBSTANTIVE EVIDENCE AT TRIAL filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **164** | 3/28/26 | OPPOSITION to **131** Defendant's Motion in Limine No. 6 to Exclude Arbitration Materials filed by Plaintiff Joshua Johnson. |
| **120** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (7) to Exclude argument and evidence re: contract claims filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |

| | | |
|---|---|---|
| **165** | 3/28/26 | OPPOSITION to **120** Defendant's Motion in Limine No. 7 to Exclude Contract Claims filed by Plaintiff Joshua Johnson. |
| **132** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (8) to Exclude EVIDENCE OF ALLEGED DISPUTE NOT SUBMITTED THROUGH CONSUMER REPORTING AGENCIES filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **166** | 3/28/26 | OPPOSITION to **132** Defendant's Motion in Limine No. 8 to Exclude Disputes Not Submitted Through Equifax filed by Plaintiff Joshua Johnson. |
| **121** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (9) to Exclude evidence of direct and CFPB disputes filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **167** | 3/28/26 | OPPOSITION to **121** Defendant's Motion in Limine No. 9 to Exclude Evidence of Direct Disputes and CFPB Complaint filed by Plaintiff Joshua Johnson. |
| **122** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (10) to Exclude argument and evidence re: failure to notify of dispute filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **168** | 3/28/26 | OPPOSITION to **122** Defendant's Motion in Limine No. 10 to Exclude Evidence and Argument Regarding Dispute Reporting filed by Plaintiff Joshua Johnson |
| **123** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (11) to Exclude evidence related to time-barred claims filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Proposed Order) |
| **169** | 3/28/26 | OPPOSITION to **123** Defendant's Motion in Limine No. 11 to Exclude Evidence of Pre-August 8/24/2020 CCRAA Violations filed by Plaintiff Joshua Johnson. |
| **124** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (12) to Exclude evidence re: violations of California law prior to move to California filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Proposed Order) |

| | | |
|---|---|---|
| **170** | 3/28/26 | OPPOSITION to **124** Defendant's Motion in Limine No. 12 to Exclude Evidence of Pre-March 2019 CCRAA Violations filed by Plaintiff Joshua Johnson. |

**OPERATIVE FILINGS BY DOCKET NUMBER:**

| DKT # | DATE FILED | DOCUMENT TITLE |
|---|---|---|
| **119** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (1) to Exclude Speculative Evidence of Damages filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **120** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (7) to Exclude argument and evidence re: contract claims filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **121** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (9) to Exclude evidence of direct and CFPB disputes filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **122** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (10) to Exclude argument and evidence re: failure to notify of dispute filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **123** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (11) to Exclude evidence related to time-barred claims filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Proposed Order) |
| **124** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (12) to Exclude evidence re: violations of California law prior to move to California filed by Defendant JPMorgan Chase Bank, N.A. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Proposed Order) |
| **125** | 3/20/26 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Defendant JPMorgan Chase Bank, N.A. |

| | | |
|---|---|---|
| **126** | 3/20/26 | Witness List filed by Defendant JPMorgan Chase Bank, N.A. |
| **127** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (2) to Exclude MEDICAL RECORDS AND UNSUPPORTED CAUSATION OPINIONS ATTRIBUTED TO SAME filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **128** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (3) to Exclude OPINIONS AND TESTIMONY OF THOMAS TARTER ON THE SAME GROUNDS AS PENDING DAUBERT MOTION [DKT. **105**]. filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **129** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (4) to Exclude REFERENCE TO PAST SETTLEMENT DISCUSSIONS filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **130** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (5) to Exclude 2018 AUDIO RECORDINGS filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **131** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (6) to Exclude (OTHER THAN FOR PURPOSES OF IMPEACHMENT) ARBITRATION MATERIALS FROM BEING OFFERED AS SUBSTANTIVE EVIDENCE AT TRIAL filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **132** | 3/20/26 | NOTICE OF MOTION AND MOTION IN LIMINE # (8) to Exclude EVIDENCE OF ALLEGED DISPUTE NOT SUBMITTED THROUGH CONSUMER REPORTING AGENCIES filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Memorandum, # 2 Proposed Order) |
| **133** | 3/20/26 | STATUS REPORT REGARDING SETTLEMENT (Joint) |
| **135** | 3/21/26 | PLAINTIFF JOSHUA JOHNSON'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 1 TO PRECLUDE TESTIMONY OF ROB WILKINS<br>(Attachments: # 1 Proposed Order) |

| | | |
|---|---|---|
| **136** | 3/21/26 | PLAINTIFF JOSHUA JOHNSON'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING STATEMENT AVAILABILITY AND PAYMENT NOTICE<br>(Attachments: # 1 Proposed Order) |
| **137** | 3/21/26 | PLAINTIFF JOSHUA JOHNSON'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 3 TO EXCLUDE EXECUTIVE OFFICE INVESTIGATION EVIDENCE<br>(Attachments: # 1 Proposed Order) |
| **138** | 3/21/26 | PLAINTIFF JOSHUA JOHNSON'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 4 TO EXCLUDE 6/8/21 AND 7/15/21 ARBITRATION RECORDINGS<br>(Attachments: # 1 Proposed Order) |
| **139** | 3/21/26 | PLAINTIFF JOSHUA JOHNSON'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 5 TO EXCLUDE DEPOSITION OF THOMAS TARTER<br>(Attachments: # 1 Proposed Order) |
| **140** | 3/22/26 | MEMORANDUM of CONTENTIONS of FACT and LAW filed by Plaintiff Joshua Johnson. |
| **141** | 3/21/26 | DECLARATION OF JOSHUA JOHNSON IN SUPPORT re MOTION IN LIMINE TO PRECLUDE TESTIMONY OF ROB WILKINS<br>(Support for Docket No. 135) |
| **143** | 3/20/26 | WITNESS LIST filed by Plaintiff Joshua Johnson |
| **145** | 3/27/26 | OPPOSITION **135** to MOTION IN LIMINE to Preclude TESTIMONY OF ROB WILKINS (MIL NO. 1) filed by Defendant JPMorgan Chase Bank, N.A. |
| **146** | 3/27/26 | OPPOSITION **137** to MOTION IN LIMINE to Exclude EXECUTIVE OFFICE INVESTIGATION EVIDENCE (MIL NO. 3) filed by Defendant JPMorgan Chase Bank, N.A.<br>(Attachments: # 1 Declaration of Abirami Gnanadesigan) |
| **147** | 3/27/26 | OPPOSITION to **138** MOTION IN LIMINE to Exclude 6/8/21 AND 7/15/21 ARBITRATION RECORDINGS (MIL NO. 4) filed by Defendant JPMorgan Chase Bank, N.A. |

| | | |
|---|---|---|
| **148** | 3/27/26 | OPPOSITION **139** to MOTION IN LIMINE to EXCLUDE DEPOSITION OF THOMAS TARTER (MIL NO. 5) filed by Defendant JPMorgan Chase Bank, N.A. |
| **149** | 3/27/26 | OPPOSITION to **136** MOTION IN LIMINE to EXCLUDE EVIDENCE AND ARGUMENT REGARDING STATEMENT AVAILABILITY AND PAYMENT NOTICE (MIL NO. 2) filed by Defendant JPMorgan Chase Bank, N.A. |
| **150** | 3/27/26 | Proposed Voir Dire Questions filed by Defendant JPMorgan Chase Bank, N.A. |
| **156** | 4/1/26 | DECLARATION of Joshua Johnson in Support of Plaintiff's Motion in Limine No. 3 to Exclude Executive Office Investigation Evidence **137** filed by Plaintiff Joshua Johnson. |
| **157** | 3/28/26 | OPPOSITION to **127** Defendant's Motion in Limine No. 2 to Exclude Medical Records and Related Evidence filed by Plaintiff Joshua Johnson. |
| **158** | 3/28/26 | OPPOSITION to **119** Defendant's Motion in Limine No. 1 to Exclude Evidence of Credit-Related Damages filed by Plaintiff Joshua Johnson. |
| **159** | 3/28/26 | OPPOSITION to **128** Defendant's Motion in Limine No. 3 to Exclude Testimony of Tarter filed by Plaintiff Joshua Johnson |
| **161** | 3/27/26 | PROPOSED JOINT STATEMENT of the Case filed by Defendant JPMorgan Chase Bank, N.A |
| **162** | 3/28/26 | OPPOSITION to **129** Defendant's Motion in Limine No. 4 to Exclude Settlement-Related Evidence filed by Plaintiff Joshua Johnson. |
| **163** | 3/28/26 | OPPOSITION to **130** Defendant's Motion in Limine No. 5 to Exclude Audio Recordings filed by Plaintiff Joshua Johnson. |
| **164** | 3/28/26 | OPPOSITION to **131** Defendant's Motion in Limine No. 6 to Exclude Arbitration Materials filed by Plaintiff Joshua Johnson. |
| **165** | 3/28/26 | OPPOSITION to **120** Defendant's Motion in Limine No. 7 to Exclude Contract Claims filed by Plaintiff Joshua Johnson. |
| **166** | 3/28/26 | OPPOSITION to **132** Defendant's Motion in Limine No. 8 to Exclude Disputes Not Submitted Through Equifax filed by Plaintiff Joshua Johnson. |

| | | |
|---|---|---|
| **167** | 3/28/26 | OPPOSITION to **121** Defendant's Motion in Limine No. 9 to Exclude Evidence of Direct Disputes and CFPB Complaint filed by Plaintiff Joshua Johnson. |
| **168** | 3/28/26 | OPPOSITION to **122** Defendant's Motion in Limine No. 10 to Exclude Evidence and Argument Regarding Dispute Reporting filed by Plaintiff Joshua Johnson |
| **169** | 3/28/26 | OPPOSITION to **123** Defendant's Motion in Limine No. 11 to Exclude Evidence of Pre-August 8/24/2020 CCRAA Violations filed by Plaintiff Joshua Johnson. |
| **170** | 3/28/26 | OPPOSITION to **124** Defendant's Motion in Limine No. 12 to Exclude Evidence of Pre-March 2019 CCRAA Violations filed by Plaintiff Joshua Johnson. |
| **171** | 3/28/26 | DECLARATION of Joshua Johnson in Support of Plaintiff's Opposition to Defendant's Motion in Limine No. 1 to Exclude Evidence of Credit-Related Damages **119** filed by Plaintiff Joshua Johnson. |
| **172** | 04/1/26 | CORRECTED DECLARATION of Joshua Johnson in Support of Plaintiff's Motion in Limine No. 2 to Exclude Evidence and Argument Regarding Statement Availability and payment Notice **136** filed by Plaintiff Joshua Johnson. |
| **173** | 4/3/26 | Proposed Additional Voir Dire Questions filed by Plaintiff Joshua Johnson. |
| **185** | 6/5/26 | PROPOSED JURY INSTRUCTIONS (Clean set) filed by Defendant JPMorgan Chase Bank, N.A. |
| **186** | 6/5/26 | NOTICE OF LODGING Proposed Pretrial Conference Order (Attachments: # 1 Joint Proposed Final Pretrial Conference Order) |
| **187** | 6/5/26 | PROPOSED JURY INSTRUCTIONS (Annotated set) |
| **190**[3] | 6/12/26 | Joint Exhibit List With Objections |
| **192**[4] | 6/5/26 | COMPETING VERDICT FORMS |

[3] This document was filed by Plaintiff Joshua Johnson on June 5, 2026, but does not yet appear on the docket. The "192" docket number is an unconfirmed assumption.

[4] This document was previously filed as Dkt. No. 152-2 – an attachment to Dkt. No. 152, which is being withdrawn pursuant to Notice of Withdrawal filed on June 12, 2026 as Dkt. No. 189.

DATED: June 12, 2026

**JOSHUA JOHNSON**

By: 

Joshua Johnson

DATED: June 12, 2026

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/Alisa A. Givental*

Alisa A. Givental

Attorneys for Defendant

JPMORGAN CHASE BANK, N.A.

**PROOF OF SERVICE**

*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 50 California Street, Suite 2800, San Francisco, California 94111.

On June 12, 2026, I served the following document(s) described as:

**NOTICE OF WITHDRAWAL**

on the interested parties in this action as follows:

Joshua Johnson
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel: (336) 423-2594
Email: josh@jj88.org

**PLAINTIFF PRO SE**

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address alisa.givental@wbd-us.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 12, 2026, at Richmond, California.

Alisa Givental