UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:22-cv-06718-AB-MAA | Date: | July 17, 2026 |
|---|---|---|---|

Title: *Joshua Johnson v. JPMorgan Chase Bank, N.A.*

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joshua Johnson, pro se | Abirami Gnanadesigan |
| | Alisa A Givental |
| | Tomio B Narita |

**Proceedings:**    **FINAL PRETRIAL CONFERENCE;**
**DEFENDANT'S MOTIONS IN LIMINE NOS. 1-12; AND**
**PLAINTIFF'S MOTIONS IN LIMINE NOS. 1-5**
**(held and completed)**

The Court, having conferred with counsel, allots 4.5 hours of trial time to each side, excluding openings and closings. Opening statements must not exceed 8 minutes per side, and closing arguments must not exceed 20 minutes per side. Plaintiff will have 6 minutes for rebuttal argument.

The Court states its tentative rulings on all Motions in Limine and hears oral argument. The Court having carefully considered the papers and the evidence submitted, and having heard the oral argument of counsel, hereby takes the motions in limine under submission. Separate order to issue.

|  | 1 : 07 |
|---|---|

CV-90 (12/02)    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk <u>EVC</u>