**DYKEMA GOSSETT LLP**
ABIRAMI GNANADESIGAN, State Bar No. 263375
*AGnanadesigan@dykema.com*
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

**WOMBLE BOND DICKINSON (US) LLP**
TOMIO NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JOSHUA JOHNSON,<br>Plaintiff,<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br>Defendant. | Case No. 2:22-cv-06718-AB-MAAx<br><br>The Hon. André Birotte Jr.<br>Courtroom 7B<br><br>Magistrate Maria A. Audero<br>Courtroom: 690<br><br>**DECLARATION OF BRANDON NORTH IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER ENFORCING THE FINAL PRETRIAL ORDER AND FOR TRIAL CONTINUANCE**<br><br>Complaint Filed: September 19, 2022 |

# DECLARATION OF BRANDON NORTH

I, Brandon North, declare as follows:

1. I am a Managing Director for Defendant JPMorgan Chase Bank, N.A. ("Chase"). I have personal knowledge of the facts set forth in this declaration. If called as a witness, I could and would testify competently under oath to the facts stated herein.

2. In my capacity as a Managing Director for Chase, I am currently a manager of Rob Wilkins. Rob Wilkins was previously designated as Chase's corporate representative to testify at trial in the above-entitled action.

3. On August 18, 2026, Mr. Wilkins' position with Chase was eliminated. His employment is set to terminate on October 1, 2026. On August 19, 2026, Mr. Wilkins communicated that, in light of his need to focus on securing new employment, he is not able to travel to Los Angeles or participate as a witness at trial in this case. Serving as Chase's corporate representative at trial would require significant preparation time and multi-day cross-country travel in addition to the work involved in winding down the duties of Mr. Wilkins' current position. Mr. Wilkins is also free to depart Chase at any time before October 1, 2026, making it impracticable to ensure his attendance at trial even if he had not expressly indicated his inability to participate.

4. Upon learning that Mr. Wilkins is unavailable to proceed as Chase's corporate representative at trial, my team worked on identifying a substitute witness who would be competent to testify about the designated subjects at trial and appear at the previously scheduled deposition of a Chase witness. We identified David Rivera.

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was signed on September 9, 2026 in Columbus, Ohio.

Brandon North

DYKEMA GOSSETT LLP
444 SOUTH FLOWER STREET
SUITE 2200
LOS ANGELES, CALIFORNIA 90071

# PROOF OF SERVICE

*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 50 California Street, Suite 2800, San Francisco, California 94111.

On the date set forth below, I served the following document(s) described as:

**DECLARATION OF BRANDON NORTH IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S OPPOSITION TO PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER ENFORCING THE FINAL PRETRIAL ORDER AND FOR TRIAL CONTINUANCE**

on the interested parties in this action as follows:

Joshua Johnson
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel: (336) 423-2594
Email: josh@jj88.org

**PLAINTIFF PRO SE**

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address alisa.givental@wbd-us.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 10, 2026, at San Francisco, California.

Alisa Givental