TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2800
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

ABIRAMI GNANADESIGAN (SBN 263375)
AGnanadesigan@dykema.com
DYKEMA GOSSETT LLP
444 South Flower Street, Suite 2200
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON,<br><br>PLAINTIFF,<br><br>V.<br>JPMORGAN CHASE BANK, N.A.,<br><br>DEFENDANT. | Case No. 2:22-cv-06718-AB-MAAx<br><br>**INDEX OF PORTIONS OF DEPOSITIONS OFFERED AND OBJECTIONS TO SAME**<br><br>Trial Date: September 14, 2026<br><br>Judge: Hon. André Birotte Jr. |

Pursuant to L.R. 16-27(c), defendant JPMorgan Chase Bank, N.A. hereby provides the index of portions of depositions offered by plaintiff and objections to same, and counter-designations by defendant. The depositions marked pursuant to L.R. 16-27(a-b) will be lodged with the Court on the morning of trial.

**DEPOSITION OF BARBARA BURDA (30(b)(6))**

**Taken on October 23, 2023**

| Designation (Pages:Lines) | Offered By | Defendant's Objections | Grounds |
|---|---|---|---|
| 8:2–9:25 | Plaintiff | None | — |
| 10:4-10:13 | Plaintiff | None | — |
| 10:14-10:22 | Plaintiff | Objection | FRE 401/402 (relevance); FRE 403 (prejudice) |
| 10:23-11:7 | Plaintiff | Objection | FRE 401/402 (relevance) |
| 11:8-12:22 | Plaintiff | Objection | FRE 401/402 (relevance); FRE 403 (prejudice) |
| 12:23-23:2 | Plaintiff | None | — |
| 23:7-28:6 | Plaintiff | None | — |
| 28:7-28:16 | Plaintiff | Objection | FRE 602/701 (speculation; lack of foundation; improper hypothetical) |
| 28:17-33:12 | Plaintiff | None | — |
| 33:13-33:23 | Plaintiff | Objection | FRE 602/701 (speculation; lack of foundation; improper hypothetical) |
| 33:24-36:10 | Plaintiff | Objection | Misstates testimony |
| 36:21-37:18 | Plaintiff | None | — |
| 37:19-38:13 | Plaintiff | Objection | FRE 401/402 (relevance); FRE 403 (prejudice) |

| | | | |
|---|---|---|---|
| 38:24-39:3 | Defendant (counter-designation) | None | — |
| 39:4–42:3 | Plaintiff | Objection | FRE 401/402/403 (relevance; waste of time) |
| 42:11-45:11 | Plaintiff | Objection | FRE 401/402/403 (relevance; waste of time) |
| 45:12-49:19 | Plaintiff | None | — |
| 49:19-50:9 | Plaintiff | Objection | FRE 602 (lack of personal knowledge) |
| 50:10-50:24 | Plaintiff | None | — |
| 50:25-51:17 | Plaintiff | Objection | FRE 401/402/403/602 (relevance; prejudice; lack of personal knowledge; asked and answered) |
| 51:18-51:22 | Plaintiff | None | — |
| 51:23-52:12 | Plaintiff | Objection | FRE 602/701 (lack of personal knowledge; calls for speculation) |
| 52:13-52:25 | Plaintiff | None | — |
| 53:1-53:6 | Plaintiff | Objection | FRE 602/701 (lack of personal knowledge; calls for speculation) |
| 53:7-53:10 | Plaintiff | None | — |
| 53:11-54:18 | Plaintiff | Objection | FRE 602/701 (lack of personal knowledge; calls for speculation) |

| | | | |
|---|---|---|---|
| 54:19-56:15 | Plaintiff | None | — |
| 56:16-56:20 | Plaintiff | Objection | FRE 401/402 (relevance); FRE 403 (prejudice) |
| 56:21-58:9 | Plaintiff | None | — |
| 58:10-58:20 | Plaintiff | Objection | FRE 403 (prejudice); misstates testimony; asked and answered |
| 58:21-59:3 | Plaintiff | Objection | FRE 403 (prejudice); misstates testimony |
| 59:4-59:9 | Plaintiff | None | — |
| 59:1-59:20 | Plaintiff | Objection | FRE 403 (prejudice); misstates testimony |
| 59:21-60:8 | Plaintiff | None | — |
| 60:9-61:3 | Plaintiff | Objection | FRE 403/602 (prejudice; lack of personal knowledge) |
| 61:4-61:6 | Plaintiff | None | — |
| 61:7-61:19 | Plaintiff | Objection | FRE 401/402/403/602 (relevance; prejudice; lack of personal knowledge; calls for speculation; overbroad) |
| 61:20-62:10 | Plaintiff | None | — |
| 62:11-62:24 | Plaintiff | Objection | FRE 401/402/403/602 (relevance; prejudice; lack of personal knowledge; calls for speculation; |

| | | | |
|---|---|---|---|
| | | | overbroad) |
| 62:25-63:9 | Plaintiff | None | — |
| 63:10-63:25 | Plaintiff | Objection | FRE 401/402/403/602 (relevance; prejudice; lack of personal knowledge; calls for speculation); unintelligible; vague and ambiguous |
| 64:1-67:3 | Plaintiff | None | — |
| 67:16-68:13 | Plaintiff | None | — |
| 69:13-70:3 | | | FRE 401/402 (relevance); misstates testimony |
| 70:4-76:16 | Plaintiff | None | — |
| 76:18-77:9 | Plaintiff | Objection | FRE 401/402/403 (relevance; prejudice) |
| 77:10-78:7 | Plaintiff | Objection | FRE 401/402/403/602 (relevance; prejudice; lack of personal knowledge) |
| 78:8-79:14 | Plaintiff | None | — |
| 79:15-80:25 | Plaintiff | Objection | FRE 401/402/403/602 (relevance; prejudice; lack of personal knowledge) |
| 81:1-83:23 | Plaintiff | None | — |
| 83:24-87:11 | Plaintiff | Objection | FRE 401/402/403/602/701 |

| | | | |
|---|---|---|---|
| | | | (relevance; prejudice; lack of personal knowledge) |
| 87:12-95:14 | Plaintiff | None | — |
| 95:15-96:10 | Plaintiff | Objection | FRE 401/402/403/602/701 (relevance; prejudice; lack of personal knowledge) |
| 96:11-97:19 | Plaintiff | None | — |
| 97:20-97:25 | Plaintiff | Objection | FRE 401/402/403 (relevance; prejudice); ambiguous |
| 98:1-99:17 | Plaintiff | None | — |
| 99:18-100:1 | Plaintiff | Objection | FRE 403 (prejudice); misstates RFA response |
| 100:2-100:4 | Plaintiff | None | — |
| 100:5-100:14 | Plaintiff | Objection | FRE 401/402/403 (relevance; prejudice); overbroad as to time |
| 100:15-101:20 | Plaintiff | None | — |
| 101:21-103:11 | Plaintiff | Objection | FRE 401/402/403/602/701 (relevance; prejudice; personal knowledge; calls for speculation) |
| 103:12-103:23 | Plaintiff | Objection | FRE 401/402/403 (relevance; prejudice) |
| 103:24-104:12 | Plaintiff | Objection | FRE 401/402/403 (relevance; prejudice) |

| | | | |
|---|---|---|---|
| 104:13-105:24 | Plaintiff | None | — |
| 105:25-106:21 | Plaintiff | Objection | FRE 401/402/403/602/701 (relevance; prejudice; lack of personal knowledge) |
| 106:22-109:1 | Plaintiff | Objection | FRE 401/402/403 (relevance; prejudice) |
| 109:2-109:8 | Plaintiff | Objection | FRE 401/402/403/602/701 (relevance; prejudice; lack of personal knowledge) |
| 109:9-109:21 | Plaintiff | Objection | FRE 401/402/403 (relevance; prejudice) |
| 109:22-110:14 | Plaintiff | None | — |
| 110:15-112:11 | Plaintiff | Objection | FRE 401/402/403/602/701 (relevance; prejudice; lack of personal knowledge) |

**DEPOSITION OF CARLA WILLS**

**October 26, 2023**

| Designation (Pages:Lines) | Offered By | Defendant's Objections | Grounds |
|---|---|---|---|
| 5:1-13 | Defendant (counter-designation) | None | — |
| 5:24-6:9 | Defendant (counter- | None | — |

| | | | |
|---|---|---|---|
| | designation) | | |
| 6:10–7:14 | Plaintiff | None | — |
| 8:1–9:17 | Plaintiff | Objection | FRE 401/402 (relevance) |
| 10:3–10:5 | Plaintiff | Objection | FRE 401/402 (relevance) |
| 10:6-10:8 | Plaintiff | None | — |
| 10:9-10:17 | Plaintiff | Objection | FRE 401/402/403 (relevance; prejudice) |
| 10:18-11:7 | Plaintiff | None | — |
| 11:8-11:19 | Plaintiff | Objection | Hyatt on-the-record: Calls for speculation and lacks foundation |
| 11:20-13:6 | Plaintiff | None | — |
| 13:7-13:20 | Plaintiff | Objection | Hyatt on-the-record: Calls for speculation and lacks foundation |
| 13:21-13:23 | Plaintiff | None | — |
| 13:24–14:9 | Plaintiff | Objection | Hyatt on-the-record: Calls for speculation and lacks foundation |
| 14:10-14:13 | Plaintiff | Objection | FRE 401/402/403/602/701/802 (relevance; prejudice; foundation; speculation; hearsay) |
| 14:14-14:18 | Plaintiff | Objection | Hyatt on-the-record: Misstates the testimony |
| 14:19-16:9 | Plaintiff | None | — |
| 16:10-16:18 | Plaintiff | Objection | Hyatt on-the-record: speculation, lacks foundation; FRE 802/805 |

| | | | |
|---|---|---|---|
| | | | (hearsay; double hearsay) |
| 16:19-17:23 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation; misstates the testimony; FRE 802/805 (hearsay; double hearsay) |
| 17:24-18:6 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation; misstates the testimony |
| 18:13-19:2 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation; lacks foundation |
| 18:22-19:2 | Plaintiff | Objection | FRE 802 (hearsay) |
| 19:3-19:12 | Plaintiff | None | — |
| 20:3-20:23 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation; lacks foundation; FRE 401/402 (relevance); |
| 20:24-21:3 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation; lacks foundation |
| 21:4-21:13 | Plaintiff | None | — |
| 21:14-22:25 | Plaintiff | Objection | FRE 802 (hearsay) |
| 21:22-22:4 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation, misstates the testimony; lacks foundation; FRE 401/402 (relevance) |
| 22:5-22:11 | Plaintiff | None | — |

| | | | |
|---|---|---|---|
| 22:13-22:18 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation, misstates the testimony; lacks foundation |
| 22:25-23:10 | Plaintiff | None | — |
| 23:10-23:18 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation, misstates the testimony; improper hypothetical |
| 23:19-23:21 | Plaintiff | None | — |
| 23:22-24:5 | | | Hyatt on-the-record: calls for speculation, misstates the testimony; improper hypothetical |
| 24:2-25:17 | Plaintiff | Objection | FRE 802 (hearsay) |
| 24:5-24:11 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation, misstates the testimony; lacks foundation |
| 24:16-24:23 | Plaintiff | Objection | Hyatt on-the-record: lacks foundation; vague and ambiguous as to "this type of information"' |
| 25:21–26:5 | Plaintiff | None | — |
| 26:8–26:21 | Plaintiff | Objection | FRE 401/402/403 (relevance; prejudice) |
| 27:1-27:4 | Plaintiff | None | — |
| 27:6-27:17 | Plaintiff | Objection | Hyatt on-the-record: objection as to relevance; lacks foundation; vague and ambiguous as to |

| | | | |
|---|---|---|---|
| | | | "investigations." |
| 27:18-27:21 | Plaintiff | None | — |
| 27:22-27:24 | Plaintiff | Objection | FRE 401/402 (relevance) |
| 27:25-28:6 | Plaintiff | Objection | Hyatt on-the-record: Objection. Irrelevant. |
| 28:7-29:2 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation; lacks foundation; irrelevant; misstates testimony |
| 29:3-29:6 | Plaintiff | None | — |
| 29:7-30:7 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation; lacks foundation; irrelevant; improper hypothetical |
| 30:14–31:11 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation; lacks foundation; overbroad |
| 31:12-31:18 | Plaintiff | None | — |
| 31:19-31:25 | Plaintiff | Objection | Hyatt on-the-record: calls for speculation; lacks foundation; overbroad |
| 32:1-32:13 | Plaintiff | None | — |
| 32:21-33:16 | Plaintiff | None | — |

DATED: September 14, 2026

**WOMBLE BOND DICKINSON (US) LLP**

By: */s/Alisa A. Givental*

Alisa A. Givental

Attorneys for Defendant

JPMORGAN CHASE BANK, N.A.

# PROOF OF SERVICE

*Joshua Johnson vs. JPMorgan Chase Bank, N.A.*
*USDC, Central District, Case No. 2:22-cv-06718-AB-MAA*

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 50 California Street, Suite 2800, San Francisco, California 94111.

On September 14, 2026, I served the following document(s) described as:

**INDEX OF PORTIONS OF DEPOSITIONS OFFERED AND OBJECTIONS TO SAME**

on the interested parties in this action as follows:

Joshua Johnson
2201 5th St. Apt 208
Santa Monica, CA 90405

Tel: (336) 423-2594
Email: josh@jj88.org

**PLAINTIFF PRO SE**

☒**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address alisa.givental@wbd-us.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 14, 2026, at Los Angeles, California.

Alisa Givental