# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No.: | 2:22-cv-06718-AB-MAA | Date: | September 14, 2026 |
| Title: | *Joshua Johnson v. JPMorgan Chase Bank, N.A.* | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joshua Johnson (pro se) | Abirami Gnanadesigan<br>Alisa A. Givental<br>Tomio B. Narita |

____ Day Court Trial 1st Day Jury Trial

____ One day trial: √ Begun (1st day); √ Held & Continued; ____ Completed by jury verdict/submitted to court.

√ The Jury is impaneled and sworn.

√ Opening statements made by both Parites

√ Witnesses called, sworn and testified. √ Exhibits Identified √ Exhibits admitted.

____ Plaintiff(s) rest. ____ Defendant(s) rest.

____ Closing arguments made by ____ plaintiff(s) ____ defendant(s). ____ Court instructs jury.

____ Bailiff(s) sworn. ____ Jury retires to deliberate. ____ Jury resumes deliberations.

____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.

____ Jury polled. ____ Polling waived.

____ Filed Witness & Exhibit Lists ____ Filed jury notes. ____ Filed jury instructions.

____ Judgment by Court for ____ ____ plaintiff(s) ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).

____ Case submitted. ____ Briefs to be filed by ____

____ Motion to dismiss by ____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by ____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment/Directed Verdict by is ____ granted. ____ denied. ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

√ Case continued to September 15, 2026 at 9:00 a.m. for further trial/further jury deliberation.

____ Other: Defendant's Request on Dkt. No. 213 is DENIED.

5 : 10

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Initials of Deputy Clerk EVC

cc: