# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No.: | 2:22-cv-06718-AB-MAA | Date: | September 15, 2026 |
| Title: | *Joshua Johnson v. JPMorgan Chase Bank, N.A.* | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Evelyn Chun | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joshua Johnson (pro se) | Abirami Gnanadesigan<br>Alisa A. Givental<br>Tomio B. Narita |

___ Day Court Trial 2nd Day Jury Trial

___ One day trial: ___ Begun (1st day); √ Held & Continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by ___

√ Witnesses called, sworn and testified. √ Exhibits Identified √ Exhibits admitted.

___ Plaintiff(s) rest. ___ Defendant(s) rest.

___ Closing arguments made by ___ plaintiff(s) ___ defendant(s). ___ Court instructs jury.

___ Bailiff(s) sworn. ___ Jury retires to deliberate. ___ Jury resumes deliberations.

___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.

___ Jury polled. ___ Polling waived.

___ Filed Witness & Exhibit Lists ___ Filed jury notes. ___ Filed jury instructions.

___ Judgment by Court for ___ plaintiff(s) ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).

___ Case submitted. ___ Briefs to be filed by ___

___ Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.

___ Motion for Judgment/Directed Verdict by is ___ granted. ___ denied. ___ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

√ Case continued to September 16, 2026 at 1:30 p.m. for further trial/further jury deliberation.

___ Other:

5 : 23

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

Initials of Deputy Clerk EVC

cc: