# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No.: | 2:22-cv-06718-AB-MAA | Date: | September 22, 2026 |
| Title: | *Joshua Johnson v. JPMorgan Chase Bank, N.A.* | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| | |
|---|---|
| Evelyn Chun | Maria Bustillos |
| *Deputy Clerk* | *Court Reporter* |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Joshua Johnson (pro se) | Abirami Gnanadesigan<br>Alisa A. Givental<br>Tomio B. Narita |

____ Day Court Trial 5th Day Jury Trial

____ One day trial: ____ Begun (1st day); ____ Held & Continued; √ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by ____

____ Witnesses called, sworn and testified. ____ Exhibits Identified ____ Exhibits admitted.

____ Plaintiff(s) rest. ____ Defendant(s) rest.

____ Closing arguments made by ____ plaintiff(s) ____ defendant(s). ____ Court instructs jury.

____ Bailiff(s) sworn. ____ Jury retires to deliberate. √ Jury resumes deliberations.

√ Jury Verdict in favor of ____ plaintiff(s) √ defendant(s) is read and filed.

____ Jury polled. √ Polling waived.

√ Filed Witness & Exhibit Lists √ Filed jury notes. √ Filed jury instructions.

____ Judgment by Court for ____ plaintiff(s) ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).

____ Case submitted. ____ Briefs to be filed by ____

____ Motion to dismiss by ____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by ____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment as a Matter Law by Defendant is ____ granted. ____ denied. ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

√ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Case continued to ____ for further trial/further jury deliberation.

____ Other:

____ : 17

Initials of Deputy Clerk EVC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

cc: