FILED
CLERK, U.S. DISTRICT COURT
9/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: EVC DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSHUA JOHNSON,
Plaintiff,
v.
JPMORGAN CHASE BANK, N.A.,

**CASE NO.: 2:22-cv-06718-AB-MAA**

**JURY NOTE #:** 1

**TIME:** 2:34 pm

☐ The jury has reached a unanimous verdict.

☐ The jury advises the Court of the following:

☒ The jury requests the following:

To invoke the CCRAA, do we consider the date of the incident or the date of the complaint filing to determine CA protections ~~[illegible]~~? as compared to Johnson's CA residency date? Also what was Johnson's initial date of CA residency?

Dated: [redacted]

[redacted]
Foreperson of the Jury