FILED
CLERK, U.S. DISTRICT COURT
9/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: EVC DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JOSHUA JOHNSON,
Plaintiff,
v.
JPMORGAN CHASE BANK, N.A.,
Defendant.

Case No. 2:22-cv-06718-AB-MAA

**RESPONSE TO JURY NOTE NO. 1**

The following sets forth the Court's response to Jury Note No. 1.

**In response to your question referencing the CCRAA: The date of the furnishing of the information to the consumer reporting agency.**

**In response to your question regarding residency: Please review the testimony, the admitted facts, and the exhibits introduced at trial.**

Dated: September 22, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE