FILED
CLERK, U.S. DISTRICT COURT
9/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: EVC DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA JOHNSON, Plaintiff, v. JPMORGAN CHASE BANK, N.A., | **CASE NO.: 2:22-cv-06718-AB-MAA** |
| | **JURY NOTE #:** 2 |
| | **TIME:** 4:30 pm |

- [x] The jury has reached a unanimous verdict.
- [ ] The jury advises the Court of the following:
- [ ] The jury requests the following:

Dated: [redacted]

[redacted]
Foreperson of the Jury