# LIST OF EXHIBITS AND WITNESSES

| | | | |
|---|---|---|---|
| **Case Number** | 2:22-cv-06718-AB-MAA | **Title** | Joshua Johnson v. JPMorgan Chase Bank, N.A. |
| **Judge** | ANDRÉ BIROTTE JR. | | |
| **Dates of Trial or Hearing** | September 14, 2026 - September 22, 2026 | | |
| **Court Reporters or Tape No.** | Maria Bustillos | | |
| **Deputy Clerks** | Evelyn Chun | | |

FILED
CLERK, U.S. DISTRICT COURT
9/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: EVC DEPUTY

| **Attorney(s) for Plaintiff(s) / Petitioner(s)** | **Attorney(s) for Defendant(s) / Respondent(s)** |
|---|---|
| Joshua Johnson (pro se) | Abirami Gnanadesigan |
| | Alisa A. Givental |
| | Tomio B. Narita |
| | |
| | |

| **Plaintiff(s) or Petitioner(s)** | | | **Defendant(s) or Respondent(s)** | | | **EXHIBIT DESCRIPTION / WITNESS** | **Called By** |
|---|---|---|---|---|---|---|---|
| **Ex. No.** | **Id.** | **Ev.** | **Ex. No.** | **Id.** | **Ev** | | |
| | | | | | | 9/14/2026 - Joshua Johnson | Plaintiff |
| | | | | | | 9/15/2026 - Joshua Johnson (contd.) | Plaintiff |
| | | | | | | 9/15/2026 - Meghan Johel (Zoom) | Plaintiff |
| | | | | | | 9/15/2026 - Zack Hoffman (Zoom) | Plaintiff |
| | | | | | | 9/16/2026 - Thomas Tarter | Plaintiff |
| | | | | | | 9/16/2026 - Excerpts of Barbara Burda Video Depo | Plaintiff |
| | | | | | | 9/16/2026 - Excerpts of Carla Willis Video Depo | Plaintiff |
| | | | | | | 9/21/2026 - David Rivera | Defendant |
| | | | | | | 9/16/2026 - Stipulated Facts Exh. 341 - Admitted Fact #s.: | Plaintiff |
| | | | | | | Read on record: 15, 1, 11, 12, 13, 14, 16 | |
| | | | | | | 9/192026 - Stipulated Facts Exh. 341 - Admitted Fact #s.: | Defendant |
| | | | | | | Read on record: 3, 9 , 10 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |