FILED
CLERK, U.S. DISTRICT COURT
9/22/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: EVC DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSHUA JOHNSON,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

Defendant.

Case No. 2:22-cv-06718-AB-MAA

**SPECIAL VERDICT FORM**

**SPECIAL VERDICT FORM**

We the jury in the above-captioned action, unanimously find the following verdict on the following questions submitted to us:

**SECTION I: FAIR CREDIT REPORTING ACT**

**Question 1:**

Did JPMorgan Chase Bank, N.A. ("Chase") violate the Fair Credit Reporting Act?

Yes ________ No __X______

*If your answer to Question 1 is "Yes," proceed to Question 2. If your answer to Question 1 is "No," answer no further questions in Section I and proceed to Section II.*

**Question 2:**

Did Joshua Johnson ("Johnson") suffer any actual damages from Chase's violation of the Fair Credit Reporting Act?

Yes ________ No ________

*If your answer to Question 2 is "Yes," then you must determine the amount of actual damages to be awarded to Johnson—proceed to Question 3. If your answer to Question 2 is "No," proceed to Question 4.*

**Question 3:**

What are Johnson's actual damages from Chase's violation of the Fair Credit Reporting Act?

$ ________________

*Proceed to Question 4.*

**Question 4:**

Was Chase's violation of the Fair Credit Reporting Act willful?

Yes ________ No ________

*If your answer to Question 4 is "Yes," proceed to Question 5. If your answer to Question 4 is "No," answer no further questions in Section I and proceed to Section II.*

**Question 5:**

What are Johnson's actual or statutory damages from Chase's willful violation of the Fair Credit Reporting Act?

$ ________________ (fill in EITHER the amount of actual damages from the response to Question 3, OR statutory damages of not less than $100 and not more than $1,000)

*Proceed to Question 6.*

**Question 6:**

Do you find that Johnson should be awarded punitive damages for Chase's willful violation?

Yes ________ No ________

*If your answer to Question 6 is "Yes," proceed to Question 7. If your answer to Question 6 is "No," proceed to Question 8.*

**Question 7:**

What punitive damages do you award against Chase for its willful violation of the Fair Credit Reporting Act?

$ ________________

*Proceed to Question 8.*

**Question 8:**

Did Chase prove that its statute of limitations affirmative defense bars liability to Johnson under the Fair Credit Reporting Act (Jury Instruction No. 36)?

Yes ________ No ________

*Proceed to Section II.*

**SECTION II: CALIFORNIA CONSUMER CREDIT REPORTING AGENCIES ACT**

**Question 9:**

Did Chase violate the California Consumer Credit Reporting Agencies Act?

Yes ________ No __X__

*If your answer to Question 9 is "Yes," proceed to Question 10. If your answer to Question 9 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 10:**

Was Chase's violation of the California Consumer Credit Reporting Agencies Act negligent?

Yes ________ No ________

*If your answer to Question 10 is "Yes," proceed to Question 11. If your answer to Question 10 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 11:**

Did Johnson suffer any actual damages from Chase's violation(s) of the California Consumer Credit Reporting Agencies Act?

Yes ________ No ________

*If your answer to Question 11 is "Yes," then you must determine the amount of actual damages to be awarded to Johnson—proceed to Question 12. If your answer to Question 11 is "No," answer no further questions in Section II and have the presiding juror sign and date this form.*

**Question 12:**

What are Johnson's actual damages from Chase's violation(s) of the California Consumer Credit Reporting Agencies Act?

$ ________________

*Proceed to Question 13.*

**Question 13:**

Did Chase violate the California Consumer Credit Reporting Agencies Act willfully?

Yes ________ No ________

*If your answer to Question 13 is "Yes," proceed to Question 14. If your answer to Question 13 is "No," proceed to Question 17.*

**Question 14:**

How many willful violations of the California Consumer Credit Reporting Agencies Act did Chase commit, if any?

________________

*Proceed to Question 15.*

**Question 15:**

Do you find that Johnson should be awarded punitive damages?

Yes ________ No ________

*If your answer to Question 15 is "Yes," proceed to Question 16. If your answer to Question 15 is "No," proceed to Question 17.*

**Question 16:**

What punitive damages do you award against Chase for its willful violation(s) of the California Consumer Credit Reporting Agencies Act?

$ ________________ (fill in punitive damages of not less than $100 and not more than $5,000 per violation)

*Proceed to Question 17.*

**Question 17:**

Did Chase prove that its statute of limitations affirmative defense bars liability to Johnson under the California Consumer Credit Reporting Agencies Act (Jury Instruction No. 37)?

Yes ________ No ________

*This ends your deliberations. The foreperson should sign and date the verdict form below, and then notify the Courtroom Officer or Clerk that you have reached a verdict.*

**Foreperson's Signatu**[redacted]

**Dated:** [redacted]