**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JOSHUA JOHNSON,

Plaintiff,

v.

JPMORGAN CHASE BANK, N.A.,

Defendant.

Case No.: 2:22-cv-06718-AB-MAA

**FINAL JUDGMENT**

Re: Dkt. No. 233

Pursuant to the jury's verdict, ECF No. 233, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant JPMorgan Chase Bank, N.A. and against Plaintiff Joshua Johnson.

**SO ORDERED.**

Dated: October 8, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE