**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JOSHUA JOHNSON,<br>Plaintiff,<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br>Defendant. | Case No. 2:22-cv-06718-AB-MAA<br>The Hon. André Birotte Jr.<br>Courtroom 7B<br>**[~~PROPOSED~~] ORDER DENYING STIPULATION OF THE PARTIES TO SUBSTITUTE PARTIALLY REDACTED VERSION OF DKT. NO. 242-1 FOR FILED UNREDACTED VERSION OF THE SAME DOCUMENT** |

The Court **DENIES** the parties' Stipulation to "replace" the document filed at Docket No. 242-1 with a partially redacted copy of the same document. The docket is a public record. The Court cannot replace docketed documents. If the parties should have redacted the document before filing it, a solution to that problem is to refile the document with the redactions and to ask the Court to seal the erroneously-filed documents.

**IT IS SO ORDERED.**

Dated: November 9, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE