CLEAR FORM

Name Joshua Johnson
Address 1957 Diamond St
City, State, Zip San Diego, CA 92109
Phone (336) 423-2594
Fax
E-Mail josh@jj88.org

☐ FPD ☐ Appointed ☐ CJA ☒ Pro Per ☐ Retained

FILED
CLERK, U.S. DISTRICT COURT
11/9/2026
CENTRAL DISTRICT OF CALIFORNIA
BY ang DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

fee due

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Joshua Johnson

PLAINTIFF(S),

v.

JPMorgan Chase Bank, N.A.

DEFENDANT(S).

CASE NUMBER:

2:22-cv-06718-AB-MAA

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Joshua Johnson hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
Final judgment

☐ Other (specify):

Imposed or Filed on October 8, 2026. Entered on the docket in this action on Dkt. No. 237.

A copy of said judgment or order is attached hereto.

November 9, 2026
Date

Signature
☒ Appellant/ProSe ☐ Counsel for Appellant ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA JOHNSON,<br>Plaintiff,<br>v.<br>JPMORGAN CHASE BANK, N.A.,<br>Defendant. | Case No.: 2:22-cv-06718-AB-MAA<br><br>**FINAL JUDGMENT**<br><br>Re: Dkt. No. 233 |

Pursuant to the jury's verdict, ECF No. 233, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant JPMorgan Chase Bank, N.A. and against Plaintiff Joshua Johnson.

**SO ORDERED.**

Dated: October 8, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE